# Individual Statement

## For Month of April 2005

Date Printed: 5/12/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $45.35 |
|---|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | K | | | |
| Current Location: | SU/1 | | | | | |

Comments: NSP-App for Art Supplies/QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/12/2005 | ($4.98) | $0.00 | $0.00 | $40.37 | 92699 | | | |
| Mail | 4/15/2005 | $40.00 | $0.00 | $0.00 | $80.37 | 94825 | 5909930547 | SCOTTISH RITE | A RUSSELL |
| Misc | 4/21/2005 | $30.00 | $0.00 | $0.00 | $110.37 | 97116 | | | |
| Canteen | 4/26/2005 | ($4.98) | $0.00 | $0.00 | $105.39 | 98098 | | | |

Ending Mth Balance: $105.39

05-870



FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Individual Statement

## For Month of March 2005

Date Printed: 5/12/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $116.65 |
|---|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | K | | | |

Current Location: SU/1

Comments: NSP-App for Art Supplies/QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/1/2005 | ($24.65) | $0.00 | $0.00 | $92.00 | 75648 | | | |
| Canteen | 3/2/2005 | $2.66 | $0.00 | $0.00 | $94.66 | 76199 | | REFUND | |
| Canteen | 3/15/2005 | ($4.91) | $0.00 | $0.00 | $89.75 | 81025 | | | |
| Pay-To | 3/17/2005 | ($30.00) | $0.00 | $0.00 | $59.75 | 82524 | | SCOTTISH RITE RES | |
| Pay-To | 3/23/2005 | ($9.40) | $0.00 | $0.00 | $50.35 | 84737 | | ED HAMILTON | |
| Canteen | 3/29/2005 | ($5.00) | $0.00 | $0.00 | $45.35 | 86726 | | | |

Ending Mth Balance: $45.35

# Individual Statement

Date Printed: 5/12/2005

Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $106.23 |
|---|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | K | | | |

Current Location: SU/1

Comments: NSP-App for Art Supplies/QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/1/2005 | ($50.00) | $0.00 | $0.00 | $56.23 | 63402 | | | |
| Canteen | 2/15/2005 | ($29.58) | $0.00 | $0.00 | $26.65 | 69086 | | | |
| Mail | 2/22/2005 | $50.00 | $0.00 | $0.00 | $76.65 | 71766 | 7030942830-8420 | | C HOPKINS |
| Mail | 2/23/2005 | $40.00 | $0.00 | $0.00 | $116.65 | 72492 | 5909928330 | | A. RUSSELL |

Ending Mth Balance: $116.65

# Individual Statement

## For Month of January 2005

Date Printed: 5/12/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $48.33 |
|---|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | K | | | |
| Current Location: | SU/1 | | | Comments: | NSP-App for Art Supplies/QOL1 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 1/3/2005 | $2.88 | $0.00 | $0.00 | $51.21 | 51056 | | | |
| Mail | 1/3/2005 | $50.00 | $0.00 | $0.00 | $101.21 | 51285 | 07603001122 | FS 11/24-12/23 | C. HOPKINS |
| Canteen | 1/4/2005 | ($5.00) | $0.00 | $0.00 | $96.21 | 51946 | | | |
| Pay-To | 1/7/2005 | ($4.98) | $0.00 | $0.00 | $91.23 | 54449 | | DST/POSTAGE | |
| Mail | 1/18/2005 | $20.00 | $0.00 | $0.00 | $111.23 | 57293 | 5909294665 | | A RUSSELL |
| Canteen | 1/19/2005 | ($5.00) | $0.00 | $0.00 | $106.23 | 58031 | | | |

Ending Mth Balance: $106.23

# Individual Statement

Date Printed: 5/12/2005

Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | K | | $20.15 |

Current Location: SU/1

Comments: NSP-App for Art Supplies/QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 12/1/2004 | $20.00 | $0.00 | $0.00 | $40.15 | 38085 | 7603405492-1399 | | C HOPKINS |
| Misc Wage | 12/1/2004 | $27.18 | $0.00 | $0.00 | $67.33 | 38656 | | FS 10/24-11/23 | |
| Canteen | 12/14/2004 | ($39.69) | $0.00 | $0.00 | $27.64 | 43539 | | | |
| Mail | 12/27/2004 | $40.00 | $0.00 | $0.00 | $67.64 | 48475 | 5909294578-1540 | | C RUSSELL |
| Canteen | 12/28/2004 | ($19.31) | $0.00 | $0.00 | $48.33 | 49048 | | | |

Ending Mth Balance: $48.33

# Individual Statement

## For Month of November 2004

Date Printed: 5/12/2005     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | |
|---|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | K | | $1.26 | |
| Current Location: | SU/1 | | | | | |

Comments: NSP-App for Art Supplies/QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 11/1/2004 | $32.40 | $0.00 | $0.00 | $33.66 | 26954 | | | |
| Canteen | 11/3/2004 | ($19.94) | $0.00 | $0.00 | $13.72 | 28549 | | | |
| Canteen | 11/10/2004 | ($13.57) | $0.00 | $0.00 | $0.15 | 30958 | | FOOD SERVICE 09/2 | |
| Mail | 11/24/2004 | $20.00 | $0.00 | $0.00 | $20.15 | 35833 | 59091811197-1054 | | A RUSSELL |

Ending Mth Balance: $20.15



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6053
Support Services

## MEMORANDUM

To:     Shane Hopkins, SBI# 253918

From:   Jenny Havel, Support Services Officer

Date:   May 10, 2005

Re:     6 month Certified Inmate Account Statements

---

Please find attached your statements from November 1, 2204 to April 30, 2005. The average daily balance for this timeframe was $60.85.

Attachment    Inmate Account Statement
              Court Documents

Notarized By: _Brian D Engrem_

CC:     File