SHU17 AL4

To: Assistant Deputy Warden D.R. Pierce
Major Dave Holman
Section Supervisor
D.C.C. Smyrna - S.H.U - M.H.U. units.

RECEIVED
MAY 0 9 2005
DEPUTY WARDEN I

Re: Grievance #9907   Assault of Inmate.

I am requesting that you notify me of the outcome of my request - Grievance as to the assault upon my person as stated in Grievance #9907 and Deputy Warden D.R. Pierce's request at top of Grievance for you to assign Supervisor (other then LT. Beone) to investigate the allegations therein.

Please Notify me Accordingly.

Sincerely Yours,
Shane Hopkins

Shane Hopkins #00253918
S.H.U 17-A-L#4

re: file
cc: Colm F. Connolly Esq.

Exhibit "C"



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN I**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

## MEMORANDUM

TO:      IM Shane Hopkins SBI# 253918 SHU 17 AL4

FROM:    David Pierce, Deputy Warden I

DATE:    May 18, 2005

RE:      Grievance

    I received your letter May 9, 2005, regarding your grievance outcome. When a decision is reached you will be notified.

DP/dc
Attachment
cc:    File

17 A-L4

May 30, 2005

D.W. D.E. Pierce
Re: Reply to Your Memorandum of 5-18-05

RECEIVED
MAY 31 2005
DEPUTY WARDEN I

Dear Sir,

Thank you for responding to my written request recieved on 5-9-05 as to Grievance #9907 Disposition. I would like you to know that no one has spoken to me about this grievance or another addendum Grievance #9908 since they where filed. I would also note that I was denied access to anything during the time period I was held in Isolation Status, thus I filed as soon as I obtained my property back. I say this because it is a common custom or practice to deny anyone in isolation status a pen or grievances.

I would also note that B.O.P and C.F.R on grievance procedure will show that no process now could be timely as the grievances are more then 180 days old.

Please notify me as to who is investigating these.

Sincerely Yours,
Shane Hopkins
Shane Hopkins #253918
S.H.U. 17 A-L#4



**STATE OF DELAWARE
DEPARTMENT OF CORRECTION
OFFICE OF THE DEPUTY WARDEN I**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

## MEMORANDUM

TO:    IM Shane Hopkins SBI# 253918 SHU 17 AL4

FROM:  David Pierce, Deputy Warden I

DATE:  June 2, 2005

RE:    Grievance

---

I received your letter dated May 30, 2005, regarding grievances you filed. Grievance #9907 and #9908 were rendered non-grievable issues. Therefore this matter is closed.

DP/dc
Attachment
cc:    File

June 12th, 2005

Deputy Warden
David E. Pierce

Re: Reply to your June 2nd, 2005   Ref: Grievance #9907
    and #9908

Sir,

Presumptively, when you ordered an investigation on 12-30-04, by the notation at the top of Grievance #9907 you instituted a seprate and distinguishing inquiry out-side of and including the Rejection Reasons stated on the back of the original Grievance dated 12-20-04 by C.P.L. L.M. Merson. My inquiry specifically asked of you who was assigned to investigate the matter upon the aforesaid.

Since I have not spoken to anyone about this at any point thus-far I would request or Major David Holman to notify me accordingly.

I am requesting an investigation and criminal charges henceforth.

xc: File

Sincerely Yours,
x Shane Hopkins
#253918
Shane Hopkins.