June 13, 2005

Director,
Drewry Nash Fennell Esq.
ACLU of Delaware
100 W. 10th St.
Suite 309
Wilmington De 19801

Re: Submissions to File # 02-22 and Status

Dear Director,

    I submitted an incident in 2002, as to Diane Winters direction to do so.

    I would like to know the status of my (CRIPA*) submission and if you are going to refer the submission to the U.S Attorneys Office for investigative authority aforesaid.

    Please advise and provide me with a copy of my submission and any relative letters, memo's, ect, done as a result of the assault upon my person.

\* 42 U.S.C. § 1997 et. seq.

Sincerely Yours,
Shane Hopkins
Shane Hopkins #00253918
1181 Paddock Rd.
Smyrna De.
19977-9679

xc: File
cc: Marie A. O'Rourke Esq.
    Patricia C. Hannigan Esq.
    Colm Connolly Esq.

Exhibit "D"

July 2nd, 2005

Dir A.C.L.U. of Del.
Drewry Nash Fennell Esq.

Re: Attached.

    I would like to address the reason why these materials letters have taken so long to get to you. It's very simple Brian Engrem Law Librarian D.C.C.-S.H.U. tries to stop, prevent, hamper and delay filings for weeks at a time.
    Please note the aforesaid and assign me an attorney from your Delaware or Washington Division to handle these matters henceforth. And I need the current address of the former Delaware A.C.L.U Dir, Judith Mullen Esq. where she can be reached. And I would ask of your position on the foregoing issues present for U.S. Attny's C.R.I.P.A. Violation into my Assault.

    Thank You for your assistance in the aforesaid.

Sincerely Yours,
*Shane Hopkins*
Shane K. Hopkins

XC: File
Attachments (4)

\* Registered Return Reciept Requested.\*

Date: July 5th 2005   Amount: $ 10.31

and Cents 31

Registered Mail Please

Pay-To: Delaware Correctional Center

The Sum of: _____

Address to whom sent:
M. Jane Brady
Delaware Attorney General
820 N. French St. 12th Floor
Wilmington Delaware 19601

SBI# 253916
Log # _____
Check # _____
Date of Ck _____

Form #34 (rev 5/03)

Signature _Shane Hopkins_

---

\* Registered Return Reciept Requested \*

Date: July 5th 2005   Amount: $ 10.31

and Cents 31

Registered Mail Please

Pay-To: Delaware Correctional Center

The Sum of: _____

Address to whom sent:
Drewry Nash Fennell Esq.
A.C.L.U. of Delaware
100 W. Tenth St
Suite 309
Wilmington De. 19601

SBI# 253916
Log # _____
Check # _____
Date of Ck _____

Signature _Shane Hopkins_

Staff Commander Signature if Over $100.00

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Randy Wright* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *R Wright*    C. Date of Delivery *7/6/05* |
| 1. Article Addressed to:<br>Fennell ESQ<br>100 W. 11th St<br>Suite 309<br>Wilmington, De | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☑ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)   RR 486 946 205 US | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

# aclu delaware

*REC 7-19-05*

July 13, 2005

Mr. Shane Hopkins
Delaware Correctional Center
SBI#00253918
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Hopkins:

I am in receipt of your letter dated July 2, 2005.

You must understand that our past assistance to you in dealing with your rights at the prison in no way suggests that we legally represent you. Therefore, your request for an appointed attorney can not be met. I suggest that you continue to file grievances at the prison which is a procedure required by the prison to obtain any action regarding your complaints.

Thank you for keeping us informed of your situation.

Sincerely,

Diane Winters
Intake Representative

american civil liberties union delaware
100 West 10th Street • Suite 309 • Wilmington, Delaware 19801
(302) 654-3966

August 12, 2005

Drewry Nash Fennell Esq.
Executive Director
A.C.L.U of Delaware
100 West 10th Street Suite 309
Wilmington Delaware 19801

Re: Submissions And Non-Replies To Specific Questions.

Dear Counsel,

On 6-13-05 I wrote you concerning 02-22 File Submissions, You did not respond to my request of the current status thereof and you did not provide me with copies of previous submissions or what follow-ups where done in relation thereto.

On 7-2-05 I wrote concerning the current address of Judith Mullen Esq. Whom you replaced in 2004, You did not respond to my request, but in a variance Subordinates letter/Reply on 7-13-05 wich was totally non-responsive to any of my 7-2-05 questions presented therein under.

Within 10 days of reciept of this letter I would request You reply to my issues presented in my past submissions aforesaid. Your failure to do so will result in a complaint against you with the O.D.C. You are playing games with peoples lives and have incurred numerious Del. Rule Professional Responsibility Code of Conduct Violations that will be presented

Accordingly and vigorously prosecuted both state and federal R.I.C.O violations.

Thank you for your prompt attention in the matter herein.

Sincerely yours,

*Shane Hopkins*
Shane Hopkins
#253918
1181 Paddock Rd
Smyrna DE 19977

XC: File
CC: Colm F. Connolly Esq U.S. Attny

Mailed:                Registered Mail

# aclu delaware

September 20, 2005

Mr. Shane Hopkins
Delaware Correctional Center
SBI#253918, Unit 17
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Hopkins:

I am in receipt of your letter dated August 12, 2005.

I would be more than happy to respond to your request to forward information to Judith Mellen. Although we have information from you in our possession, please provide us with a detailed list of what you would like us to forward on your behalf. If you would like to correspond with her, you can send communications in care of our office and I will be happy to forward them.

As you know, the ACLU is not a general legal services clinic. We are a private, non-profit organization with limited resources and, therefore, must be very selective in choosing cases. We generally handle cases that deal with issues of constitutional law, seeking to advance and preserve basic rights and principles spelled out in the state and federal constitutions. Even among those types of cases, we can take only a small percentage of the many meritorious complaints that we receive.

Please understand that our ability to represent you is not a judgment on the merits of your case. We simply do not have the resources to assist you. And, unfortunately, our attempts to resolve the issues concerning prison conditions did not receive the attention that we anticipated. We continue to work to bring attention to the many difficulties faced by those in the prison system.

We urge you to again be sure to exhaust all administrative remedies (grievances and appeals) before attempting a judicial resolution to your situation. New legislation requires absolute exhaustion of administrative remedies before state prisoners may file a civil action. Should you fail to take this step, it will, in all likelihood, result in your civil action being dismissed.

american civil liberties union delaware
100 West 10th Street • Suite 309 • Wilmington, Delaware 19801
(302) 654-3966

We are sorry that we cannot be of assistance to you at this time and we hope that you will be able to resolve this matter satisfactorily. Thank you for contacting my office.

Sincerely,

Drewry Nash Fennell, Esquire
Executive Director
ACLU of Delaware