July 2nd, 2005

Hon. M. Jane Brady
Delaware Attorney General
820 N. French St. 12th Floor
Wilmington Delaware 19801

Re: Attached and Request for Internal Investigation (Criminal)

Dear Attny Gen Brady,
   The Deputy Warden* has memo's grievances etc. relative to the attached incident of criminal conduct against my person and on-going C.R.I.P.A. violations at S.H.U. — M.H.U. at D.C.C. Smyrna.
   I am requesting that someone from Del. State Police contact me hence-forth and that an independent investigation is** conducted.
   I hope to hear from you within 30 days henceforth.

xc: File
Attachments (4)

\* D.E. Pierce Jr.

\*\* 10 Del. C. § 4001 to 4010

Sincerely Yours
x Shane Hopkins
Shane Hopkins
#253918  S.H.U. #17
1181 Paddock Rd.
Smyrna Delaware
19977-9679

Exhibit "E"

※ REGISTERED RETURN RECIEPT REQUESTED. ※

Date: July 5th 2005

Pay-To: Delaware Correctional Center    Amount: $ 10.31

The Sum of: _____ ten _____ and Cents 31

Address to whom sent:
M. Jane Brady
Delaware Attorney General
820 N. French St. 12th Floor
Wilmington Delaware 19801

SBI# 253918
Log # _____
Check # _____
Date of Ck _____

Shane Hopkins

REGISTERE MAIL PLEASE

Form #34 (rev 5/03)

---

※ REGISTERED RETURN RECIEPT REQUESTED ※

Date: July 5th 2005

Pay-To: Delaware Correctional Center    Amount: $ 10.31

The Sum of: _____ ten _____ and Cents 31

Address to whom sent:
Drewry Nash Fennell Esq.
A.C.L.U of Delaware
100 W. Tenth St
Suite 309
Wilmington DE. 19801

SBI# 253918
Log # _____
Check # _____
Date of Ck _____

Shane Hopkins
Inmate Signature

REGISTERED MAIL PLEASE

REC-8-13-05

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>JANe BRAdy<br>820 N. French St.<br>Wilmington, De 19977 | D. Is delivery address different from item 1? ☐ Yes / ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) RR 486 946 219 US | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540