December 5, 2005

Clerk Ron
U.S. District Court
844 King Street Lock Box 18
Wilmington, Delaware 19801



05-870
FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Enclosed Filing And Request To Docket And Return To Me Cover Page Of Complaint As Reciept.

Dear Clerk:

Please Allow This To be Sent by Another I/M due To The Nature of The Complaint - And The Fact That I don't want To Send it in My Name due To Fear of it "Not" Getting To The Court.

I have Enclosed A Cover Page Marked In A PreStamped Envelope. And I Would Ask That You Time Stamp The Cover Page And Return it To Me in The Pre-Addressed Envelope Along With The Case No: Assigned.

Thank You For Your Time Herein.

XC: File
Attachments: (1) Original Complaint
(1) Original Cover Sheet
(1) Informa Pauperis
(1) Pre-Stamped Envelope
Along With Cover Complaint
To Time Stamp in.

Sincerely Yours,
Shane Hopkins
Shane K. Hopkins
#253918  17-A-L#4
1181 Paddock Rd.
Smyrna Delaware
19977