Clerk Ron
U.S. District Court
844 King St. Lock Box 18
Wilmington, Delaware 19801

Re: Hopkins V. Pusey etal.,    CA No: 05-870

Dear Clerk,

Enclosed are service copie(s) and 285 Marshall form(s) for person(s) named in the original complaint.

I would ask the court to except the enclosed mailed to the court by another inmate due to the nature of the content and allegations contained therein under and the mailing is done in this manner in order to assure the courts reciept thereof.

Thank you for your attention in the manner herein.

Dated: _____

xc: File
Attachments: (7) Complaint Set(s)
(7) 285 Marshall Form(s)

Sincerely Yours,
X *Shane Hopkins*
Shane K. Hopkins
#253918   17-A-L#4
1181 Paddock Rd.
Smyrna Delaware
19977

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

