# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Shane Hopkins  SBI#: 253918

FROM: Stacy Shane, Support Services Secretary

05-870 (SLR)

RE: **6 Months Account Statement**

DATE: January 12, 2006

---

Attached are copies of your inmate account statement for the months of July 1, 2005 to December 31, 2005.

**FILED**
**JAN 24 2006**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| July | 54.95 |
| Aug | 25.49 |
| Sept | 42.23 |
| Oct | 40.49 |
| Nov | 28.95 |
| Dec | 46.00 |

Average daily balances/6 months: 39.73

Attachments
CC: File

Stacy Shane
1/12/06

Neil L.
1/13/06
Notary Public

# Individual Statement

Date Printed: 1/12/2006

## For Month of December 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $39.85 |
|---|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | K | | | |
| Current Location: | SU/1 | | | Comments: | NSP-App for Art Supplies/QOL3 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 12/6/2005 | ($14.98) | $0.00 | $0.00 | $24.87 | 191658 | | | |
| Mail | 12/13/2005 | $40.00 | $0.00 | $0.00 | $64.87 | 194624 | 5909934346 | | A. RUSSELL |
| Canteen | 12/20/2005 | ($15.00) | $0.00 | $0.00 | $49.87 | 197210 | | | |

Ending Mth Balance: $49.87

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 1/12/2006  
Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | K | | $20.15 |

Current Location: SU/1

Comments: NSP-App for Art Supplies/QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 11/8/2005 | ($14.94) | $0.00 | $0.00 | $5.21 | 180805 | | | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $4.84 | 183315 | | | |
| Mail | 11/16/2005 | $50.00 | $0.00 | $0.00 | $54.84 | 185153 | 8143148597 | DST/POSTAGE | C. HOPKINS |
| Canteen | 11/22/2005 | ($14.99) | $0.00 | $0.00 | $39.85 | 186983 | | | |

Ending Mth Balance: $39.85

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of October 2005

Date Printed: 1/12/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $63.94 |
|---|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | | K | | |

Current Location: SU/1

Comments: NSP-App for Art Supplies/QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/6/2005 | ($1.06) | $0.00 | $0.00 | $62.88 | 167978 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $62.51 | 168054 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $62.14 | 168053 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($1.06) | $0.00 | $0.00 | $61.77 | 168245 | | POSTAGE | |
| Canteen | 10/11/2005 | ($25.65) | $0.00 | $0.00 | $35.06 | 168446 | | | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $35.06 | 169643 | | DST/POSTAGE | |
| Canteen | 10/25/2005 | ($14.91) | $0.00 | $0.00 | $20.15 | 172242 | | | |
| | | | | | $20.15 | 175102 | | | |

Ending Mth Balance: $20.15

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of September 2005

Date Printed: 1/12/2006                                      Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $48.47 |
|---|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | K | | | |

Current Location: SU/1    Comments: NSP-App for Art Supplies/QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $48.10 | 155753 | | POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $47.73 | 155758 | | POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $47.36 | 155799 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($1.06) | $47.36 | 156202 | | | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.37) | $47.36 | 156274 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.37) | $33.86 | 156275 | | POSTAGE | |
| Canteen | 9/13/2005 | ($13.50) | $0.00 | $0.00 | $33.86 | 156880 | | | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($1.06) | $33.86 | 158587 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($0.37) | $23.94 | 161368 | | POSTAGE | |
| Canteen | 9/27/2005 | ($9.92) | $0.00 | $0.00 | $63.94 | 162162 | | | |
| Mail | 9/28/2005 | $40.00 | $0.00 | $0.00 | $63.94 | 163102 | 5909936334 | | A RUSSELL |

Ending Mth Balance: $63.94

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of August 2005

Date Printed: 1/12/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | K | | Beg Mth Balance: | $38.27 |
| Current Location: | SU/1 | | | | | |

Comments: NSP-App for Art Supplies/QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/2/2005 | ($9.92) | $0.00 | $0.00 | $28.35 | 138879 | | | |
| Canteen | 8/16/2005 | ($9.91) | $0.00 | $0.00 | $18.44 | 145119 | | | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($0.37) | $18.44 | 149759 | | POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($0.37) | $18.44 | 149762 | | POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($0.37) | $8.47 | 149806 | | POSTAGE | |
| Canteen | 8/30/2005 | ($9.97) | $0.00 | $0.00 | $48.47 | 150445 | | | |
| Mail | 8/30/2005 | $40.00 | $0.00 | $0.00 | $48.47 | 150830 | 8143142264 | | C HOPKINS |

Ending Mth Balance: $48.47

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

### For Month of July 2005

Date Printed: 1/12/2006                                                                                          Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $84.13 |
|---|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | K | | | |

**Current Location:** SU/1   **Comments:** NSP-App for Art Supplies/QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/6/2005 | ($4.98) | $0.00 | $0.00 | $79.15 | 128297 | | | |
| Pay-To | 7/7/2005 | ($10.31) | $0.00 | $0.00 | $68.84 | 129717 | | DST/POSTAGE | |
| Pay-To | 7/7/2005 | ($10.31) | $0.00 | $0.00 | $58.53 | 129718 | | DST/POSTAGE | |
| Pay-To | 7/7/2005 | ($0.37) | $0.00 | $0.00 | $58.16 | 129731 | | DST/POSTAGE | |
| Pay-To | 7/7/2005 | ($0.37) | $0.00 | $0.00 | $57.79 | 129732 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | ($0.60) | $0.00 | $0.00 | $57.19 | 132445 | | | |
| Pay-To | 7/18/2005 | ($1.52) | $0.00 | $0.00 | $55.67 | 132451 | | DST/POSTAGE | |
| Canteen | 7/19/2005 | ($10.00) | $0.00 | $0.00 | $45.67 | 132951 | | | |
| Pay-To | 7/21/2005 | ($7.40) | $0.00 | $0.00 | $38.27 | 134755 | | EDWARD HAMILTON | |

**Ending Mth Balance:** $38.27

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00