January 17, 2006

Clerk
U.S. District Court
844 King St. Lock Box #18
Wilmington Delaware 19801

RE: Hopkins V. Pusey, etal., C.A. No. 1:05-CV-870 S.L.R.

Dear Clerk,

Enclosed is an Amended Informa Pauperis Application, pursuant to the Courts order of January 2, 2006.

Also I am requesting that the Court send me a copy of the docket and I've also enclosed my 28 U.S.C. 636 to forward, time stamped back to me so I can later send to counsel for defendants once an entry of appearance has been effected. I've enclosed a extra copy for the Courts file.

Last, I would like an Application for submission of my case to the Civil Panel for Appointment of Counsel.

Thank you for your time.

FILED
JAN 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely Yours,
x Shane Hopkins
Shane K. Hopkins
#253918  17-A-L#4
1181 Paddock Rd
Smyrna Delaware
19977

XC: File
Attachments: 1 Amended Informa
1 28 U.S.C. § 636 (to time stamp and return to me)
1 28 U.S.C. § 636 for Court File