IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHANE K. HOPKINS,                    )
                                     )
            Plaintiff,               )
                                     )
      v.                             ) Civ. No. 05-870-SLR
                                     )
CORRECTIONAL OFFICER J. PUSEY,)
CORRECTIONAL OFFICER J. SMITH,)
DEPUTY WARDEN DAVID E. PIERCE,)
JR., CPL M. MERSON, JUDITH      )
MULLEN, DREWERY NASH FENNEL,   )
and ATTORNEY GENERAL OF THE    )
STATE OF DELAWARE,              )
                                     )
            Defendants.              )

**O R D E R**

1.     The plaintiff Shane K. Hopkins, SBI #253918, a pro
se litigant who is presently incarcerated, has filed this action
pursuant to 42 U.S.C. § 1983 and has requested leave to proceed
in forma pauperis pursuant to 28 U.S.C. § 1915.  The plaintiff
filed his request to proceed in forma pauperis without the
required certified copy of his prison trust fund account
statement pursuant to 28 U.S.C. § 1915(a)(2).

2.     On January 2, 2006, this Court granted the
plaintiff leave to proceed in forma pauperis and ordered the
plaintiff to provide a certified copy of his prison trust fund
account statement for the six-month period immediately preceding
the filing of the above-referenced complaint.  The plaintiff
submitted the required documents on January 24, 2006.

3.     In evaluating the plaintiff's account information

pursuant to 28 U.S.C. § 1915(b)(1), the Court has determined that
the plaintiff has an average account balance of $39.69 for the
six months preceding the filing of the complaint.  The
plaintiff's average monthly deposit is $28.33 for the six months
preceding the filing of the complaint.  Accordingly, the
plaintiff is required to pay an initial partial filing fee of
$7.94, this amount being 20 percent (20%) of $39.69, the greater
of his average monthly deposit and average daily balance in the
trust fund account for the six months preceding the filing of the
complaint.  **Therefore, the plaintiff shall, within thirty days
from the date this order is sent, complete and return to the
Clerk of Court, the attached authorization form allowing the
agency having custody of him to forward the $7.94 initial partial
filing fee and subsequent payments to the Clerk of the Court.
FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN
30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN
DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.  NOTWITHSTANDING ANY
PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE
COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS
TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS
MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH
RELIEF.**

        4.   Upon receipt of this order and the authorization

2

form, the Warden or other appropriate official at the Delaware
Correctional Center, or at any prison at which the plaintiff is
or may be incarcerated, shall be required to deduct the $7.94
initial partial filing fee from the plaintiff's trust account,
when such funds become available, and forward that amount to the
Clerk of the Court.    Thereafter, absent further order of the
Court, each time that the balance in plaintiff's trust account
exceeds $10.00, the Warden or other appropriate official at the
Delaware Correctional Center, or at any prison at which the
plaintiff is or may be incarcerated, shall be required to make
monthly payments of 20 percent (20%) of the preceding month's
income credited to the plaintiff's trust account and forward that
amount to the Clerk of the Court.

     5.   Pursuant to 28 U.S.C. § 1915(g), if the plaintiff
has had three or more actions dismissed by the Court on the
grounds that they were frivolous, malicious, or failed to state a
claim upon which relief may be granted, the Court shall deny the
plaintiff leave to proceed in forma pauperis in all future suits
filed without prepayment of the filing fee, unless the Court
determines that the plaintiff is under imminent danger of serious
physical injury.

DATED:  2/2/06

_____
United States District Judge

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHANE K. HOPKINS,                        )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   ) Civ. No. 05-870-SLR
                                         )
CORRECTIONAL OFFICER J. PUSEY,)
CORRECTIONAL OFFICER J. SMITH,)
DEPUTY WARDEN DAVID E. PIERCE,)
JR., CPL M. MERSON, JUDITH       )
MULLEN, DREWERY NASH FENNEL,  )
and ATTORNEY GENERAL OF THE      )
STATE OF DELAWARE,               )
                                         )
            Defendants.                  )

**AUTHORIZATION**

I, Shane K. Hopkins, SBI #253918, request and authorize the
agency holding me in custody to disburse to the Clerk of the
Court the initial partial filing fee of $7.94 and the subsequent
payments pursuant to 28 U.S.C. § 1915(b) and required by the
Court's order dated _____, 2006.

This authorization is furnished to the Clerk of Court in
connection with the filing of a civil action, and I understand
that the filing fee for the complaint is $250.00.  I also
understand that the entire filing fee may be deducted from my
trust account regardless of the outcome of my civil action.  This
authorization shall apply to any other agency into whose custody
I may be transferred.

Date: _____, 2006.

                              _____
                              Signature of Plaintiff