IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANE K. HOPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-870-SLR |
| | ) |
| CORRECTIONAL OFFICER J. PUSEY, | ) |
| CORRECTIONAL OFFICER J. SMITH, | ) |
| DEPUTY WARDEN DAVID E. PIERCE, | ) |
| JR., CPL M. MERSON, JUDITH | ) |
| MULLEN, DREWERY NASH FENNEL, | ) |
| and ATTORNEY GENERAL OF THE | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**



FILED
FEB 1 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Shane K. Hopkins, SBI #253918, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $7.94 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated ___2-2-06___, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: ___2-8-06___, 2006.

X Shane Hopkins
Signature of Plaintiff
Shane K. Hopkins
00253918 17A-4
1181 Paddock Rd
Smyrna, Delaware 19977

