December 24, 2005 →   \*: Revised January 12, 2006

John L. Reed Esq.
Attorney at Law
Edwards and Angell L.L.P.
1100 North Market Street
Suite 1200
Wilmington Delaware 19801-1246



FILED
FEB 1 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Request for Submission Before Federal Civil Panel.

05-870 (SLR)

Dear Counsel:

Attached hereto was filed on 12-5-05 and I would ask that you submit this to the Civil Panel for thier review and consideration for representation henceforth.

Thank you for your time and have a nice holiday season.

Sincerely Yours
Shane Hopkins
Shane K. Hopkins
#253918  17-A-L#4
1181 Paddock Rd
Smyrna Delaware
19977-9679

XC: File
CC: Clerk U.S. Dist. Court (D.Del)
Attachments: 3 Copies of Complaint
   One For Each Member
   Of The Panel.

