March 27, 2006

Clerk
U.S. District Court
844 N. King St.
Lock Box #18
Wilmington Delaware
    19801-3570

Re: Hopkins V. Pusey etal.   Civil Action No: 05-870-SLR

Dear Clerk,

    Enclosed Please Find (1) 285 Marshall Form For The 'Current' Attorney General:

    Carl Danberg

    Pursuant To The Court Order of 3-2-06. Please Issue Service Henceforth.

    Thank You For Your Attention Herein.

XC: File.



FILED
MAR 29 2006
U.S. ___ COURT
DISTRICT OF DELAWARE

BD Scanned

Sincerely Yours
X Shane Hopkins
Shane Hopkins
#253918  17-A-L#4
1181 Paddock Rd
Smyrna Delaware
    19977



I/M Shane Hopkins
SBI# 253916   UNIT # 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail
Mailed 3-27-06

Clerk
U.S. District Court
844 N. King St.
Lock Box #18
Wilmington Delaware
19801-3570