IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANE K. HOPKINS,          )<br>                            )<br>        Plaintiff,          )<br>                            )<br>        v.                  )<br>                            )<br>CORRECTIONAL OFFICER J. PUSEY,     )<br>CORRECTIONAL OFFICER J. SMITH,     )<br>DEPUTY WARDEN DAVID E. PIERCE,     )<br>JR., CPL M. MERSON, JUDITH         )<br>MULLEN, DREWERY NASH FENNELL, )<br>AND ATTORNEY GENERAL OF THE   )<br>STATE OF DELAWARE                  )<br>                            )<br>        Defendants.          ) | C.A. No. 05-870-SLR |

### NOTICE OF APPEARANCE

The law firm of Young Conaway Stargatt & Taylor, LLP hereby enters its appearance on behalf of defendants, Judith Mellen and Drewry Nash Fennell.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ John W. Shaw
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware  19899-0391
(302) 571-6600
Attorneys for Defendants
Judith Mullen and Drewry Nash Fennell

Dated: May 2, 2006

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on May 2, 2006, I caused copies of the foregoing document to be served by first class U.S. Mail upon the following:

Shane K. Hopkins
SBI #00253918, 17-A-L-4
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com