## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

SHANE K. HOPKINS,          )
                               )
        Plaintiff,        )
                               )
        v.              )     C.A. No. 05-870-SLR
                               )
JOHN PUSEY, JOSEPH SMITH,   )
DAVID PIERCE, LISE MERSON,   )
JUDITH MULLEN, DREWRY FENNELL, )
M. JANE BRADY            )
                               )
        Defendants.    )

## <u>ENTRY OF APPEARANCE</u>

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi

on behalf of  John Pusey, Joseph Smith, David Pierce, Lise Merson, and M. Jane Brady.

The defendants specifically reserve the right to raise any jurisdictional, service or statute

of limitations defenses which may be available.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**


/s/ Lisa Barchi_____
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Dated: MAY 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on May 26, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Shane Hopkins
SBI # 253918
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi_____
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us