IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANE K. HOPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-870-SLR |
| | ) | |
| CORRECTIONAL OFFICER J. PUSEY, CORRECTIONAL OFFICER J. SMITH, DEPUTY WARDEN DAVID E. PIERCE, JR., CPL M. MERSON, JUDITH MELLEN, DREWRY NASH FENNELL, AND ATTORNEY GENERAL OF THE STATE OF DELAWARE | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS
## OF DEFENDANTS DREWRY NASH FENNELL AND JUDITH MELLEN

Defendants Drewry Nash Fennell and Judith Mellen hereby move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the complaint for failure to state a claim upon which relief can be granted. The basis for this motion is fully set forth in Defendants Fennell's and Mellen's Opening Brief and supporting papers, filed contemporaneously herewith. A proposed form of Order is attached.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *John W. Shaw*
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
(302) 571-6600
Attorneys for Defendants
Drewry Nash Fennell and Judith Mellen
jshaw@ycst.com

Dated: June 5, 2006

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on June 5, 2006, I caused copies of the foregoing document to be served upon the following in the manner indicated:

**BY FIRST CLASS U.S. MAIL**

Shane K. Hopkins
SBI #00253918, 17-A-L-4
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

**BY HAND**

Lisa Ann Barchi, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

I, further certify that on June 5, 2006, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Lisa Ann Barchi, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/S/ *John W. Shaw*
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
jshaw@ycst.com