IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANE K. HOPKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORRECTIONAL OFFICER J. PUSEY, ) <br> CORRECTIONAL OFFICER J. SMITH, ) <br> DEPUTY WARDEN DAVID E. PIERCE, ) <br> JR., CPL M. MERSON, JUDITH ) <br> MELLEN, DREWRY NASH FENNELL, ) <br> AND ATTORNEY GENERAL OF THE ) <br> STATE OF DELAWARE ) <br> ) <br> Defendants. ) | C.A. No. 05-870-SLR |

## ORDER

At Wilmington this ___ day of _____, 2006, defendants Drewry Nash Fennell and Judith Mellen having moved pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Complaint of plaintiff Shane K. Hopkins for failure to state a claim upon which relief can be granted, and the Court having considered the parties' submissions thereon,

IT IS HEREBY ORDERED that Drewry Nash Fennell's and Judith Mellen's motion to dismiss is GRANTED.

_____
United States District Court Judge