# APPENDIX

# EXHIBIT A

Case # 02-22

To: Diane Winters
From: Shane Hopkins #253918
D.C.C.
1181 Paddock Rd.
Smyrna De. 19977

Date
10-10-02

Mrs. Winters

Inclosed you will find all of the information you requested from me concerning my treatment at the hands of the officials at D.C.C.

This includes a drawn up Civil Action Law Suit that was never filed by me because of my ignorance in how to file properly. This packet also includes a drawn up law suit from Melvin Pusey who also believes he was mistreated at the hands of prison officials. Mr. Pusey is currently trying to persue his complaint in court. Thier are also copies of Grievances filed by me soon after the incidents and the Grievance Boards responses. Thier are 2 additional statements given to me by inmates who where also mistreated. These statements where taken over 1 year ago and the only reason I still have them is because I appear to be a paperwork packrat. One statement from Lawrance rambles on about many subjects that you are not concerned with. However he tells of how he got Pneumonia from being placed in an air conditioned cell without any cloathing, blanket, matress or anything at all for a prolonged period of time.

⟶ over

And that he had to be given a penicillin shot from medical.

Another statement is from Louis Dickerson. Please forgive him, he is not exactly the sharpest crayon in the box and is obviously boarderline retarded. But that is exactly why these Correctional Officers get away with treating him the way they do. The incident he speaks about was witnessed by roughly 50 inmates. Louis was hogtied and his whole head was Duck Taped over his mouth and around his head. And the resault of the Duck Tape being removed from around his head was disgusting, large patches of hair was ripped from his head quite possibly scarring him for life. I could go on and on about the messed up things done to him.

My Complaint is Simple. I was assaulted by a Correctional officer while handcuffed and my legs shackled. A nurse and 2 Doctors watched this incident and then refused to provide medical attention to me even though I asked repeatedly. They refused at the request of Lt. Fetzer who did this in order to cover up the incident. I requested that pictures be taken of myself and the room that I was beaten in. If I had been in a fight with another inmate pictures would have been taken of both of us but no pictures where taken because a Correctional officer was involved.

→ over

And do you know whats crazy? I can live with being beaten while defenseless. Even though it was wrong I have gotten over it. But I can't get over being placed in an airConditioned, Freezing Cold, Concreet room. <u>Completely</u> Naked, Not even underware.

Over 1 year later and I can still remember Crouching in the Cell Corner Naked and Shivering uncontrolably For 15 days a Correction Officers male and female looked in on my naked shivering self and laughed at me. The Airconditioning was turned up Full blast, Cold was part of the ponishment and it drove me quite literally Crazy. No mattress or blanket of Course. Nothing but a Stainless Steel Toilette and the Cold Concreete Floor from 5:00 AM to 10:00 PM. Then I was given a mattress and a paper Sheet that was nothing more than a large paper ~~gown~~ towel.

Needless to say I got out of that room after 15 days. But I ended up in trouble again after prison officials Confiscated all of my legal work that was being done Concerning the way I was treated. I Complained long and loud and they took me back to one of those "Strip Cells" and when I refused to give them my Claathing I was held against the Cell wall while Security Chief Cunningham Cut my Cloathes off of my body with a pocket Knife.

⟶ over

PG # 4

I think I ~~s~~ lasted about 3 hours in that Cold room Completely naked befor I went Crazy and bit my hands, ~~and wrists~~ and wrists untill blood pured from my body. Thats right even the most sanest man Can be driven to extreams if put under insane Conditions. But at the time I Felt that the pain and Consiquences would be only momentary while the Suffering of that Cold Cell would last. Luckily a guard Came to Check on me and I was given medical treatment and placed in a heated room in the inFirmery. Pictures where taken of me in this Condition and I can think of at least 20 others who where placed in these Strip Cells.

Everything I've told you is true and plenty of others have been in the Same Situation. No one was allowed to use the phone to inform Family members of the way they where being treated. No letters where written to family because no one Could write, No pen.

Plenty of inmates have plenty of petty gripes about the institutions in wich they are serving time. This is not a petty gripe. This is an obvious and Flagrant violation of my rights weather I'm a prisoner or not and it definitely is ~~cruel~~ Cruel Punishment ment to demean and humiliate.

PG # 5

You've asked for any information I could provide. and I've given what I can think of at the moment. My question to you is do you think being placed in a Cold Cell naked is right? And if not is it your intention to help put a stop to this form of punishment.

I don't Know much about the law and my family was at a loss as to what to do about it. So time has passed and they Say wounds heal with time. But when I think about it the humiliation back along with the anger

Please let me Know once you have recieved this letter. And if you need anything else just ~~not~~ ask.

