IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANE K. HOPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-870-SLR |
| | ) |
| C/O J. PUSEY, C/O J. SMITH, | ) |
| DEPUTY WARDEN DAVID E. | ) |
| PIERCE, JR., CPL M. MERSON, | ) |
| JUDITH MULLEN, DREWRY NASH | ) |
| FENNELL, and ATTORNEY GENERAL | ) |
| OF STATE OF DELAWARE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 19th day of June, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **October 16, 2006.**

2. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **November**

16, 2006. Answering briefs and affidavits, if any, shall be filed on or before **December 18, 2006**. Reply briefs shall be filed on or before **January 2, 2007**.

                                                                                                   _____
                                                      United States District Judge