IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHANE K. HOPKINS

     PLAINTIFF,

  V.                    C.A. No: 05-870 S.L.R.

JOHN PUSEY  ET.AL.

     DEFENDANTS,



**FILED**

JUN 19 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR APPOINTMENT OF COUNSEL

    COMES NOW PLAINTIFF SHANE K. HOPKINS PRO SE IN THE ABOVE STYLED CAUSE PURSUANT TO 28 U.S.C. § 1915 (E)(1) 1915 ( ) TO APPOINT COUNSEL IN THE FOREGOING PROCEEDINGS THAT WOULD THEREFORE SHOW:

        1.) THIS ACTION IS NOW RIPE FOR APPOINTMENT OF COUNSEL DO TO THE ABILITY OF PLAINTIFF TO PROSECUTE THE CASE AT BAR DUE TO THE PLAINTIFFS CURRENT INCARCERATION AND ABILITY TO PROSECUTE THIS CASE IN BOTH RESPONSIVENESS TO THE PROCEEDINGS IN BOTH DISCOVERY AND PRETRIAL PREPARATIONS, IN WHICH PLAINTIFFS CASE TURNS ONTO THE MERITS OF THE ACTION THAT IS "CLASS CERTIFICATION" FED. RULE CIVIL PROCEDURES RULE 23 (S)-(1)(C) AND ABILITY TO DEPOSE WITNESSES AND PRESENT A COLORABLE CLAIM THAT ONLY A JURY CAN RESOLVE BASED

(2)

Upon The Current Pleadings Filed By The Counsel For Defendants On May 26, 2006. (See Exhibit "A")

2.) This Action is A Class Certification Against Both The State Of Delaware And The A.C.L.U. (American Civil Liberties Union) The Issues Are Both Class Certification And On-Going 42 U.S.C. § 1997 (e) C.R.I.P.A. Violations That Are Currently Being A Part Of The Federal Inquiry Conducted By The United States Department Of Justice Civil Rights Division. (See Exhibit "B")

3.) Plaintiff is Indigent And Unable To Afford Counsel. (See Exhibit "C")

4.) Plaintiff's Imprisonment Will Greatly Limit His Ability To Litigate The Issues Involved In This Case. The Issues Are Complex And Will Require Significant Research And Investigation. Plaintiff Has Limited Access To The Law Library And Currently Has Incurred Retaliatory Nexus To These Proceedings By The Law Librarian Brian Engrem Who Has Mirrored The Proceedings And Instituted Incidents That Present A Denial Of Access To These Current Filings. (See Exhibit "D")

5.) A Trial In This Case Will Likely Involve Conflicting Testimony And Counsel Would Better Enable Plaintiff To Present Evidence And Cross Examine Witnesses And Maintain/Hold

OR HAVE POSSESSIONARY CONTROL OF OTHER INMATE'S AFFIDAVITS, EXHIBITS ECT... DUE TO DEPARTMENT OF CORRECTIONS POLICIES.

6.) PLAINTIFF IS CURRENTLY STILL BEING HELD IN ADMINISTRATIVE SEGREGATION DUE TO CLASSIFICATION DECISIONS RELATIVE THEREIN UNDER.

7.) THE FOREGOING ARE FACTORS LISTED IN MONTGOMERY V. PINCHAK 294 F. 3d 492, 499 (3rd CIR 2002)

WHEREFORE PLAINTIFF SUBMITS THIS ACTION FOR REVIEW FOR APPOINTMENT OF COUNCIL BEFORE THE CIVIL REVIEW PANEL HENCEFORTH.

RESPECTFULLY YOURS,

x Shane Hopkins

SHANE K. HOPKINS #253918
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK Rd
SMYRNA DELAWARE
19977

DATED: JUNE 11th 2006

## Certificate of Service

I, SHANE K HOPKINS , hereby certify that I have served a true
and correct cop(ies) of the attached: MOTION FOR APPOINTMENT OF
COUNSEL CA NO: 05-870 S.L.R. upon the following
parties/person (s):

TO: LISA BARCHI, #3927
DEPUTY ATTORNEY GENERAL
CARVEL STATE OFFICE BUILDING
820 N. FRENCH ST. 6TH FLOOR
WILMINGTON D.E. 19801

TO: JOHN W. SHAW
YOUNG CONAWAY STARGATT & TAYLOR
THE BRANDYWINE BUILDING
1000 WEST ST. 17TH FLOOR
WILMINGTON DE. 19801

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this 15TH day of JUNE , 2006

Shane Hopkins #253916

I/M Shane Hopkins
SBI# 253916   UNIT # 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail
Mailed 6-15-06

Office of The Clerk
United States District Court
844 N. King St. Lockbox #18
Wilmington Delaware

UNITED STATES POSTAGE
$ 00.870
02 1A          JUN 16 2006
0004608975
MAILED FROM ZIP CODE 19977
PITNEY BOWES

U.S.M.S.
RA Y

19801±3519-99 C012

19801=3519