November 1st, 2005

Colm F. Connolly Esq
U.S. Attorney for Delaware
1007 Orange Street Ste 700
P.O. Box 2046
Wilmington Delaware
  19899-2046

Re: 2nd Request

Dear Counsel,

Since I had a visit on 10-4-05 by F.B.I Agent B. Wise I've written you to request a copy of the Agents Report. Submitted to you as to the Investigatory Process under C.R.I.P.A. Enclosed I would addendum the Report findings with the attached (2) Affidavits I've done therefrom.

Please forward this to the Agent and/or send me a copy of the Report submitted to your office.

XC: File
CC: Agent Brenda Wise F.B.F office Wilm De.
Attachment(s): 2 Affidavits

Exhibits "A"

Sincerely Yours,
Shane Hopkins
Shane K. Hopkins
253915 17-A-L#4
1181 Paddock Rd
Smyrna Delaware 19977

STATE OF DELAWARE )
) SS
COUNTY OF _New Castle_ )

AFFIDAVIT OF: _Shane K. Hopkins_
DATED: _October 20th 2005_

## AFFIDAVIT

I, _Shane K. Hopkins_, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in _Secure Housing Unit #17_ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

On 10-4-05 Brenda Wise of the Federal Bureau of Investigations Wilmington Delaware Division came to interview me concerning an assault upon me by correctional officers.

After relating to Mrs. Wise the exact nature of this assault Agent Wise informed me that she was unable to conduct a formal investigation because of a lack of recorces. Agent Wise stated that I had only recieved what she considered to be minor injuries, RE: Black eyes and cuts and bruises. And that in order for her to conduct a formal investigation I would have to recieve broken bones or permanent physical scarring.

Affiant: _Shane Hopkins_  _Shane Hopkins_
Signature

_Shane K. Hopkins_
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this _4th_ day of _November_, 2005.

My Commission Expires: _6-14-06_

_[signature]_
Notary Public

Cont. PG# 2 of 3

STATE OF DELAWARE  SS
COUNTY OF NEW CASTLE SS

AFFIDAVIT OF Shawn K. Hopkins
October 20th 2005

    I told Agent Wise that the attack was unprovoked and unjustified because I did not resist the Correctional at any time. I told Agent Wise that it was unjust and frightening to be physically abused by these Correctional Officers after I had been completely restrained by handcuffs and pepper spray. I told Mrs. Wise that it was unfortunate that a person had to have broken bones or stitches in order for someone to take notice and respond to such a highly disproportionate response.

    I informed Agent Wise that pictures had been taken of my injuries and that if she saw them it would be obvious that an assault had taken place against me because of my numerous injuries compared to the correctional officers who recieved no injuries of any kind.

    I told Agent Wise of how frightened I would be if I where ever to come under there direct supervision again because I had tried every avenue of having this issue addressed within the Institution RE: Writing Deputy Warden Pierce and Institutional Internal Affairs without any meaningfull response to my concerns.

CONT. PG. 3 OF 3

State of Delaware  
County of New Castle  } SS

Affidavit of Shane K. Hopkins  
October 20th 2005

I told Agent Wise that it is proven that no one within the institution will take action against correctional officers who abuse their power and conduct themselves in an unprofessional manner.

I related to Agent Wise that had I made any physical attempt to defend myself against this attack, that I would be facing charges in a court of law and that I feared the consequences of my actions.

Agent Wise asked me if this kind of incident took place often and I assured her that I had personally witnessed unjustified attacks on fully restrained and defenseless inmates.

Agent Wise told me that she was noting my complaint and would keep it on file.

Sworn to and subscribed before me this 4th day of November 2005

x Shane Hopkin

x _____
Notary