# aclu delaware

March 6, 2006

Mr. Shane Hopkins
Delaware Correctional Center
SBI#253918, 17-A-L-4
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Hopkins:

In your letter of December 22, 2005, you indicate that you continue to have problems with excessive force at the prison. You have not indicated with which officers you are experiencing these problems.

Our letter to you dated September 20, 2005, clearly stated that we are not in a position to represent you legally and we suggested that you continue to file the grievances. I am uncertain if this is what you have been doing. If you would like us to investigate this matter further or to contact the warden or department of corrections on your behalf, I will need your permission to use your name. Please write back to us giving us the authorization to do so on your behalf and include the names of the particular officers with whom you are having problems. It is my understanding that if there are other prisoners who are experiencing the same problems with the same officers, then perhaps the Delaware Center for Justice can intervene as well. Once again, this is not an offer to represent you legally, but a means of trying to help you in your present situation.

I will await your response.

Sincerely,

Diane Winters
Intake Representative

Exhibit "B"