January 24, 2006

Stephen A. Hampton Esq.
Grady + Hampton L.L.C.
6 North Bradford Street
Dover Delaware 19904

RE: Attached and Request for Representation.

Dear Counsel,

   Please Review The Attached Complaint and Notify of Your Intent to Except My Case for Representation. I Have Also Enclosed Follow-Ups Filed beyond The 12-15-05 Docketing of The Complaint.

   Thank You For Your Time And Consideration Herein.

XC: File
Attachments: Copy Complaint 05-870
   (1) 10-20-05 Affidavit
   (1) 11-18-05 Follow Up
   (1) 12-27-05 3rd Request
   (1) 1-24-06 A.C.L.U. Letter

Sincerely Yours
Shane Hopkins
Shane Hopkins
#253916  17-A-L#4
1181 Paddock Rd.
Smyrna Delaware
       19977

Exhibit "C"

Rec 3-17-06

# PERRY & SENSOR

ATTORNEYS AT LAW

JAMES T. PERRY*

MICHAEL L. SENSOR*

*ALSO ADMITTED IN NEW JERSEY

SUITE 560, FIRST FEDERAL PLAZA
POST OFFICE BOX 1568
WILMINGTON, DELAWARE 19899

(302) 655-4482

FACSIMILE (302) 655-4043

WRITER'S ELECTRONIC MAIL:
msensor@perry-sensor.com

March 16, 2006

Shane Hopkins
SBI# 00253918
Delaware Correction Center
1181 Paddock Road
Smyrna, DE 19977

      RE:    Request for Representation

Dear Mr. Hopkins:

This will acknowledge my receipt of several papers from you and Ronald Proctor concerning a possible claim against the Department of Corrections and other individuals. Please be advised that after reviewing these documents, I have concluded I will be unable to assist you. Accordingly, I am withdrawing entirely from this matter and will take no action on your behalf.

Thank you for thinking of me in connection with this matter.

Very truly yours,

PERRY & SENSOR

By: Michael L. Sensor

MLS/cms