D.C.C. Smyrna     March 6th 2006
Shane Hopkins     #253918
                                   Approx 12:30

17-A-L #4

    On 3-6-06 Brian Engrem came to my cell and requested to see my court order requiring me to submit 285 U.S. Marshal forms to the court.
    After reading my court order Brian Engrem stated that he would "Not" provide me with the court ordered documents. This is a continuation of Brian Engrems delays, denials and out-right refusal to grant me access to the courts.
    By refusing to provide me with all requested materials Brian Engrem has usurped the position of the courts by deciding the merits of my requests for himself.

    Action Requested: Brian Engrems sole purpose as Law Librarian is to "Provide" me with requested materials. "Not" decide whether or not I need them. I request Brian Engrem be directed to provide me with the materials I need and stop his delays, denials, and out-right refusals.

March 6th 2006

Clerk
U.S District Court
844 N King Street
Lockbox #18
Wilmington Delaware
    19801-3570

Rec'd
3-18-06

Re: Court Order Dated March 2nd 2006
    Civil Action No 05-870-SLR

Dear Clerk,

Having Read The Aforesaid Court Order Law Librarian Brian Engrem has Refused To Provide Me With A 285 U.S. Marshal Form.

This Refusal Is A Continuation Of Denials, Delays And Out-Right Hindered Access To The Courts.

I Request That Your Office Provide Me With A 285 U.S Marshal Form So That I Can Fulfill The Court Order

Thank You For Your Help,

xc File

Sincerely
Brian Hopkins
Smyrna #253416
DCC
1181 Paddock Rd

# FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C. Smyrna    DATE: January 16th 2006

GRIEVANT'S NAME: Shane Hopkins    SBI#: 253918

CASE#: 23325    TIME OF INCIDENT: N/A

HOUSING UNIT: S.H.U. 17-A-L #4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Brian Engrem Paralegal for S.H.U. Law Library Since 1-8-06 Law Library Slip has denied me access to the following bills and has kept and not returned my Law Library Slip P#2 of 2 of my 1-8-06 order form up to 1-16-06 where I requested that he return my copy. Brian Engrem has 3 times now refused to provide me access to materials needed to complete my court order* in Appeal No: 364, 2005. These denials are done with the precursory and direct knowledge of the out come of his actions denying me access to materials needed to respond to a court order** has forced me to petition the courts for an deadline extention.

ACTION REQUESTED BY GRIEVANT: Provide Access To:
  A) 62 Del Law C. 317 S2 - 130th G.A. - H.B. # 394 - 4 Pages
  B) 70 Del Law C. 186 S1 - 138th G.A. - S.B. # 211 - 8 Pages
By 2-28-05 The Due Date to my Opening Brief on Appeal No: 364, 2005

GRIEVANT'S SIGNATURE: Shane Hopkins    DATE: 1-16-06

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ___(NO)

*Exhibit A
**Exhibit B    (COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
FEB 01 2006
Inmate Grievance Office

April '97 REV

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

<u>Intake Action</u>: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.     _____ Disciplinary Action       _____ Parole Decision
                                                _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

✓ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.


_____                              FEB 0 2 2006
Inmate Grievance Chairperson                                        Date


Form#: 584 (F&B)
(Reverse Revised July '99)