# MEMO

TO: I/M Shane Hopkins #253918

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: March 15, 2006

RE: Marshal Forms

Marshal forms are given out to inmates only upon the court granting an order for such action to take place. The reason I am asking for a copy of the court order is so I have some reference as to why I gave you the forms. The court order will be sent back to you. In addition, no marshal forms are given out unless there is an order as evidence to show the court requested the forms. You can read this in the instructions for filing a civil complaint in the U.S. District Court.

Cc: File