| Inmate Name | SBI # | Date In | Date Out | Request Type | Staff |
|---|---|---|---|---|---|
| Shane Hopkins | 253918 | 12/15/2005 | 12/15/2005 | Response (See File) | B.E. |
| Shane Hopkins | 253918 | 12/19/2005 | 12/20/2005 | SB159 140th GA | B.E. |
| Shane Hopkins | 253918 | 12/19/2005 | 12/20/2005 | Photocopies 144pgs. | B.E. |
| Shane Hopkins | 253918 | 12/28/2005 | 1/5/2006 | Photocopies 13pgs | B.E. |
| Shane Hopkins | 253918 | 12/28/2005 | 1/5/2006 | Photocopies (20pgs);(1)2254Form | B.E. |
| Shane Hopkins | 253918 | 12/28/2005 | 1/5/2006 | (1)WaiverForm;Request for Notary | B.E. |
| Shane Hopkins | 253918 | 1/10/2006 | 1/12/2006 | Photocopies 10pgs; 1ea.2254,IFP,SixMoReq.F' | B.E. |
| Shane Hopkins | 253918 | 1/10/2006 | 1/12/2006 | 1ea. CIS,1983,IFP Forms; USCA 42 s.1983 | B.E. |
| Shane Hopkins | 253918 | 1/10/2006 | 1/12/2006 | USCA 28 s.636,1915; FRCP 73 & Sheps. | B.E. |
| Shane Hopkins | 253918 | 1/13/2006 | 1/13/2006 | Photocopies 9pgs; 15b Mot. | B.E. |
| Shane Hopkins | 253918 | 1/17/2006 | 1/18/2006 | Photocopies 12pgs;(1)ea.SuperCtCvPkt,IFP | B.E. |
| Shane Hopkins | 253918 | 1/17/2006 | 1/18/2006 | SixMoReqForm | B.E. |
| Shane Hopkins | 253918 | 1/26/2006 | 1/27/2006 | Photocopies 67pgs; ShepUSCA18s636,1915 | B.E. |
| Shane Hopkins | 253918 | 1/31/2006 | 2/2/2006 | Request for Notary; West FedFormsAppt.Couns | B.E. |
| Shane Hopkins | 253918 | 1/31/2006 | 2/2/2006 | US Dist Ct Appt. Counsel Form | B.E. |
| Shane Hopkins | 253918 | 2/13/2006 | 2/14/2006 | 3FedFormsSec.3051,3053.40,3052.40,3080-81 | B.E. |
| Shane Hopkins | 253918 | 2/13/2006 | 2/14/2006 | 3FedFormsSec.3083-86; Ct.Case (1) 4 pgs. | B.E. |
| Shane Hopkins | 253918 | 2/13/2006 | 2/14/2006 | Photocopies 24 pgs. | B.E. |
| Shane Hopkins | 253918 | 3/6/2006 | 3/7/2006 | Six Mo Req Forms; DE S Ct 15b Mot. | B.E. |
| Shane Hopkins | 253918 | 3/6/2006 | 3/10/2006 | Return CC Penal Discipline | B.E. |
| Shane Hopkins | 253918 | 3/6/2006 | 3/6/2006 | CC Penal Discipline return by 3/10/06 | B.E. |
| Shane Hopkins | 253918 | 3/14/2006 | 3/16/2006 | Ct. Case (1) 17 pgs; KeyIndex-Const.&Cr.Law | B.E. |
| Shane Hopkins | 253918 | 3/14/2006 | 3/16/2006 | Response (See File) | B.E. |
| Shane Hopkins | 253918 | 3/14/2006 | 3/14/2006 | Return Ct. Cases (2) | B.E. |



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
Legal Services Administrator
Smyrna Landing Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6687

## Law Library Access Inmate Shane Hopkins #00253918

The following is a breakdown of legal activities for Inmate **Shane Hopkins #00253918** for the time period of May 1, 2006 – present:

Requests for Services MHU Law Library = 3

| Date Request Rec'd | Item Requested | Date Items Mailed |
|---|---|---|
| May 2, 2006 | Penal Code of Conduct, Court Forms, PSHLM pgs. 85-128 | 5/2/06 |
| May 24, 2006 | Cases (+5), PSHLM pgs. 367-396 | 5/24/06 |
| June 13, 2006 | Photocopies | 6/13/06 |

Number of Photocopy Requests = 1
Number of pages copied = 42

| Date of Request | Item Copied | Date Rec'd |
|---|---|---|
| 6/13/06 | Motion Appt Counsel U.S. District Court | 6/13/06 |

\*\* No Requests for Notary were received from I/M Shane Hopkins for the time period listed.