IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANE K. HOPKINS,             ) | |
|                               ) | |
|     Plaintiff,     ) | |
|                               ) | |
|   v.                    ) | Civ. No. 05-870-SLR |
|                               ) | |
| C/O J. PUSEY, C/O J. SMITH,   ) | |
| DEPUTY WARDEN DAVID E. PIERCE ) | |
| JR., LISE MERSON, JUDITH      ) | |
| MULLEN, DREWRY NASH FENNELL,  ) | |
| and M. JANE BRADY,            ) | |
|                               ) | |
|     Defendants.    ) | |

**O R D E R**

At Wilmington this 25th day of July, 2006, defendants David Pierce, Lise Merson, and M. Jane Brady, having filed a motion to dismiss on June 7, 2006 (D.I. 31);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

    1.    Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **August 25, 2006.**

    2.    Defendant may file and serve a reply brief on or before **September 11, 2006.**

                                                     /s/ Sue L. Robinson
                                                     United States District Judge