In The United States District Court
For The District Of Delaware

Shane K. Hopkins,
    Plaintiff,

v.

John Pusey, et al.,
    Defendants

C.A. No. 05-870-SLR

Rule 33

Scanned-BP 9/18/06

First Set Of Interrogatories
To Defendants John Pusey
And Joe Smith

FILED
SEP 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Plaintiff Shane Hopkins submit the following interrogatories to defendants J. Pusey and Joe Smith to be answered under the penalty of perjury within 30-days:

1. The incident that occurred on November 26, 2004, at the Delaware Correctional Center wherein you are being sued for using unnecessary excessive force against plaintiff Hopkins - "Did you act alone in subduing Mr. Hopkins? If not, please state the names of the other officers who took part in this incident or witnessed it take place', accompanied by any/and all Reports Filed by any officer regarding the incident in question.

2. Why was it necessary to use Force upon inmate Hopkins?

3. When you responded to the location where this incident occurred with inmate Hopkins, at that time did you first try to find out the cause of the problem and notify your supervisor of the ongoing situation??

4. If your answer is yes to the last question, please explain briefly the problem with inmate Hopkins and name of the supervisory official that you contacted about the problem and any directions that were given to you to resolve this matter with inmate Hopkins??

5. If inmate Hopkins was having problems with his cellmate, please explain what sort of steps were tooken to alleviate the problem?

6. Did inmate Hopkins assault or attack you or any other officer which justified the level of force used upon him?

7. If your answer is no to the last question then what did inmate Hopkins do or say to cause you to use the force that resulted in multiple injuries to his head, face and body areas?

8. Subsequently, did you and other officers who participated in this incident file any disciplinary reports and incident reports relating to this matter at hand? Please give number (File No#) and date to all reports filed in this incident.

9. At any time in connection with this incident were you directly contacted by the ACLU for investigation regarding the force used against

inmate Hopkins? If so, please state date and time of any interview with ACLU.

10. Did you or any other officer spray inmate Hopkins in his face with "mace" to subdue him? If so, who gave the order to use such dractic force?

11. What kind of physical effects does mace causes when sprayed on the face, eyes, notrils and mouth?

12. Was inmate Hopkins maced prior to or after he was subdued?

If possible please attach any reports or any other documents relating to questions 1 thru 12 herein above.

Date: September 13, 2006

Thank you!
_Shane Hopkins_
Shane Hopkins
Delaware Correctional Ctr.
1181 Paddock Road
Smyrna, Delaware 19977

## Certificate of Service

I, **Shane K. Hopkins**, hereby certify that I have served a true and correct cop(ies) of the attached: **Motion For Discovery And Interrogatories** upon the following parties/person(s):

TO: John W. Shaw
The Brandywine Building 17th Floor
1000 West Street
Wilmington Delaware
19899-0391

TO: Lisa Barchi
Deputy Attorney General
Dept. of Justice
820 N. French St. 6th Floor
Wilmington Delaware 19801

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **15** day of **Sept.**, 2006

Shane Hopkins