In The United States District Court
For The District Of Delaware

Shane K. Hopkins,
    Plaintiff,

v.

John Pusey, et al.,
    Defendants

C.A. No. 05-870-SLR

Rule 33



Scanned- BD 9/18/06

First Set Of Interrogatories To Defendant Lise Merson

Please take notice that plaintiff Shane Hopkins submit the following interrogatories to Grievance Officer defendant Lise Merson to be answered under the penalty of perjury within 30-days:

1. On December 17, 2004, inmate Shane Hopkins file a Grievance (case #9907) regarding an incident that occurred on November 26, 2004, wherein Officers Pusey and Smith assaulted him. Why didn't you investigate grievance complaint of misconduct relating to allegations that Officer Pusey and Smith initiating this incident by throwing inmate Hopkins' personal property about in the cell?

2. Are prison officials permitted to abuse, destroy or wrongfully confiscate an inmate's property?

3. If an official abuse, destroy or wrongfully confiscate an inmate's property can a complaint be filed with the Resident Grievance Committee?

4. Are inmates confined in isolation permitted to possess pens, paper, grievance forms, etc., needed to properly construct a grievance complaint within the seven (7) days time limitation for filing a grievance?

5. You did not process grievance complaint (case #9907) because the matter was a non-grievable-related disciplinary actions and the filing period had expired. In relationship to the questions in paragraphs 1 thru 4 herein above can you please explain in detail how you arrived at the conclusion that all the issues in case #9907 were non-grievable and how the 7-days time period for filing an initial grievance complaint is reasonable afforded to inmates in isolation??

6. Did the ACLU contact you in relationship to an investigation into Grievance Complaint (case #9907) involving allegations of unnecessary use of excessive force against inmate Hopkins by officers Pusey and Smith? Please give dates and time of any interviews with ACLU.

Date: September 13, 2006

Thank You!

_Shane Hopkins_
Shane Hopkins
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

# Certificate of Service

I, _Shane Hopkins_, hereby certify that I have served a true and correct cop(ies) of the attached: _First Set of Interrogatories To Defendant Lise Merson_ upon the following parties/person (s):

TO: _Lisa Borchi_
_Deputy Attorney General_
_Dept. of Justice_
_820 N. French St._
_Wilmington, Dela. 19801_

TO: _____
_____
_____
_____
_____

TO: _____
_____
_____
_____

TO: _____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _15_ day of _Sept._, 2006

_Shane Hopkins_