In The United States District Court
For The District Of Delaware

Shane K. Hopkins,
    Plaintiff,

v.

John Pusey, et al.,
    Defendants.

C.A. No. 05-870-SLR

Rule 33
Scanned- BD 9/18/06



FILED
SEP 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

First Set Of Interrogatories To ACLU Defendants Judith Mellen And Drewry Nash Fennell

    The plaintiff Shane Hopkins direct the following interrogatories to defendants Mellen and Fennell to be answered fully and correctly under the penalty of perjury:

    1. Did you or your agents receive several complaints from plaintiff regarding a November 26, 2004 use of excessive force upon him by two Delaware Correctional Center (DCC) guards by the name of John Pusey and Joe Smith?

    2. If your answer is yes to question #1, then what if anything, as far as action, was taking by the American Civil Liberties Union (ACLU) to investigate this excessive force complaint?

    3. If there was an investigation (as the records verify there was) then what state officials and

DOC officials were interviewed or contacted or notified in relationship to this case? Give full name of every official and their titles or rank interviewed by ACLU along with dates and times that said interviews occurred.

4. Do the ACLU maintain a file number #02-22 which contain similar complaints of use of excessive force against inmates by correctional officer throughout the Delaware Department of Corrections (DOC)?

5. Was plaintiff Hopkins complaint among file #02-22? And was there a central investigation conducted by the ACLU? If so, give name of each official and their titles along with date and time of interviews. Answer each question separately.

6. In relationship to any and all investigations conducted into the officials' use of excessive force throughout the DOC - "Did the ACLU interview the following state officials":

      (a) M. Jane Brady;
      (b) Any Deputy Attorney General;
      (c) Commissioner Stanley Taylor;
      (d) Warden Thomas Carroll;
      (e) Deputy Warden David Pierce;
      (f) Grievance Officer Lise Merson.

7. How many number of DCC inmates were actually represented by the ACLU in the past ten (10) years?

8. Out of the complaints of the use of excessive force against inmates by DCC officials that make-up File #02-22 - how many of those complaints did the ACLU refer to the Federal Justice Department for further investigation?

9. State the amount of Federal Funding received annually by the ACLU to conduct investigations into instance of assaults and conditions of confinement in the DOC?

10. Is File #02-22 still open for investigation or consideration for prompt action to be taken in the near future?

11. State the final result of any investigation conducted by the ACLU into the excessive force complaint relating to the plaintiff at bar? Please give date, time and file number for investigation reports, or attach such reports to your response.

The above interrogatories shall be answered within 30-days after the receipt of this document.

Date: Sept. 13, 2006

Thank You!
_Shane Hopkins_
Shane Hopkins pro se
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

## Certificate of Service

I, __Shane K Hopkins__, hereby certify that I have served a true and correct cop(ies) of the attached: __Motion For Discovery And Interrogatories.__ upon the following parties/person (s):

TO: __John W. Shaw__
__The Brandywine Building 17th Floor__
__1000 West Street__
__Wilmington Delaware__
__19899-0391__

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __15__ day of __Sept__, 2006

__Shane Hopkins__