IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANE K. HOPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-870-SLR |
| | ) |
| CORRECTIONAL OFFICER J. PUSEY, | ) |
| CORRECTIONAL OFFICER J. SMITH, | ) |
| DEPUTY WARDEN DAVID E. PIERCE, | ) |
| JR., CPL M. MERSON, JUDITH | ) |
| MULLEN, DREWERY NASH FENNEL, | ) |
| and ATTORNEY GENERAL OF THE | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 17th day of October, 2006, having considered State defendant's motion for an extension of time (D.I. 46);

IT IS ORDERED that said motion is granted and the scheduling order is amended as follows:

1. Responses to outstanding discovery requests are due on or before **November 3, 2006.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **February 2, 2007.**

3. **Summary Judgment Motions.** All summary judgment motions along with opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **March 2, 2007.** Answering briefs and affidavits, if any, shall be

filed on or before **April 2, 2007**.  Reply briefs shall be filed on or before **April 16, 2007**.

                                                    *[signature]*
                                             United States District Judge