| Incident# | | | |
|---|---|---|---|
| 1017887 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | | Date: 04/27/2006 |

## INCIDENT REPORT

| Group#: 1280 | Type: Inmate Involved | Incident Date: 11/26/2004 | Time: 15:00 | Confidential: No |
|---|---|---|---|---|

Facility: DCC Delaware Correctional Center          Followup Required: No

Associated Disciplinary Report #(s) 1014567

Incident Location: Bldg.22 A Tier

Location Description: MHU22 AU12

Violated Conditions: 1.02/200.201 Assault
   1.06/200.203 Disorderly or Threatening Behavior
   2.06/200.108 Failing to Obey an Order
   2.13/200.111 Possession of Non-Dangerous Contraband

**Description of Incident:**

On November 26, 2004 I C\O Pusey, John and C\O Smith, Joseph were transferring I/M Hopkins, Shane SBI #00253918 from AL10 to AU12 due to the toilet being clogged in cell AL10. I C\O Pusey noticed that I/M Hopkins had an excessive amount of books in his possession and began to shake down his cell AL10 while I/M Hopkins was transferred to AU12. I confiscated and bagged up all of I\M Hopkins belongings and took them to him in 22AU12. I had AU12 cell door opened to hand the property over to I\M Hopkins and told him that the allowable items were in his bag and that two books were being confiscated cause he was in excess. I\M Hopkins became agitated and started to come out of his cell; I placed my hand up to stop him and he pushed my hand out of the way, shoving past me by pushing me in the chest area. I then grabbed him to secure him and he began to resist. I then notified C\O Smith who was on the tier to help secure him, we then placed him to the ground and called for backup. I\M Hopkins was still continuing to resist and Sgt. Outen, Clifton sprayed I\M Hopkins to help secure him. I/M Hopkins was handcuffed and secured, I/M Hopkins was removed from the tier and transported to MHU Bldg #24 classroom #2 and was seen by medical nurse Betty Bryant and refused medical treatment. I/M Hopkins excessive books were confiscated and inventoried as evidence. I/M Hopkins was advised that he would be receiving a MAB write-up for his actions and transferred to Bldg #18 Isolation.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Shane, Hopkins I\M | No | Superficial Abrasions |

| Evidence Type: 2 Extra books | Date Collected: 11/26/2004 |
|---|---|
| Discovered By: John, Pusey C\O | Secured By: John, Pusey C\O |

Type of Force Used [X] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [X] CAPSTUN  [ ] NONE

Restraints Used: handcuffs and shackles

Immediate Action Taken:
I/M secured, I/M seen by medical, I/M advised of MAB write-up, evidence secured, accomplished 122, 404, and 537

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Clifton, Outen S | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Joseph, Smith E III | N/A | Correctional Officer |
| Staff | John, Pusey E Jr | N/A | Correctional Officer |
| Inmate | Shane, Hopkins K | 00253918 | N/A |

Reporting Officer: Pusey, John E Jr (Correctional Officer)     Entered By: Pusey, John E Jr (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  Date: 11/26/2004  Approved by: Mccreanor, Michael (Shift Commander - Large Inst.)

Comments: N/A

| Incident# | DCC Delaware Correctional Center | Date: 04/27/2006 |
|---|---|---|
| 1017890 | Smyrna Landing Road SMYRNA DE, 19977 Phone#: 302-653-9261 | |

## INCIDENT REPORT

| Group#: 1280 | Type: Inmate Involved | Incident Date: 11/26/2004 | Time: 15:00 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center  
**Followup Required:** No  
**Incident Location:** Bldg.22 A Tier  
**Location Description:** A Upper 12  

**Violated Conditions:** 1.02/200.201 Assault  
1.06/200.203 Disorderly or Threatening Behavior  
2.06/200.108 Failing to Obey an Order  
2.13/200.111 Possession of Non-Dangerous Contraband  

**Description of Incident:**
On Friday November 26, 2004 @ approx 1500 hrs after a routine shakedown of I/M Hopkins, Shane (00253918), I/M Hopkins allowable property was being taken to him by C/O John Pusey. I (Smith) witnessed I/M Hopkins push C/O Pusey in his chest trying to get by him. C/O Pusey then grabbed I/M Hopkins and began to wrestle him to the ground. I (Smith) came to the aid of C/O Pusey and helped secure I/M Hopkins on the ground. I/M Hopkins continued to resist and was cap foamed by Sgt Clifton Outen. I/M then became less combative and allowed staff to hand cuff him. I/M was taken to bldg 24 classroom and seen by medical ( Nurse Betty Bryant). I/M Hopkins refused treatment.**end of report**

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Shane, Hopkins K | No | See Medical Report |

**Evidence Type:** N/A  **Date Collected:** N/A  
**Discovered By:** N/A  **Secured By:** N/A  

**Type of Force Used** [X] PHYSICAL  [] CHEMICAL  [] STUN  [] OTHER  [] CAPSTUN  [] NONE  
**Restraints Used:** Handcuffs  

**Immediate Action Taken:**
I/M pepper foamed, I/M secured, I/M seen by medical, Back up 404 report accomplished

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Clifton, Outen S | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | John, Pusey E Jr | N/A | Correctional Officer |
| Staff | Joseph, Smith E III | N/A | Correctional Officer |
| Inmate | Shane, Hopkins K | 00253918 | N/A |

**Reporting Officer:** Smith, Joseph E III(Correctional Officer)   **Entered By:** Smith, Joseph E III(Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 11/26/2004  **Approved by:** Mccreanor, Michael (Shift Commander - Large Inst.)  
**Comments:** N/A

Page 1 of 1

I/M SHANE HOPKINS #253918   11-26-04   1600 HRS
PHOTOS BY LT. YODER






DEPARTMENT OF CORRECTION  
Burea of Adult Correction  
Delaware Correctional Center

FORM # : 138  
(F. and B.)

