# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 11/20/04 | 1545 | | Called by security to assess I/M 5 being involved c̄ a code. Noted to have been sprayed ē encounter. Noted superficial abrasions ® back and ® shoulder about 10cm. Also noted bruising to top of ® ear. Superficial scratches also noted to neck. Open area to bridge of nose, edema, c̄ bruising scratches to forehead and abrasions hair line ® side. c/o dizzy c̄ movement. Won't open eyes. Eyes flushed c̄ NSS by building Lt. Yoder. No numbness 5 digits ® hand. Noted capillary refill ≤ 3 sec. VS - 131/92 P-112 R-16 O₂ sat on O₂ via pulse ox. All areas cleaned c̄ NSS. Refused to have triple antibiotic ointment placed to areas. Attempts made to continue wound witness by corporal Sykes. Given info to Lt. Yoder. Continued refusal to open eyes. [signature] RN |

NAME—Last: Hopkins   First: Shane   Middle:   Attending Physician:   Record No:   Room/Bed:

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse

A+B
TIER   BU #22

4C B/D

0800 1000 ▷ Friday ▷ 11-26-04
0735 CO Rose Vargas
     Sgt Clifton Outen
     Sgt Dorian George
     CO Glenise Baker
     CO Luisa Skinner
     CO SHANE BURWELL
0800  TWC 181 ASSIGNED  181 in control (Posey notified)
0827  Commact Dining (?)
0830  REC UPPERS
0835  Commissary (BAG?) in Bldg 22 out 0900
0840  pp B wing
0855  pp A wing
0900  Mrs Allen to Bldg 24 kitchen
0920  Kitchen workers out (?)
0931  pp B wing
0943  Lt Snead in Bldg 22. Area check.
0945  REC OVER
1005  TWC 181 ASSIGNED 185 in 1800 CT (?) control (Posey) notified
1018  Sgt Laughery in Bldg 22
1058  A wing to Chow PE ret 1114 Rec'd
1115  C wing to chow — 1135 Ret'd
1138  B wing to chow — 1157
1145  Visits out (?) → Bldg 24
1154  pp B wing
1205  D wing to chow — 1215 Rec'd
1216  Kitchen workers Rec'd
1245  Hosts out (?)
1330  Rec started center/gymnasium
1345  Visits out
1347  pp A wing
1355  pp B wing La splits out
1420  Kitchen workers in

mhu 22
C/D

THURSDAY 11-25-04, 1600-2400 SHIFT CONTINUED.
2241  P/P ON D TIER.
2308  P/P ON C TIER H.C = 43 AND 43 ASSIGNED
2311  P/P ON D TIER H.C = 47 AND 47 ASSIGNED.
2319  CODE GREEN
2336  P/P ON C TIER
2340  P/P ON D TIER.

--- friday → 0800-1600 → 11-26-04
0735 C/O Ross Vargas on duty C/D pod mhu 22 →
  C-D phone punches made →
  C-D floor staff ~ Sgt Clifton Duten / CO Shane Burwell →
  C h/c 43 assigned 43 in + 0 →
  D h/c 47 assigned 47 in + 0 ⓝ
0825 Gym staged D wing ~ CO edge in 22 ⓝ
0830 ② to gym from D wing (DLI Charles / DLI Bootswain) →
  C-D wing recreation runners ~ yard ~ cleaning supplies ~ showers ⓝ
0831 D phone punch ⓝ
0840 C phone punch ⓝ
0850 C phone punch ⓝ
Note: C wing lower phone punch still not working ~ DUS door keeps recycling ⓝ
0857 Bagi commissary on C wing ⓝ
0900 Bagi off C wing → departs mhu 22 ⓝ
0908 D phone punch ⓝ
0925 C phone punch → ② to kitchen CL9 Restanto ~ CU12 reed ⓝ
0925 Kitchen workers departed ⓝ



