# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

New Castle County

November 3, 2006

Shane Hopkins
SBI # 253918
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re: <u>Hopkins v. Pusey, et al</u>.
C.A. No. 05-870-SLR

Dear Mr. Hopkins:

Attached are the responses to your interrogatories directed at Officer John Pusey. Officer Joseph Smith is out of town and has not been available to answer the interrogatories. I will continue to attempt to contact him for his answers. In addition, because both officers work the night shift, I will have to leave the signature page for them. I expect that Officer Pusey will be able to sign it this weekend when he reports to work at midnight. Officer Smith will sign after answering the interrogatories when he returns.

Sincerely,

/s/Lisa Barchi
Deputy Attorney General