# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

### CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**
[New Castle County-Civil Division]

November 16, 2006

Shane Hopkins
SBI # 253918
Delaware Correctional Center
1181 paddock Road
Smyrna, DE 19977

        Re:  <u>**Hopkins v. Pusey, et al.**</u>
                  <u>**C.A. No. 05-870-SLR**</u>

Dear Mr. Hopkins:

      As a supplement to State Defendants' Response to Request for Production "q" and "r" are as follows:

      "q": The Department of Correction computer system and records are not ordered in such a way as to retrieve the names of inmates on a particular tier on a particular day. If you have the names of some inmates and see if they were housed on the tier on November 26, 2004.

      "r": The names of the correctional officers on duty on November 26, 2004 are as follows:

| **Building 22** | **Building 24** |
|---|---|
| C/O   Rose Vargas | C/O   Carlton Parks |
| Sgt.   Clifton Outten | C/O   Joseph Smith |
| Sgt.   Dorian George | C/O   John Pusey |
| C/O   Glenenise Baker | |
| C/O   Luisa Skinner | |
| C/O   Shane Burwell | |

These names can also be found in the copies of the log book pages that were already produced.

                                                    Very truly yours,

                                                    <u>/s/Lisa Barchi</u>
                                                    Deputy Attorney General