# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANE K. HOPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-870-SLR |
| | ) | |
| JOHN PUSEY, JOSEPH SMITH, | ) | |
| DAVID PIERCE, LISE MERSON, | ) | |
| JUDITH MULLEN, DREWRY FENNELL, | ) | |
| M. JANE BRADY | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS PUSEY AND SMITH'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants, through their undersigned counsel, hereby serve on Plaintiff, Shane Hopkins, the following Requests for Production of Documents and Things.

## INSTRUCTIONS

A. If any document or thing required to answer any Request for Production is withheld because you claim that such information is privileged or is contained in a privileged document or communication:

(1) identify each such document with sufficient specificity to permit a court to determine the propriety of the asserted privilege and setting forth the nature of the document;

(2) identify the privilege and set forth the factual basis for the privilege claims; and

(3) set forth each Request to which each such document or thing is responsive.

B. These Requests for Production are continuing in nature and, if applicable, will

1

require supplemental responses pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

All grievances, complaints, or other correspondence relating to, regarding or arising out of the incidents alleged in Plaintiff's Complaint, including, but not limited to, all grievances or complaints submitted by Plaintiff to Department of Correction personnel, responses thereto, and any related correspondence between Plaintiff and Department of Correction personnel.

**REQUEST NO. 2:**

All correspondence relating to, regarding or arising out of the incidents alleged in Plaintiff's Complaint, including, but not limited to, any correspondence between friends or family members of Plaintiff or other inmates, Department of Correction personnel, the Attorney General's Office, and the ACLU.

**REQUEST NO. 3:**

Any statements, declarations, petitions, or affidavits relating to, regarding or arising out of the incidents alleged in Plaintiff's Complaint and any statements, declarations, or affidavits of Plaintiff, other inmates, or witnesses to the allegations in the Complaint.

**REQUEST N0. 4:**

All documents identified or referenced in Plaintiff's Answers to Defendants' First Set of Interrogatories, served contemporaneously herewith.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/Lisa Barchi
Lisa Barchi I.D. # 3927
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Date:  November 21, 2006                    lisa.barchi@state.de.us

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006, I electronically filed *Defendants Pusey and Smith's Request for Production of Documents to Plaintiff* with the Clerk of Court using CM/ECF. I hereby certify that on November 21, 2006 I have mailed by United States Postal Service, the document to the following non-registered participants:

Shane Hopkins
SBI # 253918
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                              **STATE OF DELAWARE**
                                              **DEPARTMENT OF JUSTICE**

                                              /s/ Lisa Barchi
                                              Deputy Attorney General
                                              Department of Justice
                                              820 N. French Street, 6th Floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
                                              lisa.barchi@state.de.us