IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

Shane K. Hopkins
 Plaintiff
V.
C/o John Pusey, ET AL.,
 Defendants.

Civ. No. 05-870-SLR

## Plaintiff Shane K. Hopkins Response To Defendants Request For Production Of Documents And Things.

A) This Is A Complete Compilation Of All Documents That The Plaintiff Currently Has Within Possession At This Time.

B) The Plaintiff Has Provided The Defendants With A Table Of Contents Made To The Best Of His Ability.



BD scanned

Shane Hopkin
Shane Hopkins
#253918
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, D.E.
 19977

Dated December 12th 2006

# Certificate of Service

I, **Shane K. Hopkins**, hereby certify that I have served a true and correct cop(ies) of the attached: **Interrogatories And Production of Documents** upon the following parties/person (s):

TO: **Lisa Barchi**
**Deputy Attorney General**
**Department of Justice**
**820 N. French Street 6th Floor**
**Wilmington Delaware 19801**

TO: _____

TO: **John W. Shaw**
**The Brandywine Building**
**1000 West Street 17th Floor**
**Wilmington Delaware 19801**

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **18th** day of **December**, 2006

*Shane Hopkins*

# Table of Contents

## Attachment Section "A"

| | | |
|---|---|---|
| Disciplinary Report By C/o John Pusey | 11/26/04 | PG# 1 and #2 |
| Incident Report By C/o John Pusey | 11/26/04 | PG# 3 |
| Incident Report By C/o Joseph Smith | 11/26/04 | PG# 4 |
| Use of Force Report By Capt. Michael McCreanor | 11/26/04 | PG# 5-Thru-8 |
| Nurses Report By Nurse Betty Bryant | 11/26/04 | PG# 9 |
| Photographs Taken By Lt. Yoder | 11/26/04 | PG# 10 |
| Disciplinary Hearing Report By Lt. Larry Savage | 11/26/04 | PG# 11 and 12 |

## Attachment Section "B"

| | | |
|---|---|---|
| Plaintiffs Statement Taken Fallowing Incident | 11/26/04 | PG# 13-Thru-15 |
| Grievance #9907 Re: Incident On (2 Sided) | 11/26/04 | PG# 16-Thru-19 |
| Plaintiffs Affidavit Statement Re: Incident On | 11/26/04 | PG# 20-Thru-28 |

## Attachment Section "C"

| | | |
|---|---|---|
| Letter To Deputy Warden David Pierce | 5/9/05 | PG# 29 |
| Letter From Deputy Warden David Pierce | 5/18/05 | PG# 30 |
| Letter To Deputy Warden David Pierce | 5/30/05 | PG# 31 |
| Letter From Deputy Warden David Pierce | 6/2/05 | PG# 32 |
| Letter To Deputy Warden David Pierce (No Reply) | 6/12/05 | PG# 33 |
| Medical Grievance #14510 | 6/8/05 | PG# 34 and 35 |

# Table of Contents

## Attachment Section "D"

| | | | |
|---|---|---|---|
| Registered Mail Reciepts Drewry Nash Fennell | | 7/5/05 | PG# 36 and #37 |
| Letter To Drewry Nash Fennell (No Reply) | A.C.L.U. | 6/13/05 | PG# 38 |
| Letter To Drewry Nash Fennell | A.C.L.U. | 7/2/05 | PG# 39 |
| Letter From Diane Winters | A.C.L.U. | 7/13/05 | PG# 40 |
| Letter To Drewry Nash Fennell | A.C.L.U. | 8/12/05 | PG# 41 and #42 |
| Letter From Drewry Nash Fennell | A.C.L.U. | 9/20/05 | PG# 43 and #44 |
| Letter To Drewry Nash Fennell | A.C.L.U. | 12/22/05 | PG# 45 and #46 |
| Letter From Diane Winters | A.C.L.U. | 3/6/06 | PG# 47 |

## Attachment Section "E"

| | | |
|---|---|---|
| Registered Mail Reciepts M. Jane Brady | 7/5/05 | PG# 48 and 49 |
| Letter To M. Jane Brady | 7/2/05 | PG# 50 |
| Letter To Colm F. Connolly | 5/16/05 | PG# 51 |
| Letter To Colm F. Connolly | 5/20/05 | PG# 52-Thru-#54 |
| Letter To Colm F. Connolly (No Reply To Any Of Them) | 11/18/05 | PG# 55 |

## Attachment Section "F"

| | | |
|---|---|---|
| Letter To Stephen A. Hampton Esq. | 1/24/06 | PG# 56 |
| Letter From Michael L. Sensor Esq. | 3/16/06 | PG# 57 |

# Table of Contents

## Attachment Section "G"

Affidavit Concerning F.B.I. Agent Brenda Wise — 11/4/05 — PG# 56-thru-#60

## Attachment Section "H"

Grievance #40703 — 5/2/06 — PG# 61 and #62

## Attachment Section "I"

\* This section contains the October 10th, 2002 submissions sent to the A.C.L.U. of Delaware. These submissions where made after Diane Winters requested them.

Letter to Diane Winters. — 10/10/02 — PG# 63-Thru-67
Grievance Re: Assault By Correctional Officers — 7/16/01 — PG# 68-Thru-#70
Grievance Re: Housing Conditions at D.O.C. — 7/16/01 — PG# 71-Thru-#73
Unfiled Complaint Re: Assault By Correctional Officers — PG# 74-Thru-#91
Complaint By I/M Melvin Pusey, Re: Assault And Conditions — 9/17/02 — PG# 92-Thru-#135
Statement By Lawrence Collingwood — 8/1/01 — PG# 136-Thru-#138
Statement By Louis Dickerson — 8/2/01 — PG# 139
Letter From Diane Winters — Undated — PG# 140

# Table of Contents

## Attachment Section "J"

\* This section contains information concerning problems obtaining materials from the Law Library.

| | | |
|---|---|---|
| Affidavit Statement by Law Librarian Brian Engrem | 3/15/06 | PG# 141-Thru-146 |
| Grievance # 13918 | 5/5/05 | PG# 147 |
| Grievance # 13917 | 5/15/05 | PG# 148 |
| Grievance # 14471 | 5/26/05 | PG# 149 |
| Grievance # 18070 | 6/20/05 | PG# 150 |
| Grievance # 15021 | 7/1/05 | PG# 151 |
| Grievance # 23325 | 1/16/06 | PG# 152 |

## Attachment Section "K"

Shane Hopkins  D.O.C.  Status Sheet