IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANE K. HOPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-870-SLR |
| | ) | |
| JOHN PUSEY, JOSEPH SMITH, | ) | |
| DAVID PIERCE, LISE MERSON, | ) | |
| JUDITH MULLEN, DREWRY FENNELL, | ) | |
| M. JANE BRADY | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW
REPRESENTATION OF STATE DEFENDANTS**

COMES NOW the undersigned counsel and respectfully requests that this Honorable Court enter an order, substantially in the form attached hereto, withdrawing her entry of appearance and answer on behalf of State defendants John Pusey, Joseph Smith, David Pierce, Lise Merson and M. Jane Brady. Deputy Attorney General Stacey Xarhoulakos has entered an appearance in this lawsuit on October 23, 2006, and will remain as counsel for the State defendants.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court grant the Motion to Withdraw Representation.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Lisa Barchi, I.D. # 3927

                                                Deputy Attorney General
                                                820 N. French Street
                                                Wilmington, DE  19801
                                                (302) 577-8400
                                                Attorney for State Defendants

Dated: January 11, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANE K. HOPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-870-SLR |
| | ) | |
| JOHN PUSEY, JOSEPH SMITH, | ) | |
| DAVID PIERCE, LISE MERSON, | ) | |
| JUDITH MULLEN, DREWRY FENNELL, | ) | |
| M. JANE BRADY | ) | |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that she is, as a practical matter, unable to discuss the subject of the Motion to Withdraw Representation with the Plaintiff because the Plaintiff is an incarcerated inmate in a prison. Defense counsel assumes that the Plaintiff opposes the Motion to Withdraw Representation.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Lisa Barchi
        Lisa Barchi, I.D. # 3927
        Deputy Attorney General
        820 N. French Street
        Wilmington, DE  19801
        (302) 577-8400
        Attorney for State Defendants

Dated: January 11, 2007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANE K. HOPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-870-SLR |
| | ) |
| JOHN PUSEY, JOSEPH SMITH, | ) |
| DAVID PIERCE, LISE MERSON, | ) |
| JUDITH MULLEN, DREWRY FENNELL, | ) |
| M. JANE BRADY | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Withdraw Representation of State defendants; and it appearing that good and sufficient notice of the Motion to Withdraw Representation has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** that the Motion to Withdraw Representation of State defendants is **GRANTED**.

SO ORDERED this _____ day of _____, 2007.

_____
J.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2007, I electronically filed with the Clerk of Court *Motion to Withdraw representation of State Defendants* using CM/ECF, which will send notification of such filing to the following: John W. Shaw, Esquire.  I hereby certify that on January 11, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Shane Hopkins
SBI # 253918
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us