IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANE K. HOPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-870-SLR |
| | ) | |
| CORRECTIONAL OFFICER J. PUSEY, | ) | |
| CORRECTIONAL OFFICER J. SMITH, | ) | |
| DEPUTY WARDEN DAVID E. PIERCE, | ) | |
| JR., CPL M. MERSON, JUDITH | ) | |
| MELLEN, DREWRY NASH FENNELL, | ) | |
| AND ATTORNEY GENERAL OF THE | ) | |
| STATE OF DELAWARE | ) | |
| | ) | |
| Defendants. | ) | |

## 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Shane K. Hopkins is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Motion of Defendants Drewry Nash Fennell and Judith Mellen for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_/s/ Jeffrey T. Castellano_
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
(302) 571-6600
jcastellano@ycst.com
*Attorneys for Defendants*
*Drewry Nash Fennell and Judith Mellen*

Dated: January 23, 2007