IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANE K. HOPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-870-SLR |
| | ) |
| CORRECTIONAL OFFICER J. PUSEY, | ) |
| CORRECTIONAL OFFICER J. SMITH, | ) |
| DEPUTY WARDEN DAVID E. PIERCE, | ) |
| JR., CPL M. MERSON, JUDITH | ) |
| MELLEN, DREWRY NASH FENNELL, | ) |
| AND ATTORNEY GENERAL OF THE | ) |
| STATE OF DELAWARE | ) |
| | ) |
| Defendants. | ) |

## ORDER

This _____ day of _____, 2007,

**WHEREAS,** Defendants having requested leave to depose Plaintiff Shane K. Hopkins pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS**, there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Motion of Defendants Drewry Nash Fennell and Judith Mellen for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff Shane Hopkins.

_____
United States District Judge