IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

SHANE K. HOPKINS
PLAINTIFF

V.

C/o JOHN PUSEY, ET AL.,
DEFENDANTS

CIV. NO. 05-870-SLR

PLAINTIFF SHANE K. HOPKINS RESPONSE TO DEFENDANTS
REQUEST FOR PRODUCTION OF DOCUMENTS, SUPPLEMENTAL.

GRIEVANCE #9908  RE: VERBAL ABUSE BY C/o LLOYD  12/10/04  PG# 1

LETTER TO: JOHN L. REED ESQ: RE: REPRESENTATION REQUEST  12/24/05  PG# 2

LETTER TO: WARDEN T. CARROll : RE: MEDICAL FILE REVIEW  5/12/05  PG# 3

LETTER TO: AGENT BRENDA WISE: RE: INVESTIGATIVE REPORT  12/27/05  PG# 4

LETTERS TO: COLM F. CONNOLLY ESQ: MAILED  7/12/05  AND  8/29/05  PG# 5 AND 6

RECIEPT FOR BOOKS ALLOWED THROUGH THE MAIL.  6/5/04  PG# 7

CONFISCATION RECIEPT FOR THE SAME BOOKS.  11/26/04  PG# 8

ALL

**FORM  #584**

12/30/04

**GRIEVANCE FORM**

FACILITY: D.C.C 'Smyrna   DATE: 12-12-04

GRIEVANT'S NAME: Shane Hopkins   SBI#: 253918

CASE#: 9908   TIME OF INCIDENT: Approx 9:30 A.M.

HOUSING UNIT: #18-C-U#6

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

While at a Major Ayustment Board Hearing
C/o Lloyd interupted the hearing by saying that
"When he talks he saids gay" to officer Pusey
who was at the hearing. I turned to L.T. Savage
and told him if I where to respond to such a comment
that I would recieve another M.A.B. write up. Also
when C/os Lloyd and Pusey took me back to my cell
C/o Lloyd stated that "I have to deal with pieces of
shit like him all day" These comments came without any
provocation, they where directed towards me in order to
instigate a responce.

ACTION REQUESTED BY GRIEVANT: These comments came as
retaliation because of my accusations of abuse at
the hands of fellow c/os. This type of harrasment
and goading of me, needs to be addressed because
any verbal response from me is grounds for Disciplinary action.

GRIEVANT'S SIGNATURE: Shane Hopkins   DATE: 12-12-04

WAS AN INFORMAL RESOLUTION ACCEPTED?   _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**RECEIVED**

DEC 20 2004

Inmate Grievance Office
Pg #1

April '97 REV

December 24, 2005 →            #: Revised January 12, 2006

John L. Reed Esq.
Attorney At Law
Edwards And Angell L.L.P.
1100 North Market Street
Suite 1200
Wilmington Delaware 19801-1246

Re: Request For Submission Before Federal Civil Panel.

Dear Counsel:

      Attached hereto Was Filed On 12-5-05 And I Would Ask That You Submit This To The Civil Panel For Thier Review And Consideration For Representation henceforth.

    Thank You For Your Time And Have A Nice Holiday Season.

                                Sincerely Yours
                                Shane Hopkins
                                Shane K. Hopkins
                                #253918   17-A-L#4
                                1141 Paddock Rd
                                Smyrna Delaware
                                     19977-9679

XC: File
CC: Clerk U.S. Dist. Court (D. Del)
Attachments: 3 Copies of Complaint
                  One For Each Member
                  Of The Panel.

MAY 12, 2005

WARDEN T. CARROll
D.C.C. SmyrNA

RE: REQUEST TO VIEW MEDICAL FILE.

I NEED TO VIEW MY MEDICAL FILE ASTO AN
INCIDENT ON 11-26-2004 IN ORDER TO SEE WHATS
BEEN DONE AND WHAT I NEED TO ASK FOR BOTH
MEDICAL AND Psy. SERVS. ASTO CONDITIONS I AM HAVING
AS A RESUlT AND TO ObTAIN NAMES TO WRITE IN ORDER
TO ASK FOR ASSISTANCE.

Shane Hopkins

SHANE HopkiNS
# 00253916  17-A
17-A-L#4  S.H.U.

XC: FILE

PG#3

December 27, 2005

Agent Brenda Wise
Federal Bureau of Investigation
920 N. King Street Ste. 104
Wilmington Delaware 19801

Re: 3rd Request For Copy of Investigative Report

Dear Agent Wise,

I have not recieved a reply to my previous requests. Please review and provide same. I would also ask of you to provide me with copies of all investigation reports done on D.C.C. Smyrna in the past 3 years regaurding assaults upon inmates by correctional officers.*

Thank you for your time in the aforesaid.

Sincerely Yours,
Shane Hopkins
Shane K. Hopkins
#253918   17-A-L#4
1181 Paddock Rd.
Smyrna  Delaware
19977.

XC: File
CC: Colm F. Connolly Esq
    Clerk U.S. Dist. Court D. Del
    Enclosure(s): 5 Pages

* This is a 5 U.S.C.A. §552 F.O.I.A.
  Request additional to my case.

PG #4

June 20, 2005
Mailed 7-12-05

Colm F Connolly Esq.

