

ATTACHMENTS SECTION "B"

K06259-00232          00-2131043
HOPKINS, SHANE                    ERK
M DOB: 10/05/1973 32Y (302)653-9261
PHYSICIAN, EMERGENC          09/16/06