ATTACHMENTS SECTION "C"

RESUBMITTED 9-25-06 IN INC. PEN     I WANT APPEAL FORMS

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C. Smyrna          DATE: 9/18/06
GRIEVANT'S NAME: Shane Hopkins    SBI#: 253918
CASE#: 75765                      TIME OF INCIDENT: Wed Sept 14th
HOUSING UNIT: 21-B-L#7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On Sept 14th I recieved a copy of this institutions classification approval/denial form. My classification to continued MHU Building #21 was a direct retalitory act against me for a civil complaint (C.A. No. 05-870-SLR) filed against several correctional officers. It is this institutions policy "Not" to provide classification appeal forms dispite the act that I requested appeal forms during my classification infront of Counselor Schrader and LT. Seacord. At this classification I told Counselor Schrader and LT. Seacord that by this institutions own standards (with only 12 points and under 3 years) I should have been moved to the compound. I was denied and because of this denial I was the victim of a vicious and unprevoked attack by a maximum security inmate causing me serious bodily harm.

ACTION REQUESTED BY GRIEVANT: This institution needs to supply appeal forms for any/every classification, write up and grievance. Appeal forms are not provided as a means to prevent and hinder recourse through the judicial system. I must exaust all administrative remidies. By denying appeal forms you are denying access to the courts.

GRIEVANT'S SIGNATURE: Shane Hopkins    DATE: 9/18/06

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED OCT 09 2006 State Grievance Office

I WAS APPEALED TO RESIDENT TIES IN YES 9-23-06

# FORM #584
## GRIEVANCE FORM

FACILITY: D.C.C. Smyrna  
DATE: 9/18/06  
GRIEVANT'S NAME: Shane Hopkins  
SBI#: #253916  
CASE#: 15763  
TIME OF INCIDENT: 9/16/06 Approx 6:10 P.M.  
HOUSING UNIT: 21-B-L#7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I was the victim of a unwarrented and vicious attack causing serious bodily harm because of this institutions policy of housing long term violent offenders with I/M with relitivily short sentances. Any time the institution houses I/M with Lenghty sentences along with and inside cells where they are locked in together for 47 hours in and 1 out you place a I/M with a short sentence in emminent and immediate danger of bodily harm. An I/M with a life, 20 years, 15 years or any lenghty sentence is far more likely to assault, steal, or possably kill others then an I/M with a short sentence.

ACTION REQUESTED BY GRIEVANT: That I never be housed along with I/M that by this institution own classification standards are deemed violent. That this institution stops its policy of placing I/M with short sentences along with violent long term I/M thereby placing them in danger of physical bodily harm.

GRIEVANT'S SIGNATURE: Shane Hopkins  
DATE: 9/18/06

WAS AN INFORMAL RESOLUTION ACCEPTED?      ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  
DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE  
GRIEVANT

RECEIVED OCT 09 2006 Inmate Grievance Office

April '97 REV

*I WANT APPEAL FORMS*

<u>FORM #584</u>

**GRIEVANCE FORM**

FACILITY: D.C.C. Smyrna  DATE: 9/23/06
GRIEVANT'S NAME: Shane Hopkins  SBI#: 253918
CASE#: 75753  TIME OF INCIDENT: Fri 9/22/06
HOUSING UNIT: 21-B-L#7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

It does not say nowhere on this grievance form that it must be written in pen. I was housed in the infirmary and used the only writing equiptment provided to me after 3 days of constant requests.

This Grievance Board goes to great lengths to summarily dismiss valid grievances so as not to deal with institutional issues.

I submitted these grievances within the 7 day period.

ACTION REQUESTED BY GRIEVANT: That all grievances filed by me recieve the proper hearing dispite being written in pencil as it was all that was available to me.

GRIEVANT'S SIGNATURE: Shane Hopkins  DATE: 9/23/06

WAS AN INFORMAL RESOLUTION ACCEPTED?  ____(YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

*RECEIVED OCT 09 2006 Inmate Grievance Office*