**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE 19947
(302) 856-5353
Fax: (302) 856-5369
TTY: (302) 856-2500

**PLEASE REPLY TO:**
New Castle County-Civil Division

February 16, 2007

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    Hopkins v. Pusey, et al.
                <u>C.A. No. 05-870 (SLR)</u>

Dear Judge Robinson:

    Plaintiff in the above-captioned matter filed jointly a *Request for a Time Extension to Pursue Discovery and Appointment of Counsel* (D.I. 70).

    Please allow this letter to serve as the state defendants' non-opposition to the *Request for a Time Extension Pursue Discovery*. Filed concurrently with this letter is the state defendants' *Response in Opposition to Motion for Appointment of Counsel*.

                        Respectfully submitted,

                        /s/ Stacey Xarhoulakos

                        Deputy Attorney General

cc:    Shank Hopkins (via First Class Mail)
        John Shaw (via e-file)