IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANE K. HOPKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-870-SLR |
| ) | |
| C/O J. PUSEY, C/O J. SMITH, ) | |
| DEPUTY WARDEN DAVID E. PIERCE,) | |
| JR., CPL M. MERSON, JUDITH ) | |
| MELLEN, DREWRY NASH FENNELL, ) | |
| and ATTORNEY GENERAL OF THE ) | |
| STATE OF DELAWARE, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 23d day of February 2007, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendants Drewry Nash Fennell and Judith Mellen's motion to dismiss (D.I. 29) is **granted**.

2. State defendants David Pierce, Lise Merson and the Delaware Attorney General's motion to dismiss (D.I. 31) is **granted**.

UNITED STATES DISTRICT JUDGE