In The United States District Court
For The District of Delaware

Shane K. Hopkins,
 Plaintiff,

v.

C/o John Pusey, et al
 Defendant.

CA No: 05-870-SLR

FILED
MAR 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes Now, Plaintiff Shane K. Hopkins Request For Deposition of Defendants C/o John Pusey And C/o Joe Smith.

1.) The Plaintiff Requests That This Honorable Court Allows The Submition of Deposition Upon Written Questions Pursuant To Rule 31 of The Federal Rules of Civil Procedure.

2.) The Plaintiff Makes This Request Due To The Impracticality Of The Direct Deposition Between Correctional Officers And Pro Se Inmate.

Dated: March 9th 2007

Shane Hopkins
Shane K. Hopkins
1181 Paddock Rd
Smyrna Delaware
19977

## Certificate of Service

I, _Shane K. Hopkins_, hereby certify that I have served a true and correct cop(ies) of the attached: _Request To Depose Defendants_ upon the following parties/person (s):

TO: _Stacey Xarhoulakos_
_Deputy Attorney General_
_Department of Justice_
_820 N. French Street 6th Floor_
_Wilmington Delaware 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 2007

I/M Shane Hopkins
SBI# 253916  UNIT # 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"
Mailed 3-13-07

U.S.M.S
X-RAY

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975   $00.390
MAR 14 2007
MAILED FROM ZIP CODE 19977