In The United States District Court
For The District Of Delaware

Shane K. Hopkins
Plaintiff,

V.

C/o John Pusey, et al.,
Defendant

FILED
MAR 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

C.A. No: 05-870-SLR

Comes Now, Plaintiff Shane K. Hopkins Request For Production Of Documents And Things Pursuant To Rule 26(B)(1) Of Federal Rules of Civil Procedure.

1.) The Plaintiff Requests That Photographs Of Building #22 "A" Tier Be Taken. These Photographs Should Display A Wide Angle View With Both Cell Lower #10 And Cell Upper #12 Within The Same Picture.

2.) The Plaintiff Requests That Photographs Be Provided Of Both Entrance To Building #22 Sliding Doors.

3.) The Plaintiff Requests That Photographs Of Building #24 Entrance From Building #22 Walkway.

4.) The Plaintiff Requests That Photographs Looking Back To Building #22 From Building #24 Entrance Be Provided Showing Clear View Of "A" Tier Cell Windows

5) The Plaintiff realizes that these photographs may be considered as a breach of institutional security. For this reason the Plaintiff is not requesting copies to be kept within his possesion. However if this complaint should go to trial these photographs will be instrumental to support or refute witness testimony.

*Shane Hopkins*
Shane K. Hopkins
#253918
Smyrna Delaware
19977

Dated March 9th 2007

## Certificate of Service

I, Shane K. Hopkins, hereby certify that I have served a true and correct cop(ies) of the attached: Request For Document Production upon the following parties/person (s):

TO: Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French Street 6Th Floor
Wilmington Delaware 19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 2007

_____

I/M Shane Hopkins
SBI# 253916  UNIT #22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"
Mailed 3-13-07

U.S.M.S.
X-RAY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975  $00.390
MAR 14 2007
MAILED FROM ZIP CODE 19977