**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

[New Castle County Civil Division]

April 18, 2007

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

                            Re: *Hopkins v. Pusey, et al.*
                                 C.A. No. 05-870-SLR

Dear Chief Judge Robinson:

        Please allow this letter to reflect Defendants John Pusey and Joseph Smith's non-opposition to Plaintiff's "Motion for Deposition of Defendants C/O John Pusey and C/O Joe Smith" in the above-captioned action (D.I. 76). Defendants do not object to the taking of their written depositions regarding the allegations in this matter, provided that these depositions are done in accordance with Rule 31 of the Federal Rules of Civil Procedure.

                                                                      Respectfully,

                                                                      /s/ Stacey Xarhoulakos
                                                                      Deputy Attorney General

       cc:     Shane Hopkins