IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Shane K. Hopkins<br>Plaintiff,<br><br>V.<br><br>C/O John Pusey, ET AL,<br>Defendants | CA No: 05-870-SLR |

Comes Now Plaintiff Shane K. Hopkins Request That The Court Issue Subpoena's Under Rule 45(a)(3) Requiring The Below Named Individuals Submit To Oral Depositions.

1) LT. Salas        First Name Unknown
2) LT. Yoder        First Name Unknown
3) Sgt Clifton Outten
4) C/O Ghenenise Baker
5) C/O Shane Burwell
6) C/O Joseph Smith
7) C/O John Pusey
8) Nurse Betty Bryant

FILED
APR 17 2007
U.S. DISTRICT
DISTRICT

In Support of This Motion The Plaintiff Offers The Fallowing.

9) Each Above Named Delaware Correctional Center Employee's Either Took Part In Or Witnessed The Incident On November 26th 2004 For Which The Plaintiff Has Brought This Complaint.

10) However The Plaintiff Was Not Aware Of This Fact Untill Thier Names Were Provided Through The Discovery Process Due To The Effects Of A Chemical Agent E.g. Cap Stun Being Used Upon Plaintiff Durring November 26th 2004 Incident.

11) Previously The Plaintiff Submitted A Motion Before This Court Requesting That C/o John Pusey And C/o Joe Smith Submit To Written Depositions on March 9th 2007 At That Time The Plaintiff Was Both Unaware Of The Disadvantage That Such A Deposition Would Create, And Trying To Avoid Being Physically Within The Presence Of These Defendants Due To Fear.

12) The Plaintiff Would Like To Withdraw The Motion For Written Depositions And Request That The Above Listed Named Defendants And Un Named Witnesses Submit To Oral Deposition.

13) Due To The Plaintiffs Incarceration The Plaintiff Requests That This Court Stipulate The Method And Date Convient For The Defence To Arrange Depositions.

14) Furthermore The Plaintiff as a Pro Se Litigator with limited knowledge of Civil Law and no meaningful Legal Assistance Requests That This Court Clarify Rule 15(c) of The Federal Rules of Civil Proceedure and The Possibility of The Plaintiff Filing an Amended Complaint under The "Relation Back" Standard There by Making The Aforementioned Delaware Correctional Center Employees Named Defendants.

15) Will The Plaintiff Be "Time Barred" Due To The Statute of Limitations If The Court Accepts an Ammended Complaint.

Dated April 9th 2007

Shane Hopkins
Shane K. Hopkins
#253918
Delaware Correctional Center
1181 Padock Rd
Smyrna Delaware
19977

## Certificate of Service

I, <u>ShaNE K. HopkiNS</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>MotioN FoR ORal DEpositioNS ANd SubpoENA REquEst</u> upon the following parties/person (s):

TO: <u>STACEy XARhoulAkos</u>
<u>DEputy AttoRNEy GENERAl</u>
<u>DEpARtmENt of JusticE</u>
<u>820. N. FRENch ST 6Th Floor</u>
<u>WilmiNgtoN DElAwARE 19801</u>

TO: _____
_____
_____
_____
_____

TO: _____
_____
_____
_____

TO: _____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this <u>9Th</u> day of <u>MARch, 2007</u>, 2007

<u>Shane Hopkins</u>

I/M Shane Hopkins
SBI# 253918    UNIT #22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL
MAILED 4-12-07



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET Lockbox #18
Wilmington, Delaware
19801-3507