In The United States District Court
For The District Of Delaware

Shane K. Hopkins
   Plaintiff
V.
C/o John Pusey, Et Al.
   Defendant

C.A. No: 05-870-SLR

FILED
MAY -8 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes Now The Plaintiff Shane K. Hopkins Request That This Court Issue A Subpoena According To 45(C) Of The Federal Rules Of Civil Procedure.

1) The Plaintiff Would Like To Petition This Court For A Subpoena Requiring Federal Bureau Of Investigations Officer Brenda Wise To Produce Any And All Findings As A Result Of Her October 4th 2005 Interview Of The Plaintiff Concerning The Conduct Of Several Correctional Officers On November 26th 2004.

2) The Plaintiff Has Requested This Report Previously From The Defence Within His First Request For Document Production (C) And Twice From Colm F. Connolly. *Please See Plaintiffs Production Of Documents Page #55. And The Plaintiff Wrote Agent Wise On Several Occasions. *Please See Plaintiffs Production Of Documents Supplemental PG #4

3) This Report has a Direct Bearing Apon The Plaintiffs Case. And Agent Brenda Wise's Findings Are Relavent To The November 26Th 2004 Incident.

April 30Th 2007

Sincerely Yours
Shane K. Hopkins #253918
Delaware Department of Corrections
1181 Paddock Rd
Smyrna Delaware
19977

## Certificate of Service

I, <u>Shane K. Hopkins</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Motion To Amend Complaint</u> <u>05-870-SLR</u> upon the following parties/person (s):

TO: <u>Stacey Xarhoulakos</u>  TO: _____
<u>Deputy Attorney General</u>  _____
<u>820 N French Street 6th Floor</u>  _____
<u>Wilmington Delaware</u>  _____
<u>19801</u>  _____

TO: _____  TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this <u>4th</u> day of <u>May</u>, 2007.

<u>Shane Hopkins</u>



I/M Shawn L Hopkins
SBI# 253918
DELAWARE CORRECTIONAL CENTER UNIT # 22
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET Lockbox #18
Wilmington Delaware
19801-3570