Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate Shane Hopkins, SBI# 253918, Housing Unit 21
VIA: Counselor Schrader
FROM: I.B.C.C.
DATE: 12/29/06
RE: Classification Results

Your M.D.T. has recommended you for the following: Med, Thresholds, AUP

The I.B.C.C.'s decision is to:

✓ Approve  Med HC, MH, TMHU Program
✓ Not Approve  Med, Thresholds, AUP
___ Defer
___ Recommend
___ Not Recommend

**BECAUSE:**

___ Lack of program participation                ___ Time remaining on sentence
___ Pending disciplinary action                  ___ Prior failure under supervision
___ Gradual phasing indicated                    ___ Poor institutional adjustment
___ Open charges                                 ___ Serious nature of offense
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: Rev 6/07

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate                                           Form #456
Institution File                                 Revised 11/97

D00314

Routine Classification      Maintenance Review

Form # 908

Name: **Hopkins, Shane**     SBI#: **253918**

Risk Assessment Scale:
| Community/Minimum | Minimum | Medium | Maximum |
|---|---|---|---|
| -2 to 04 | 05 - 08 | 09 – 16 | 17 or more |
|  |  | 11 |  |

Override: ☐ Yes   ☒ No   If yes, briefly specify reason: _____

Mandatory Policy Override Removal Approved By Warden/Designee _____

| | Present | ICB or MDT Recommendation | IBCC Recommendation/ Decision | CICB Recommendation/ Decision | IRCB Decision |
|---|---|---|---|---|---|
| Security | Max | Med | Denied Appd Mod HC | | |
| Housing | 21 | | | | |
| Job | | | | | |
| Education | | | | | |
| Therapy | | Thresholds, AVP | Denied | | |
| Other | | ~~ ~~ M.H. | Appd | | |
| Other | | | | | |
| Next Review Date | | Month 06 Year 07 | Month 6 Year 07 | Month Year | |

MDT or ICB MEMBERS PRESENT: LT Thos Seacord & S. Schrader
MDT or ICB CHAIRPERSON: LT Thos J Seacord
MDT or ICB COMMENTS:

Vote: 2-0
Abstention:
Date: 12/11/06

IBCC CHAIRPERSON: [signature]   Date: 12/29/06   Vote: 4-0   Abstention:
Override (include justification in comments) ____ Comments:

CICB CHAIRPERSON:   Date:   Vote:   Abstention:
Override (include justification in comments) ____ Comments:

IRCB CHAIRPERSON:   Date:   Approved: Disapproved:
Override (include justification in comments) ____ Comments:

D00315

**DELAWARE DEPARTMENT OF CORRECTION**
RECLASSIFICATION FORM (WOMEN AND MEN)                FORM # 955 (3pt).

OFFENDER NAME: Hopkins Shane      SBI #: 253918   DOB: 10/15/73   DATE: 12/5/06
                LAST    FIRST  MIDDLE INITIAL
INSTITUTION: DCC                               Prior Classification Date: 8/16/06

CURRENT SECURITY: ___ Community/Minimum  ___ Minimum  ___ Medium  X Maximum

SENTENCE LENGTH: 16 1x 1x   EFF. DATE: 3/17/85   STRD: 7/24/09   PED: ——   TIS: X   NON-TIS: ___

## RISK REASSESSMENT

**SEVERITY OF CURRENT OFFENSE FOR WHICH INCARCERATED** Burglary 2nd
- Low Severity ........................................... 0
- Moderate Severity ...................................... 2
- High Severity .......................................... 4
- Highest Severity ....................................... 6    **2**

**OTHER OFFENSES/BAIL STATUS**   Other Offenses(s)/Bail Amount: None
- None or pending probation violation, outstanding misdemeanors, or bail below $5,000 ........ 0
- Active Federal, including Immigration and Naturalization Service and/or State warrant or charge(s) with bail of 5,000 to $49,999 .. 2
- Pending charges without bail (not a bailable offense, include Violation of Parole) or bail of $50,000 or more ........ 4    **0**