P.S. I'm Sorry it took So long to get this Packet to you. I have been temporarily transfered to Deleware County Prison in P.A. I will be back in Smyrna Soon. If you Need to Send me anything in the meantime. Sent it to my mother at:

Carol Hopkins
355 Zynn Rd
Downingtown P.A
                    19335

# APPENDIX

# EXHIBIT B

# aclu delaware

Mr. Shane Hopkins
SBI# 00253918
Delaware Correctional Center
P.O. Box 500
Smyrna, DE  19977

Dear Mr. Hopkins,

We very much appreciate your sending us the information you did regarding your treatment at D.C.C.    We also appreciate the information you provided from Mr. Collingwood and Mr. Dickerson.  We will see to it that all the information is included in our investigation.

At the present time while working with prison officials we are also encouraging an interested reporter to investigate the conditions in Delaware prisons.  Unfortunately your recent letter to us did not provide us permission to release your name and SBI number to the reporter in hopes you would be contacted to provide information.  If this was an oversight on your part simply provide us written authorization otherwise we will not release your name to the reporter or anyone else.  Even if you choose not to have your name given to the reporter we appreciate the information you provided and will make use of it in our ongoing attempt to improve conditions within the prison system.

Again, we thank you for assisting us in our efforts to improve the conditions at D.C.C. Thank you for considering our request and we look forward to receiving your permission.

Sincerely,


Diane Winters
Intake Representative

# APPENDIX
# EXHIBIT C

July 2, 2005

Rec'd
7/4/05
kcw

Dir A.C.L.U. of Del.
Drewry Nash Fennell Esq.

Re: Attached.

I would like to address the reason why these materials/letters have taken so long to get to you. It's very simple Brian Engrem Law Librarian D.C.C. S.H.U. tries to stop, prevent, hamper and delay filings by witholding of legal filings for weeks at a time.

Please note the aforesaid and assign me an attorney from your Delaware or Washington, D.C. division to handle these matters henceforth. And I need the current address of the former Delaware A.C.L.U. Dir. Judith Mullen Esq. or where she can be reached.

I would ask of your position the foregoing issues present for U.S. Attny's C.R.I.P.A. violation/investigation into my assault.

Thank you for your assistance in the aforesaid.

Sincerely yours,
Shane Hopkins
Shane K. Hopkins

XC: File
Attachments (4)

June 13, 2005

Director,
Drewry Nash Fennell Esq.
ACLU of Delaware
100 W. 10th St.
Suite 309
Wilmington, DE 19801

Re: Submissions To File # 02-22 And Status

Dear Director,

     I Submitted An Incident In 2002, As To Diane Winters Direction To Do So.

     I Would Like To Know The Status Of My (CRIPA*) Submission And If You Are Going To Refer The Submission To The U.S Attorneys Office For Investigative Authority Aforesaid.

     Please Advise And Provide Me With A Copy Of My Submission And Any Relative Letters, Memo's, Ect, Done As A Result Of The Assault Upon My Person.

* 42 U.S.C. § 1997 Et. Seq.

Sincerely Yours,
x Shane Hopkins
Shane Hopkins #00253918
1181 Paddock Rd.
Smyrna De.
19977-9679

XC: File
CC: Marie A. O'Rourke Esq.
     Patricia C. Hannigan Esq.
     Colm Connolly Esq.

Colm F. Connolly Esq.                    May, 20, 2005
United States Attorney
1007 Orange Street
STE 700
PO Box 2046
Wilmington Delaware 19899-2046

Re: 2nd Attempt and Interference Of Access
         To Assert A C.R.I.P.A. Violation

Dear U.S. Attny Connolly:

      On | Before 5-16-05 I
Submitted The Attached Letter To The Law
Librarian, State Personnel Brian Engrem For Copy
Service. Attached To It Was Grievance #9907 And
#9908 And A 5-5-05 Letter To Deputy Warden
D.E. Pierce Jr. Brian Engrem Refused To Copy
Aforesaid. On 5-10-05 I Recieved All Material Back
With A Memo Saying:

      "Letters To Staff And Grievances
Are Not Considered Legal Photocopies."

      On 5-10-05 I Resubmitted The Grievances
And Letter To Brian Engrem Asking Him What Policy,
Procedure Or Custom He is Applying In Denying Me
                Cont.

From Documenting Legal Attachments To Support My Claim To You Under C.R.I.P.A. On 5-13-05 I Again Recieved "No" Reply And The Same Aforesaid Sub-Missions Back Uncopied.