REPORT OF USE OF FORCE, CHEMICAL AGENTS AND/OR APPLICATION OF RESTRAINTS ON INMATES.  
( Note: Do not complete this report for the general use of restraints in the routine movement or transfer of an inmate ).

1. To: **Warden Thomas Carroll**
2. From: (Title, Name) **Capt. Michael McCreanor**
3. Date: **11/26/04**

4. Inmate Name **Shane K. Hopkins**
5. Institutional Number **00253918**

6. Use of force, chemical agents and / or application of restraints was ordered by : **Sgt Clifton Outen(Capstun)/Officer John Pusey (Physical Force)**

8. Reason (s) for use of force, chemical agents and / or application of restraints:

   a. _X_ Displaying signs of imminent violence    e. ___ Administer Medication  
   b. ___ Attempting suicide / suicide precaution  f. ___ Destroying state property  
   c. ___ Admit / return to Isolation              g. _X_ Prevent injury to self / other  
   d. _X_ Assaultive                               h. ___ Other _____

9. The inmate was placed in (X) hard, ( ) soft restraints.

10. An Incident Report  (X) is,  ( ) is not being submitted.

11. The inmate ( ) was, (X) was not medicated. If was, specify medication.

12. Chemical agent (X) was, ( ) was not used. If used, by whose authority?  
    Type of chemical agent used: **CapFoam**

13. Inmate (X) was, ( ) was not examined. If examined, who examined the inmate?  
    Nurse : **Nurse Betty Bryant**

14. Staff members involved were : **Sgt Clifton Outen, Officer Joseph Smith, Officer John Pusey**

15. Explanation of incident and your participation: (Be specific and detailed. How was force used, by whom, ect. Use reverse side of form to fully document events). **See Section 17**

16. Injury to Inmate: (X) yes, ( ) no, type of injury / treatment given: **See attached medical report**

    Injury to Staff:  ( ) yes, (X) no, type of injury / treatment given:

    Medical Staff performing treatment: **Nurse Betty Bryant**

17. Continuation of any item. List by number and then continue narrative.

On 11-26-04 at approx. 1500 hrs. Officer Pusey and Officer Smith, Joseph were transferring Inmate Hopkins, Shane SBI 00253918 from Bldg #22 AL10 to AU12 because of a clogged toilet. Officer Pusey noticed that Inmate Hopkins had an excessive amount of books in his possession. Officer Pusey conducted a shakedown on Inmate Hopkins property while he was transferred to AU12. Officer Pusey then confiscated and bagged up his property and took it to him in cell AU12. Officer Pusey had AU12 cell door opened to hand the property over to I/M Hopkins. Officer Pusey informed I/M Hopkins that the allowable items were in his bag; at this time I/M Hopkins became agitated and started to come out of his cell. Officer Pusey placed his hand up to stop I/M Hopkins from departing the cell; I/M Hopkins then pushed Officer Pusey's hand out of the way and shoved past him by pushing him in the chest area. Officer Pusey then grabbed I/M Hopkins to secure him; I/M Hopkins became resistive at this time. Officer Pusey then advised Officer Smith who was on the tier that his assistance was needed; Officer Smith then called for back up. Officer Pusey and Smith then placed I/M Hopkins on the floor and back up arrived. I/M Hopkins was still resisting and Sgt Outen, Clifton used pepper foam, I/M Hopkins then became cooperative and he was handcuffed. I/M Hopkins was then removed from the tier and transported to Bldg #24 classroom #2 were contact was made with Lt. Yoder. Lt. Yoder flushed I/M Hopkins eyes and I/M Hopkins was seen by Nurse Betty Bryant for his minor injuries and refused other medical treatment. I/M Hopkins excessive property was inventoried and I/M Hopkins was advised that he would be receiving a MAB write-up.

(Signature of shift commander)

Appendix 'G'

Incident Report Number: _____

# GAS USE REPORT

Time: 1515  Date: 11-26-04  Day: Friday

Officers using gas: Sgt. Clifton Outen

Type of gas used: Name: Capstun (Pepper Foam)  Time used: 1515

Point of Contact: Face

Did gas assist in controlling the inmate?  Yes ____  No __X__

Was more than one blast used at one time?  Yes ____  No __X__

Officer injuries?  Yes ____  No __X__

Name of injured officer (s): _____

Name of inmate (s)
Gas activated upon: Shane K. Hopkins / 00253918
SBI Number

_____ / _____
SBI Number

Inmate injuries?  Yes __X__  No ____

Was inmate seen by medical personnel?  Yes __X__  No ____

Signature of
Medical personnel: Nurse Betty Bryant

Date: 11-26-04  Time: 1545
Signatures:

Reporting Officer: Sgt C. Outen  Date: 11/26/04

Shift Commander: _____  Date: 11-26-04

Security Superintendent: _____  Date: _____

ATTACHMENTS
1. Use of Force  Yes __X__  No ____
2. Incident Reports  Yes __X__  No ____
3. Disciplinary Report  Yes __X__  No ____