friday → 0800-1600 → 11-26-04
0930 recreation uppers C-D wings ↔
 yard ~ showers ~ cleaning supplies Ⓝ
0933 gym returns to D wing → DU1
 Charles secured in cell Ⓝ
0943 Lt Salas in unit Ⓝ
0945 recreation complete Ⓝ
0950 d phone punch Ⓝ
0956 c phone punch Ⓝ
0957 d h/c 47 assigned 47 in + 0 →
 c h/c 43 assigned 41 in + 2 kitchen Ⓝ
1019 Sgt Dutton to chow → CL8 Crawford
 to 24 comm. interview Ⓝ
1025 CL8 Crawford returns → Lt Salas
 departs 22 Ⓝ
1030 DL8 Richmond to 24 comm.
 interview → CO Burwell to chow Ⓝ
1037 DL8 Richmond returns Ⓝ
1055 Sgt Lowery in 22 (comm) Ⓝ
1056 Sgt Lowery departs → DU10 Wenke
 terminated from commissary
 position → 22CL8 Richmond new
 worker → 22CL8 Richmond to work Ⓝ
1059 C notified for chow Ⓝ
1115 C to chow Ⓝ
1120 D notified for chow Ⓝ
1136 C from chow Ⓝ
1140 Visits staged Ⓝ
1145 Visits depart → DU2 Patton/CL1
 Sayer/CL5 Clarke/CU8 Ayers Ⓝ
1155 D to chow Ⓝ
1215 D from chow Ⓝ
1225 lower Jumah out for showers Ⓝ
1250 Jumah staged Ⓝ
1300 Ⓞ visit out CU12 Reed to 24 Ⓝ

56
mhu 22
c/d  Friday → 0800-1600 → 11-26-04
Note: Jumah cancelled
1305 D phone punch ~ Jumah secured
1312 C phone punch ~ Jumah secured → Andrews commissary in 22
1319 Lt Salas in 22
1324 Commissary Andrews departs 22
1330 lower C-D recreation ~ yard ~ showers ~ cleaning supplies
1335 ① med in 22
1345 C phone punch
1354 D phone punch
1355 ① visit to 24 ~ CL2 Sturgis
1405 C phone punch
1410 Ice to C-D wing → Lt Salas departs 22
1411 C/O Wenkze to 22 med sec. 1418
1430 lowers recreation C-D ~ yard ~ cleaning supplies ~ showers
1445 recreation over → Lt Salas / CO Pusey / CO Smith in 22
1447 C phone punch
1454 ① med departs 22
1455 D phone punch →
       C h/c 43 assigned 42 in+1 →
       D h/c 47 assigned 47 in+0
1515 Backup called 22 a wing (Baker) ~ Salas / staff responded ('24 ~ Parks notified)
1518 Salas / staff / I.M. Hopkins (A wing) depart 22

C+O    B4 #22

mhu
22
C/A

| Time | Entry |
|---|---|
| | FRIDAY, NOVEMBER 26, 2004    1600-2400 |
| 1600 | H/C ON C+D WINGS |
| | C — 43 ASSIGNED, 40 IN, 3 OUT.    P/P COMPLETED |
| | D — 47 ASSIGNED, 47 IN, 0 OUT    ON C+D WINGS |
| | WHITE PHONE IN WORKING ORDER |
| | C/O MICHAEL MAANS C+D POD |
| 1630 | P/P ON C+D WINGS |
| 1727 | C WING OUT FOR CHOW. RETURNED 1745  P/P |
| 1809 | D WING OUT FOR CHOW. RETURNED 1829 COMPLETED BEFORE |
| 1831 | REC. UPPERS FIRST.                        AND AFTER CHOW. |
| 1838 | P/P ON C+D WINGS. |
| 1855 | P/P ON D WING. |
| 1920 | P/P COMPLETED ON C WING. |
| 1935 | P/P COMPLETED ON D WING. LT. YODER IN AREA CHECK |
| 1945 | REC. OVER. P/P ON C+D WINGS |
| | H/C C-43 ASSIGNED, 43 IN, 0 OUT. |
| | D - 47 ASSIGNED, 47 IN, 0 OUT. |
| 2037 | CODE GREEN    LOWERS CRACKED OUT FOR REC |
| 2050 | P/P COMPLETED ON C+D WINGS. |
| 2130 | P/P COMPLETED ON C WING. |
| 2133 | P/P COMPLETED ON D WING. |
| 2145 | REC. OVER. P/P COMPLETED ON D WING. |
| 2155 | P/P COMPLETED ON C. |
| 2208 | P/P COMPLETED ON C WING. |
| 2220 | P/P COMPLETED ON D WING. |
| 2300 | H/C C-43 ASSIGNED, 43 IN, 0 OUT  P/P'S COMPLETED |
| | D 47 ASSIGNED, 47 IN, 0 OUT. |
| 2319 | CODE GREEN |

C+D BU #22