Re: Attached Letters / Copies

Dear Sir,

I want you to see the amount of time it took between writing my first letter to you to the above date and I want you to know:

1) Brian Engrem of the law library here did apon noticing my complaint was relitive to an assault apon my person did:

A.) Start a campaign of delay's, denials and out-right retaliatory nexus to assert these to you.

B.) Has on-going of retaliatory acts for my every attempt to tell you and the A.C.L.U etc. of these acts.

I would hope that you can make a copy of this above 6-20-05 and return to me within 7 days reciept of the foregoing legal mailing I am sending via another inmate so that I know it gets to your office and where upon you can reply accordingly.

XC: File
CC: ACLU. of DE.
    M. Jane Brady
    Marie A. O'Rourke Esq. US. Dept Justice

Sincerely Yours,
Shane Hopkins
Shane Hopkins
#253916

August, 2005   Mailed 8-29-05

Colm F. Connolly Esq.
U.S. Attorney
1007 Orange St. Ste 700
Wilmington De. 19899

Re: Attached 2nd Notification And C.R.I.P.A Investigation

Dear Sir,

On 6-20-05 I Mailed you The Enclosed filings. I've "Not" Heard From you And My Family Contacted your office And was Told "No" Certified Mailing had been Recieved By Your office.

I Am Again Enclosing And Mailing By Certified Mail The Same Informationals in order To Obtain A disposition into My C R I P A Violations Investigation Requested Aforesaid.

Thank You For Your Attention In The Matter Herein.

XC: File
CC: Marie A. ORourke Esq U.S. Dept. Justice Wash. D.C.
Attachments: (5) Mailings

Sincerely Yours,
Shane Hopkins

Shane Hopkins
#253918
1181 Paddock Rd.
Smyrna De 19977

Pg#6

## Items Received Through the Mail

Inmate Name (Print) ͟S͟a͟m͟p͟s͟o͟n͟ ͟N͟a͟p͟l͟e͟s͟ SBI#: ͟2͟5͟3͟9͟1͟8͟ UNIT: ͟M͟H͟U͟2͟3͟ DATE: ͟6͟-͟5͟-͟0͟4͟

Received via: [  ] U.S. Postal    [  ] UPS   [  ] Other

Sender: _____

PO Box/Street: _____

City, St, Zip: _____

Store of Purchase: ͟M͟e͟r͟r͟i͟a͟m͟ ͟O͟s͟m͟n͟

PO Box/Street: ͟6͟3͟5͟9͟ ͟M͟a͟i͟c͟e͟n͟ ͟R͟d͟

City, St, Zip: ͟L͟e͟x͟i͟n͟g͟t͟o͟n͟ ͟K͟V͟/͟l͟l͟n͟5͟l͟l͟

| QTY Rec'd | Qty App | Item (Clothing) | Description(color. Ect) | Receipt Cost |
|---|---|---|---|---|
| 2-1 | | Books/Periodic | Finoel 36" Demons The Divinci Code Merriam webster's Collegiate The Source Merriam Webster Collegiate Dictionary | |
| | | Religious Bk/Pamplet | | |
| | | Other | | |
| | | Other | | |
| | | Other | | |

͟O͟I͟n͟K͟͟R͟͟e͟p͟l͟e͟s͟
Mail Room Officer Signature

͟6͟-͟5͟-͟0͟4͟
Date

This Form has been received by the Property Officer with approved quantities being noted above.

_____
Property Officer Signature

_____
Date

1 copy returned to Mail Room.
Items were given to housing unit Officer for Distribution with one copy to Mail Room, one copy to I/M

_____
Staff Signature

_____
Date

I received the above-approved items. I request that the items not approved be sent to the following address at my Expense. If I have any questions, I understand that I am to write to the Mail Room.

Name: _____

Street: _____

City, St, Zip: _____

_____
Inmate Signature

_____
Date

Inmate keeps one copy and returns signed copy
to the Mail Room. Mail Room forwards copy to Property Officer.

FORM #: 677
Revised – 6/25/03

PG#7

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: _Holmes, James_ _____ SBI# _____

HOUSING UNIT: _____ DATE _____ TIME: _____

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|------|------------------------|-------|----------|----------------------------|
| 1 |  | P | 1 | Fair |
| 2 |  |  | 1 | Fair |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

_____  _____  _____
Officer's Name (Print Clearly)      Shift       Officer's Signature Who Inventoried Property

_____  _____  _____
Supervisor's Name (Print Clearly)   Shift       Supervisor's Signature Reviewing Inventory

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on __/__/__, at _____, by _____, within ____
(Person Transferring Property)  (Date)   (Time)   (Person Receiving Property)   Unit

---

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on __/__/__, at _____, by _____, within ____
(Person Transferring Property)  (Date)   (Time)   (Person Receiving Property)   Unit

---

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on __/__/__, at _____, by _____, within ____
(Person Transferring Property)  (Date)   (Time)   (Person Receiving Property)   Unit

Revised: 4/01/03   ** S- State Property   P- Personal Property   FORM# 537-A   PG#6

# Certificate of Service

I, Shane K. Hopkins, hereby certify that I have served a true and correct cop(ies) of the attached: Production of Documents Supplemental upon the following parties/person (s):

TO: Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French Street 6th Floor
Wilmington Delaware 19801

TO: _____
_____
_____
_____
_____

TO: John W. Shaw
The Brandywine Building
1000 West Street 17th Floor
Wilmington Delaware

TO: _____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 6th day of February, 2007

Shane Hopkins