**ESCAPE/FAILURE TO APPEAR (FTA) HISTORY**   Escape History: None
                                                (date and type/class)
- None or one or more incidents of FTA (capias issued) or military AWOL ............ 0
- Walk-off from work release, furlough, Delaware Psychiatric Center, community and/or outside job assignment, courtrooms, police (city, state, military, etc.), Recovery Center within the past 3 years ........ 2
- Attempted escape from a secure correctional institution within the past 5 years or escape from a secure facility ten + years ago .. 3
- Escape from a secure correctional institution within the past ten years .......... 5    **0**

**CURRENT AGE**   Current Age: 33
- Age 39+ ................................................ 0
- Age 23 years or less ................................... 1
- Age 28-38 .............................................. 2
- Age 24-27 .............................................. 3    **2**

**SEVERITY OF CRIMINAL HISTORY IN THE LAST TEN (10) YEARS**  Most Serious Prior Felony Conviction  None
- No prior conviction .................................... 0
- Low Severity conviction ................................ 0
- Moderate Severity conviction ........................... 2
- High Severity conviction ............................... 3
- Highest Severity conviction ............................ 4    **0**

**NUMBER OF CLASS I/MAJOR DISCIPLINARY FINDINGS OF GUILT** (within the past eighteen months)  ~~Two~~ One
- None ................................................... 0
- 1 Disciplinary Finding of Guilt ......  4/29/06 - PDC ... 2
- 2 - 3 Disciplinary Findings of Guilt ................... 3
- 4+ Disciplinary Findings of Guilt ...................... 5    **2**
  Actual Number of Class I Disciplinary Findings: _____

**INSTITUTIONAL MISCONDUCT HISTORY** (Consider institutional reports during last 5 years)
- First incarceration or no prior Major/Class I Institutional Reports ............ 0
- Major/Class I - Non Predatory Institutional Misconduct Report ≥ 36months ....... 1
- Major/Class I - Non Predatory Institutional Misconduct Report within last 36 months or Predatory/Assaultive ≥ 36mths ..................................... 3
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report w/in 13 - 36 months ........ 5
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report within past 12 months ..... 7    **5**
  Most Serious Institutional Misconduct Report: Assault on staff
  Date of Most Serious Misconduct Report: 11/04

D00316

Form # 957.

**PERFORMANCE IN TREATMENT PROGRAMS/WORK ASSIGNMENTS**      Program Status: __on list__

Completed all recommended program(s) AND is currently working ................................................................-2
Completed some programs, is working and on waiting list for other recommended programs ........................-1
Enrolled in recommended program or no treatment recommended and is working..........................................0
Medically discharged/excused or successfully completed all recommended programs....................................0
On waiting list for recommended program and work, due to lack of availability..................................................0
Dropped out or failed to complete or was dismissed from program and/or work prior to completion................2
Unsuccessful (refused work and/or program participation) ...................................................................................3   ⓪

**RISK ASSESSMENT SCORE SUBTOTAL:** __12__

**SUPPLEMENTAL SCORING/TIME REMAINING:** (to be applied in all cases where less than ten (10) years have been served)
(Has served at least 10 years) ............................................................................................................................... 0
Up to 4.99 years remaining to be served .............................................................................................................. 1
5 to 9.99 years remaining to be served................................................................................................................. 2
10 to 14.99 years remaining to be served............................................................................................................. 3
15 or more years remaining to be served ............................................................................................................. 4   ⓪

**FINAL RISK ASSESSMENT SCORE TOTAL:** (Risk Assessment Score Subtotal plus Supplemental Score)   [ 12 ]

Risk Assessment Scale: Community/Minimum     Minimum      Medium       Maximum
                       02 to 04              05 - 08      09 – 16      17 or more

**Preliminary Security Level** (Check scored security level)

____ Community/Minimum     ____ Minimum     _X_ Medium     ____ Maximum

**OVERRIDES:**
**Mandatory Policy Overrides (MPO)**
_____ Prior escapes (requires Maximum Security placement)
_____ Prior staff assaults (requires Maximum Security placement)
_____ 240 or more months remaining to serve (placement cannot go below Medium)
_____ Offense is rated Highest Severity (placement cannot go below Medium)

**Discretionary Overrides (increase level)**                    **Discretionary Overrides (decrease level)**
_____ Pattern of assaultive/predatory behavior in institutions and/or the community    _____ Time remaining to serve
_____ Documented membership in security threat group          _____ Need for transition
_____ Protective Custody/Need for separation                  _____ Other
_____ Pending disciplinary actions
_____ Mental/Medical issues
_____ Other