I Have Thus Instituted A Grievance Asto The Aforesaid And I Have Advanced The Enclosed Affidavit Out-Lining The Intire Incident And Up To Date Pattern Of Retaliatory Acts, Gestures And Now The Aforesaid Attempt To Assert And Notify Your Office.

I Would Request Now, To Addendum My 5-16-05 Letter To Include Denial Of Access To The Courts Based On My Underlining C.R.I.P.A. Violations And Now Hindering My Access To The Courts VIA Your Office. In Which, I Wish For An Investigation Into The Pattern Of Incidents Documented In Case No. 02-22 With The AcLu Of D.E. Since 2002, I Demand That Your Office Conduct A C.R.I.P.A Investigation And I Authorize You To Obtain My And Other Inmates Submissions To D.E. A.C.LU Under Case No. 02-22. The Amount Of Submissions Contained Therein "Would" Warrant A Federal Investigation.

Cont.

②

I would Also Question, As to Federal Civil RICO Violations Attached To These Incidents By Private And State Entities Over The Past 4. YRS.

Upon Notification From Your Office I Will Advance My Grievances And Other Documentations To Support My Claims Aforesaid.

Thank You For Your Prompt Attention To The Aforesaid.

Sincerely Yours,

Shane Hopkins #00253918

XC: File
CC: M. Jane Brady
     Drewry Nash Fennell
     Janet Leban D.C.J.S

Attachments: (9) Page Affidavit Of CRIPA Violations And 5-16-05 Letter

③

STATE OF DELAWARE    } SS.    AFFIDAVIT/STATEMENT
COUNTY OF NEW CASTLE            Shane Hopkins #00253-718

## STATEMENT

I Shane Hopkins being First duly Sworn deposes And Says That On 11-26-04 The Foregoing Incident Took Place In M.H.U. Buld. #22 between Myself And Correctional Officers. I would Therefore State The following Events Took Place Against My Person.

On 11-26-04 My Cell Mate Brian O'neal Purposefully Clogged Our Cells Toilet A-L-#10. Brian O'neal Then Complained To The Guards About The broken Toilet And demanded To Be Moved To Another Cell. Correctional Officer Baker Then Ordered me To Pack My Property And Move To Cell A-U-#12. I Told C/o Baker That I Did Not Get Along With The Inmate In Cell A-U-#12 And That I Would Not Move Because We Might Get Into A Physical Altercation. C/o Baker Then Left The Tier In Order To Call For Backup.

STATE OF DELAWARE  SS:
COUNTY OF NEW CASTLE

CONT. PAGE 2 OF 9
AFFIDAVIT STATEMENT

AFTER SEVERAL MINUTES LT. YODER AND
C/O's JOE SMITH AND JOHN PUSEY CAME TO TALK
TO ME. I TOLD LT. YODER OF MY FEARS CONCERNING
THE MOVE TO CELL A-U-#12.

LT. YODER ASSURED ME THAT THE MOVE
WOULD ONLY BE TEMPORARY AND THAT I WOULD BE
MOVED BACK TO CELL A-L#10 AS SOON AS THE
TOILET WAS FIXED. SO I AGREED TO MOVE.

WHILE I WAS PACKING MY PROPERTY FOR
THE MOVE C/O JOE SMITH NOTICED THAT I HAD
SEVERAL BOOKS. INSTITUTIONAL POLICY FOR THE
M.H.U STATES THAT INMATES ARE ONLY ALLOWED TO
HAVE TWO BOOKS. C/O SMITH ORDERD ME TO GO
TO CELL A-U#12 WHILE HE CONDUCTED A INVENTORY
SHAKEDOWN OF MY PROPERTY.

DURRING THE INVENTORY/SHAKEDOWN I WAS
ABLE TO HEAR AND SEE AS SEVERAL BOOKS ALONG
WITH VERIOUS OTHER ITEMS WHERE THROWN INTO
THE HALLWAY BY OFFICERS SMITH AND PUSEY.

STATE OF DELAWARE    §§:    CONT PAGE 3 of 9
COUNTY OF NEW CASTLE    AFFiDAViT STATEMENT

AFTER C/O$^s$ SMITH AND PUSEY COMPLETED THE
INVENTORY/SHAKEDOWN C/O PUSEY BROUGHT THE
PROPERTY THAT WAS DEEMED ALLOWABLE TO ME IN CELL
A-U-#12 IN A TRASH BAG AND ORDERED THE CELL DOOR
BE OPENED.