Justification for override(s): _____
_____
_____
_____

**Recommended Security Level** (Check recommended security level)

____ Community/Minimum   ____ Minimum   _X_ Medium   ____ Medium/MPO   ____ Maximum   ____ Maximum/MPO

Comments: __I/m has a staff assault that is over 2 years old and has had no physical altercations since. Medium ~~t~~ Security seems appropiate__

__Sarah Schrader__                                              __12/8/00__
Correctional Worker                                              Date

**Supervisor Signature and Comments**

_____                       _____
Classification Officer/Unit Supervisor (signature required for overrides; optional for other decisions)   Date

Comments: _____

D00317

DELAWARE DEPARTMENT OF CORRECTION
RECLASSIFICATION FORM (WOMEN AND MEN)          FORM # 955 (3pt).

OFFENDER NAME: Hopkins Shane     SBI #: 253918   DOB: [redacted]   DATE: 8/16/06
                LAST  FIRST  MIDDLE INITIAL
INSTITUTION: DCC                                  Prior Classification Date: 7/14/05
CURRENT SECURITY: ___ Community/Minimum  ___ Minimum  ___ Medium  _X_ Maximum
SENTENCE LENGTH: 16 x 1 x 0   EFF. DATE: 3/17/05   STRD: 7/24/09   PED: _/_/_   TIS: X   NON-TIS: ___

---

## RISK REASSESSMENT

**SEVERITY OF CURRENT OFFENSE FOR WHICH INCARCERATED** Burglary 2nd
   Low Severity ......................................................................................................................... 0
   Moderate Severity ................................................................................................................ 2
   High Severity ....................................................................................................................... 4
   Highest Severity ................................................................................................................... 6   **2**

**OTHER OFFENSES/BAIL STATUS**     Other Offenses(s)/Bail Amount: None
   None or pending probation violation, outstanding misdemeanors, or bail below $5,000 ................. 0
   Active Federal, including Immigration and Naturalization Service and/or State warrant or charge(s) with bail of 5,000 to $49,999 .. 2
   Pending charges without bail (not a bailable offense, include Violation of Parole) or bail of $50,000 or more ....... 4   **0**

**ESCAPE/FAILURE TO APPEAR (FTA) HISTORY**     Escape History: None
                                                                     (date and type/class)
   None or one or more incidents of FTA (capias issued) or military AWOL ........................................ 0
   Walk-off from work release, furlough, Delaware Psychiatric Center, community and/or outside job assignment, courtrooms,
     police (city, state, military, etc.), Recovery Center within the past 3 years ..................................... 2
   Attempted escape from a secure correctional institution within the past 5 years or escape from a secure facility ten + years ago .. 3
   Escape from a secure correctional institution within the past ten years ........................................ 5   **0**

**CURRENT AGE**     Current Age: 32
   Age 39+ ................................................................................................................................. 0
   Age 23 years or less ............................................................................................................. 1
   Age 28-38 ............................................................................................................................. 2
   Age 24 - 27 .......................................................................................................................... 3   **2**

**SEVERITY OF CRIMINAL HISTORY IN THE LAST TEN (10) YEARS**   Most Serious Prior Felony Conviction: None
   No prior conviction ................................................................................................................ 0
   Low Severity conviction ......................................................................................................... 0
   Moderate Severity conviction ................................................................................................ 2
   High Severity conviction ....................................................................................................... 3
   Highest Severity conviction ................................................................................................... 4   **0**

**NUMBER OF CLASS I/MAJOR DISCIPLINARY FINDINGS OF GUILT** (within the past eighteen months)  ~~Bs~~ one
   None ..................................................................................................................................... 0
   1 Disciplinary Finding of Guilt ........................... PDC - 4/29/06 ............................................. 2
   2 - 3 Disciplinary Findings of Guilt ................................................................................... 3   **2**
   4+ Disciplinary Findings of Guilt ........................................................................................ 5
      Actual Number of Class I Disciplinary Findings: _____