C/O PUSEY BEGAN TO HAND ME TWO LIBRARY
BOOKS. I STEPPED OUT OF THE CELL AND POINTED
DOWN TO MY PERSONAL BOOKS ON THE TIER FLOOR
AND ASKED WHY THEY WHERE BEING CONFISCATED.
C/O PUSEY TOLD ME THE BOOKS WHERE BEING
TAKEN BECAUSE I HAD MORE THEN THE ALLOWABLE
NUMBER OF BOOKS.

I TOLD C/O PUSEY THAT I WAS ALLOWED TO
HAVE TWO INSTITUTIONAL LIBRARY BOOKS ALONG WITH
TWO PERSONAL BOOKS.

C/O PUSEY TOLD ME THAT HE DID NOT CARE
AND HE GRABBED MY SHIRT AND STARTED TO PUSH
ME BACKWARDS INTO THE CELL. I TRIPPED OVER THE
BAG CONTAINING MY PROPERTY AND HIT MY HEAD ON THE
CELL DOOR.

STATE OF DELAWARE        § §.       CONT PAGE 4 OF 9
COUNTY OF NEW CASTLE                AFFIDAVIT STATEMENT

BEFOR I COULD REGAIN MY FOOTING C/O PUSEY
PLACED ME IN A HEADLOCK/CHOKEHOLD AND CALLED
DOWNSTAIRS TO C/O SMITH.

FROM THE HEADLOCK/CHOKEHOLD I ASKED C/O
PUSEY WHAT HIS FUCKING PROBLEM WAS AND REACHED
MY HANDS UP UNDER HIS CHOKING ARM TO RELIEVE THE
PRESSURE FROM AROUND MY NECK.

AT THIS POINT EITHER C/O PUSEY OR C/O
SMITH BEGAN TO PUNCH ME REPEATEDLY IN THE
CHEST AND STOMACH. I COULD NOT SEE WHO
BECAUSE MY HEAD WAS BEING HELD FACING AWAY
FROM THE OFFICERS.

C/O SMITH PULLED MY FEET OUT FROM UNDER
ME AND I FELL TO THE FLOOR. WHERE I VOLINTARILY
TURNED ONTO MY STOMACH AND PLACED MY HANDS
BEHIND BEHIND MY BACK SO THAT THE C/OS COULD
PUT THE HANDCUFFS ON.

OFFICER PUSEY KNELT ON MY BACK AS IF
TO CUFF ME.

STATE OF DELAWARE
COUNTY OF NEW CASTLE

C/O Smith Bent over me and said "I Hate This Faggot Mother Fucker" And Punched Me Repeatedly In The Face.

When I Tried To Shield My Face From This Attack Officer Pusey Placed Me In A Chokehold Headlock And Applied So Much Pressure On My Neck That My Vision Began To Blur And I Became Scared For My Life. I Managed To Tell C/O Pusey That I Couldn't Breath. Instead Of Lessening The Pressure C/O Pusey Squeezed Harder.

I Heard Some Other Officers Arriving But I Do Not Know Who They Where Because My Head Was Turned Away From Them. One Of The Officers Hollered "Spray This Mother Fucker" And I was Capfoamed And Handcuffed.

I Was Then Lifted To My Feet And Told To Face The Wall Where C/O Smith Slapped Me In The Back Of The Head Repeatedly Making My Face Hit The Wall.

State Of Delaware 💲💲
County Of New Castle

Cont Page 6 of 9
Affidavit Statement

I Was Then Escorted Downstairs And When We Reached The Bottom C/O Smith Grabbed Me By The Throat And Lifted My Head Up As He Led Me Past All Of The Downstairs Cells Displaying My Injuries To The Other Inmates.

After We Left The Tier Officer Smith Held My Arms Up In The Air Causing Me To Stoop Forward So That The Top Of My Head Was Infront Of Me. When Building #22 Inside Sliding Door Opened My Arms Where Pushed So That My Head Banyed Into The Door Jam.

Officers Smith And Pusey Began To Laugh And When Building #22 Outside Sliding Door Opened Officer Smith Pushed My Handcuffed Arms And My Head Was Forced Into The Door Jam Again. C/O Smith Said "That Sounded Like It Hurt", Along With Verious Other Comments About The Incident.

I Was Then Led Up The Walkway To Building #24 Where C/O Smith Forced My Head Into The Wall.

STATE OF DELAWARE    §§    CONT PAGE 7 OF 9
COUNTY OF NEW CASTLE   §§    AFFIDAVIT STATEMENT

    I COULD NOT SEE BECAUSE OF THE CAPFOAM
IN MY EYE'S AND I WAS UNABLE TO MOVE TO OVOID
THESE BLATANT ATTEMPTS TO INFLICT PAIN.