**INSTITUTIONAL MISCONDUCT HISTORY** (Consider institutional reports during last 5 years)
   First incarceration or no prior Major/Class I Institutional Reports ............................................ 0
   Major/Class I - Non Predatory Institutional Misconduct Report ≥ 36months ............................... 1
   Major/Class I - Non Predatory Institutional Misconduct Report within last 36 months
    or Predatory/Assaultive ≥ 36mths ................................................................................... 3
   Major/Class I - Predatory/Assaultive Institutional Misconduct Report w/in 13 - 36 months ......... 5   **5**
   Major/Class I - Predatory/Assaultive Institutional Misconduct Report within past 12 months ...... 7
   Most Serious Institutional Misconduct Report: Staff assault
   Date of Most Serious Misconduct Report: 11/26/04

Form # 957.

**PERFORMANCE IN TREATMENT PROGRAMS/WORK ASSIGNMENTS**        Program Status:_____

 Completed all recommended program(s) AND is currently working ................................................... -2
 Completed some programs, is working and on waiting list for other recommended programs ............. -1
 Enrolled in recommended program or no treatment recommended and is working ............................ .0
 Medically discharged/excused or successfully completed all recommended programs ..................... .0
 On waiting list for recommended program and work, due to lack of availability .................................. .0
 Dropped out or failed to complete or was dismissed from program and/or work prior to completion ... .2
 Unsuccessful (refused work and/or program participation) .................................................................. 3    _0_

**RISK ASSESSMENT SCORE SUBTOTAL:** _11_

**SUPPLEMENTAL SCORING/TIME REMAINING:** (to be applied in all cases where less than ten (10) years have been served)
 Has served at least 10 years ............................................................................................................... 0
 (Up to 4.99 years remaining to be served) ........................................................................................... 1
 5 to 9.99 years remaining to be served ................................................................................................ 2
 10 to 14.99 years remaining to be served ............................................................................................ 3
 15 or more years remaining to be served ............................................................................................ 4    _1_

**FINAL RISK ASSESSMENT SCORE TOTAL:** (Risk Assessment Score Subtotal plus Supplemental Score)    | 12 |

 Risk Assessment Scale:  Community/Minimum    Minimum    Medium    Maximum
                                          02 to 04        05 - 08    09 – 16    17 or more

**Preliminary Security Level** (Check scored security level)

\_\_\_\_ Community/Minimum    \_\_\_\_ Minimum    _X_ Medium    \_\_\_\_ Maximum

**OVERRIDES:**
**Mandatory Policy Overrides (MPO)**
 \_\_\_\_ Prior escapes (requires Maximum Security placement)
 _✓_ Prior staff assaults (requires Maximum Security placement)
 \_\_\_\_ 240 or more months remaining to serve (placement cannot go below Medium)
 \_\_\_\_ Offense is rated Highest Severity (placement cannot go below Medium)

**Discretionary Overrides (increase level)**                    **Discretionary Overrides (decrease level)**
 \_\_\_\_ Pattern of assaultive/predatory behavior in institutions and/or the community    \_\_\_\_ Time remaining to serve
 \_\_\_\_ Documented membership in security threat group                         \_\_\_\_ Need for transition
 \_\_\_\_ Protective Custody/Need for separation                                  \_\_\_\_ Other
 \_\_\_\_ Pending disciplinary actions
 \_\_\_\_ Mental/Medical Issues
 \_\_\_\_ Other

Justification for override(s): _____

**Recommended Security Level** (Check recommended security level)

\_\_\_\_ Community/Minimum    \_\_\_\_ Minimum    \_\_\_\_ Medium    \_\_\_\_ Medium/MPO    \_\_\_\_ Maximum    _X_ Maximum/MPO

Comments: Staff assault 11/04, must remain in max until at least 11/06

_Sarah Schrader_                                            8/16/06
Correctional Worker                                          Date

Supervisor Signature and Comments:
_[signature]_                                                8/29/06        D00319
Classification Officer/Unit Supervisor (signature required for overrides; optional for other decisions)    Date
Comments:

Routine Classification Maintenance Review

Form # 908

Name: Hopkins, Shane         SBI#: 253918

Risk Assessment Scale:
- Community/Minimum: -2 to 04
- Minimum: 05 - 08
- Medium: 09 – 16 — **12**
- Maximum: 17 or more