    I WAS THEN TAKEN TO A CLASSROOM AND LEFT ALONE
FOR SEVERAL MINUTES BEFOR NURSE BETTY EXAMINED ME.
I TOLD HER AND EVERYONE ELSE IN THE ROOM HOW C/O'S
SMITH AND PUSEY HAD BEATEN ME WITHOUT JUSTIFICATION.

    OFFICER SMITH KEPT SCREAMING FOR ME TO "SHUT
UP HOPKINS", IN ORDER TO PREVENT MY FROM TELLING
OTHER PEOPLE WHAT THEY HAD DONE TO ME.

    NURSE BETTY THEN TOLD L.T.    TO CLEAN
THE CAPFOAM FROM MY EYE'S AND I WAS LED FROM THE
CLASSROOM TO A SINK WHERE I HAD MY FACE CLEANED.

    I COULD HEAR THAT THERE WHERE MANY PEOPLE
AROUND ME SO I BEGAN TO TELL EVERYONE WHAT C/O'S
SMITH AND PUSEY HAD DONE TO ME.

    ONCE AGAIN C/O SMITH WAS NEARBY AND HE
ORDERED ME TO "SHUT UP".

STATE OF DELAWARE        SS.        CONT PAGE 8 OF 9
COUNTY OF NEW CASTLE                 Affidavit STATEMENT

   AFTER THE CAPFOAM WAS CLEANED FROM MY FACE
I WAS TAKEN BACK TO THE CLASSROOM WHERE MY LEGS
WHERE SHACKLED TO A TABLE.

   EVERYONE LEFT THE ROOM AND AFTER SEVERAL
MINUTES C/Os SMITH AND PUSEY CAME INTO THE
ROOM AND ORDERED ME TO STAND UP. I STOOD UP AND
THEY BENT ME OVER A TABLE I WAS SHACKLED TO.
C/O SMITH GRABBED MY RIGHT HAND MIDDLE FINGER
AND STARTED TO BEND IT BACKWARDS. C/O SMITH
THEN LET GO OF MY MIDDLE FINGER AND SWITCHED
TO MY INDEX FINGER. C/O PUSEY ASKED C/O SMITH
IF HE "HAD THE ONE HE WANTED", AND OFFICER SMITH
BEGAN TO BEND MY FINGER AS IF TO BREAK IT.
WHEN I BEGAN TO FEEL PAIN I CALLED C/Os SMITH
AND PUSEY "A COUPLE OF REAL BITCHES" LOUDLY
AND THEY BOTH GOT OFF OF ME AND LEFT THE
ROOM.

   APPROX. 5 MINUTES PASSED AND NURSE BETTY
CAME AND CLEANED MY WOUNDS AND CHECKED MY FINGER.

STATE OF DELAWARE
COUNTY OF NEW CASTLE

SS.

CONT PAGE 9 OF 9
AFFIDAVIT STATEMENT

She Also Checked My Blood Oxygen Content And Blood Pressure Befor Telling Me To Calm Down.

These Correctional Officers Seemed To Derive Pleasure By Causing Me Pain.

I Did Not Resist Thier Attack At Any Time Because I Knew The Consequences If I Punched, Kicked or Scratched These Guards.

Because Of The Extensive Injuries I Recieved I Requested Pictures Be Taken Of My Body. L.T.       Took Several Photo's But He Could Not Take Pictures Of The Bumps And Abraisions On My Scalp.

I Did Not Resist These Officers Enough To Justify My Injuries.

No Officers Recieved Any Injuries Durring This Altercation.

Sworn To And Subscribed Before Me This 20th day of May 2005

Shawn Hopkins

Brian W Engrem
Notary Public

TO: Colm F. Connolly Esq.                    5-16-05
   U.S. Attorney
   1007 Orange Tree St.
   P.O. Box 2046
   Wilmington Delaware
            19899-2046


Re: Request For Criminal C.R.I.P.A Investigation
     And 5 USC § 552 F.O.I.A *


Dear Counsel:
          Attached herein is an incident that I
am requesting your office conduct an investigation
of under C.R.I.P.A. U.S.C § 1997 provisions, in that
the incident is an on-going pattern of conduct that
is related to File #02-22 of the Delaware A.C.L.U
based on the same illegal conduct of State officials
upon inmates. I would request that Criminal Charges
be instituted henceforth.
          I would also request under * Freedom Of
Information Act that you disclose the number of
Assault cases your department has investigated in
the past 5 years. This would be an request for the
names of victims and Correctional officers involved.


CC: Attorney General                 Sincerely Yours
    Jane M. Brady
    A.C.L.U. D.NFinelle Esq.         Shane Hopkins #00253918
xc: File Attachments