Override: ☒ Yes  ☐ No   If yes, briefly specify reason: Staff Assault 11/04

Mandatory Policy Override Removal Approved By Warden/Designee _____

| | Present | ICB or MDT Recommendation | IBCC Recommendation/ Decision | CICB Recommendation/ Decision | IRCB Decision |
|---|---|---|---|---|---|
| Security | Max | Cont | Appd | | |
| Housing | 21 | | | | |
| Job | | | | | |
| Education | | | | | |
| Therapy | | Max Prog. | ✓ | | |
| Other | | M.H. Groups | | | |
| Other | | | | | |
| Next Review Date | | Month 08 Year '07 | Month 8 Year '07 | Month / Year | Month Year |

MDT or ICB MEMBERS PRESENT: LT Seacord & counselor Schrader
MDT or ICB CHAIRPERSON: LT John Seacord
MDT or ICB COMMENTS:

Vote: 2-0
Abstention:
Date: 8/16/06

IBCC CHAIRPERSON: [signature]        Date: 8/29/06    Vote: 4-0   Abstention:
Override (include justification in comments)   Comments:
MPO - Staff Assault 11/04

CICB CHAIRPERSON: ____   Date: ____   Vote: ___ Abstention: ___
Override (include justification in comments) ___ Comments: ___

IRCB CHAIRPERSON: ____   Date: ____   Approved: ___ Disapproved: ___
Override (include justification in comments) ___ Comments: ___

D00320

Appendix E

## DELAWARE CORRECTIONAL CENTER — MEMORANDUM

TO: Inmate _Hopkins, Shane_, SBI# _253918_, Housing Unit _21_
VIA: Counselor _Schrader_
FROM: I.B.C.C.
DATE: _08/22/06_
RE: Classification Results

Your M.D.T. has recommended you for the following: _Cont. Max, Max Programs, MH Groups_

The I.B.C.C.'s decision is to:

_✓_ Approve
___ Not Approve
___ Defer
___ Recommend
___ Not Recommend

**BECAUSE:**

___ Lack of program participation
___ Pending disciplinary action
___ Gradual phasing indicated
___ Open charges
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ Time remaining on sentence
___ Prior failure under supervision
___ Poor institutional adjustment
___ Serious nature of offense

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: _Rev 8/07_

**ADDITIONAL COMMENTS:**

_✓_ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

Form #456
Revised 11/97

D00321

Appendix E

## DELAWARE CORRECTIONAL CENTER --- MEMORANDUM

TO: Inmate Shano Hopkins, SBI# 253918, Housing Unit SHU
VIA: Counselor Zanola
FROM: I.B.C.C.
DATE: 8/2/05
RE: Classification Results

Your M.D.T. has recommended you for the following: Cont MAX/MAX Programs

The I.B.C.C.'s decision is to:

✓ Approve
___ Not Approve
___ Defer
___ Recommend
___ Not Recommend

**BECAUSE:**

___ Lack of program participation
___ Pending disciplinary action
___ Gradual phasing indicated
___ Open charges
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ Time remaining on sentence
___ Prior failure under supervision
___ Poor institutional adjustment
___ Serious nature of offense

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: 8/06
Assault 11/04

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

Form #456
Revised 11/97

D00322

Maintenance Review                                                                 Form # 908

Name: Hopkins, Shaun          SBI#: 253918

Risk Assessment Scale:  Community/Minimum   Minimum   Medium    Maximum
                        -2 to 04             05 - 08   09 – 16   17 or more
                                                       13

Override: ☒ Yes   ☐ No   If yes, briefly specify reason: 11/26/04 Assault

Mandatory Policy Override Removal Approved By Warden/Designee _____

|  | Present | ICB or MDT Recommendation | IBCC Recommendation/ Decision | CICB Recommendation/ Decision | IRCB Decision |
|---|---|---|---|---|---|
| Security | Max | Max | appd |  |  |
| Housing | SHU |  |  |  |  |
| Job |  |  |  |  |  |
| Education |  |  |  |  |  |
| Therapy | Max programs | Max programs | ✓ |  |  |
| Other |  |  |  |  |  |
| Other |  |  |  |  |  |
| Next Review Date |  | Month 10 / Year 05 | Month 8 / Year 06 | Month / Year |  |

MDT or ICB MEMBERS PRESENT: Lt. Porter, T. Zanda
MDT or ICB CHAIRPERSON: Lt. R. Porter
Vote/Abstention: 2-0
Date: 07/15/05

MDT or ICB COMMENTS:

IBCC CHAIRPERSON: [signature]
Date: 8/2/05
Vote: 3-0  Abstention:
Override (include justification in comments)   Comments:

CICB CHAIRPERSON:
Date:
Vote:  Abstention:
Override (include justification in comments)   Comments:

IRCB CHAIRPERSON:
Date:
Approved: / Disapproved:
Override (include justification in comments)   Comments:

000323

DELAWARE DEPARTMENT OF CORRECTIC
RECLASSIFICATION FORM (WOMEN AND MEN)    FORM # 955 (3 pt.)

OFFENDER NAME: Hopkins, Shane   SBI #: 253918   DOB: 10/05/73   DATE: 07/14/05
                LAST  FIRST  MIDDLE INITIAL
INSTITUTION: DCC    Prior Classification Date: 05/03/05
CURRENT SECURITY: ___ Community/Minimum  ___ Minimum  ___ Medium  X Maximum
SENTENCE LENGTH: 16-/-/-   EFF. DATE: 03/07/95   STRD: 07/04/09   PED: -/-/-   TIS: X   NON-TIS: ___

## RISK REASSESSMENT

**SEVERITY OF CURRENT OFFENSE FOR WHICH INCARCERATED**   Current Offense (include other State, if applicable): Burglary 2nd
- Low Severity .................. 0
- Moderate Severity ........... 2
- High Severity .................. 4
- Highest Severity ............... 6     **2**

**OTHER OFFENSES/BAIL STATUS**   Other Offenses(s)/Bail Amount: NJ Detainer
- None or pending probation violation, outstanding misdemeanors, or bail below $5,000 ... 0
- Active Federal, including Immigration and Naturalization Service and/or State warrant or charge(s) with bail of 5,000 to $49,999 .. 2
- Pending charges without bail (not a bailable offense, include Violation of Parole) or bail of $50,000 or more ... 4     **2**

**ESCAPE/FAILURE TO APPEAR (FTA) HISTORY**   Escape History: None (date and type/class)
- None or one or more incidents of FTA (capias issued) or military AWOL ... 0
- Walk-off from work release, furlough, Delaware Psychiatric Center, community and/or outside job assignment, courtrooms, police (city, state, military, etc.), Recovery Center within the past 3 years ... 2
- Attempted escape from a secure correctional institution within the past five years or escape from a secure facility ten + years ago ... 3
- Escape from a secure correctional institution within the past ten years ... 5     **0**

**CURRENT AGE**   Current Age: 31
- Age 39+ ... 0
- Age 23 years or less ... 1
- Age 28-38 ... 2
- Age 24 - 27 ... 3     **2**

**SEVERITY OF CRIMINAL HISTORY IN THE LAST 5 YEARS**   Most Serious Prior Conviction (include Level I-IV, other States): None
- No prior conviction ... 0
- Low Severity conviction ... 0
- Moderate Severity conviction ... 2
- High Severity conviction ... 3
- Highest Severity conviction ... 4     **0**

**NUMBER OF CLASS I/MAJOR DISCIPLINARY FINDINGS OF GUILT** (since initial or last regular reclassification) None
- None ... 0
- 1 Disciplinary Finding of Guilt ... 2
- 2 - 3 Disciplinary Findings of Guilt ... 3
- 4+ Disciplinary Findings of Guilt ... 5     **0**
Actual Number of Class I Disciplinary Findings: ___

**INSTITUTIONAL MISCONDUCT HISTORY** (Consider institutional reports during last 5 years.)
- First incarceration or no prior Major/Class I Institutional Reports ... 0
- Major/Class I - Non Predatory Institutional Misconduct Report ≥ 37 months ... 1
- Major/Class I - Non Predatory Institutional Misconduct Report within last 36 months or Predatory/Assaultive ≥ 37 mths ... 3
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report w/in 13 - 36 months ... 5
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report within past 12 months ... 7     **7**
Most Serious Institutional Misconduct Report: Assault
Date of Most Serious Misconduct Report: 11/26/04

D00324