PERFORMANCE IN TREATMENT PROGRAMS/WORK ASSIGNMENTS: *Max programs* 

Completed all recommended program(s) AND is currently working ................................................. -2
Completed some programs, is working and on waiting list for other recommended programs ............ -1
Enrolled in recommended program or no treatment recommended and is working ........................... 0
Medically discharged/excused or successfully completed all recommended programs .................... 0
On waiting list for recommended program and work, due to lack of availability ................................. 0
Dropped out or failed to complete or was dismissed from program and/or work prior to completion ... 2
Unsuccessful (refused work and/or program participation) ............................................................. 3      **0**

**RISK REASSESSMENT SCORE:** 13

**RISK ASSESSMENT SCALE:**

| Community/Minimum | Minimum | Medium | Maximum |
|---|---|---|---|
| -02 to 04 | 05 - 08 | 09 - 16 | 17 or more |

**Preliminary Security Level** (Check scored security level)

___ Community/Minimum     ___ Minimum     **X** Medium     ___ Maximum

**OVERRIDES:**

Any one of the conditions listed below may serve as basis for an override, resulting in higher or lower security than indicated by the preliminary score. (Check all that apply and comment as deemed appropriate.)

___ Protective Custody or Need for separation from General Population: _____
___ Documented membership in security threat group _____
___ Pending institutional reports under investigation _____
___ Notorious/high profile case _____
___ Physical/Medical limitations that could affect housing placement _____
___ Time to Serve: _____
___ Pattern of assaultive/predatory behavior in institutions and/or the community _____
**X** Other, include Mandatory Policy Override (specify): 11/26/04 Assault

**Recommended Security Level** (Check recommended security level.)

___ Community/Minimum     ___ Minimum     ___ Medium     ___ Medium/MPO     **X** Maximum

_[signature]_ Shannon Zanda         07/14/05
Correctional Worker                        Date

Comments: _____

**Final Security Level** (Check appropriate security level)

___ Community/Minimum     ___ Minimum     ___ Medium     ___ Continue Medium/MPO     ___ Maximum

_[signature]_                               8/2/05
Classification Officer/Unit Supervisor (signature required for overrides; optional for other decisions)    Date

NOTE: Classification Officer/Unit supervisor may change recommendation of classification worker, but must provide written justification.
Comments: _____

Housing Assignment: _____    Next Classification Date: _____
                                                                          (month and year)
*Program Assignment(s): _____
*Work Assignment: _____
*Changes: _____

Page revised 09.30.04    FORM # 957              29                                    D00325

Routine ___ification ___ ___enance Review

Form # 908

Name: Hopkins, Shane          SBI#: 25398

| Risk Assessment Scale: | Community/Minimum -2 to 04 | Minimum 05 - 08 | Medium 09 - 16 | Maximum 17 or more |
|---|---|---|---|---|
| | | | 16 | |

Override: ☒ Yes ☐ No   If yes, briefly specify reason: 11/26/04: Assault, OTB

Mandatory Policy Override Removal Approved By Warden/Designee _____

| | Present | ICB or MDT Recommendation | IBCC Recommendation/ Decision | CICB Recommendation/ Decision | IRCB Decision |
|---|---|---|---|---|---|
| Security | Max | Cont-Max | Appd | | |
| Housing | SHU | | | | |
| Job | | | | | |
| Education | | | | | |
| Therapy | Max programs | Cont-Max programs | | | |
| Other | | | | | |
| Other | | | | | |
| Next Review Date | | Month 07 Year 05 | Month 8 Year 05 | Month / Year | |

MDT or ICB MEMBERS PRESENT: LT. Porter, T. Zanda
MDT or ICB CHAIRPERSON: Lt. R Porter
Vote/Abstention: 2-0
Date: 04/22/05

MDT or ICB COMMENTS:

IBCC CHAIRPERSON: [signature]   Date: 5/3/05   Vote: 3-0   Abstention:
Override (include justification in comments) ___ Comments:

CICB CHAIRPERSON:   Date:   Vote:   Abstention:
Override (include justification in comments) ___ Comments:

IRCB CHAIRPERSON:   Date:   Approved: ___ Disapproved: ___
Override (include justification in comments) ___ Comments:

D00326

ITAL 4

DELAWARE DEPARTMENT OF CORRECTION
RECLASSIFICATION FORM (WOMEN AND MEN)        FORM # 955 (3 pt.)

OFFENDER NAME: **Hopkins, Shane**   SBI #: **25.3918**   DOB: ~~[redacted]~~   DATE: **04/19/05**
                LAST    FIRST   MIDDLE INITIAL
INSTITUTION: **DCC**                                 Prior Classification Date: **01/07/05**

CURRENT SECURITY: ___ Community/Minimum   ___ Minimum   ___ Medium   **X** Maximum

SENTENCE LENGTH: **16–1–**  EFF. DATE: **03/07/95**  STRD: **07/24/09**  PED: **–/–/–**  TIS: **X**  NON-TIS: ___

---

### RISK REASSESSMENT

**SEVERITY OF CURRENT OFFENSE FOR WHICH INCARCERATED**    Current Offense (include other State, if applicable): **Burglary 2nd**
- Low Severity ............ 0
- Moderate Severity ............ 2
- High Severity ............ 4
- Highest Severity ............ 6                                                            **2**

**OTHER OFFENSES/BAIL STATUS**    Other Offenses(s)/Bail Amount: **NJ Detainer**
- None or pending probation violation, outstanding misdemeanors, or bail below $5,000 ............ 0
- Active Federal, including Immigration and Naturalization Service and/or State warrant or charge(s) with bail of 5,000 to $49,999 .. 2
- Pending charges without bail (not a bailable offense, include Violation of Parole) or bail of $50,000 or more ............ 4                **2**

**ESCAPE/FAILURE TO APPEAR (FTA) HISTORY**    Escape History: **None**
                                                (date and type/class)
- None or one or more incidents of FTA (capias issued) or military AWOL ............ 0
- Walk-off from work release, furlough, Delaware Psychiatric Center, community and/or outside job assignment, courtrooms, police (city, state, military, etc.), Recovery Center within the past 3 years ............ 2
- Attempted escape from a secure correctional institution within the past five years or escape from a secure facility ten + years ago ............ 3
- Escape from a secure correctional institution within the past ten years ............ 5                       **0**

**CURRENT AGE**    Current Age: **31**
- Age 39+ ............ 0
- Age 23 years or less ............ 1
- Age 28-38 ............ 2
- Age 24 - 27 ............ 3                                                                **2**

**SEVERITY OF CRIMINAL HISTORY IN THE LAST 5 YEARS**    Most Serious Prior Conviction (include Level I-IV, other States): **None**
- No prior conviction ............ 0
- Low Severity conviction ............ 0
- Moderate Severity conviction ............ 2
- High Severity conviction ............ 3
- Highest Severity conviction ............ 4                                                **0**

**NUMBER OF CLASS I/MAJOR DISCIPLINARY FINDINGS OF GUILT** (since initial or last regular reclassification)  **3**
- None ............ 0
- 1 Disciplinary Finding of Guilt ............ 2
- 2 - 3 Disciplinary Findings of Guilt ............ 3
- 4+ Disciplinary Findings of Guilt ............ 5                                           **3**
   Actual Number of Class I Disciplinary Findings: _____

**INSTITUTIONAL MISCONDUCT HISTORY** (Consider institutional reports during last 5 years.)
- First incarceration or no prior Major/Class I Institutional Reports ............ 0
- Major/Class I - Non Predatory Institutional Misconduct Report ≥ 37months ............ 1
- Major/Class I - Non Predatory Institutional Misconduct Report within last 36 months or Predatory/Assaultive ≥ 37mths ............ 3
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report w/in 13 - 36 months ............ 5
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report within past 12 months ............ 7                **7**
   Most Serious Institutional Misconduct Report: **Assault, DTB**
   Date of Most Serious Misconduct Report: **11/26/04**

D00327

PERFORMANCE IN TREATMENT PROGRAMS/WORK ASSIGNMENTS     Program Status: __Max programs__

- Completed all recommended program(s) AND is currently working ............................................... -2
- Completed some programs, is working and on waiting list for other recommended programs ........ -1
- Enrolled in recommended program or no treatment recommended and is working ........................ .0
- Medically discharged/excused or successfully completed all recommended programs .................. .0
- On waiting list for recommended program and work, due to lack of availability ............................. .0
- Dropped out or failed to complete or was dismissed from program and/or work prior to completion ... 2
- Unsuccessful (refused work and/or program participation) ................................................................ 3   __0__

**RISK REASSESSMENT SCORE:** __16__

**RISK ASSESSMENT SCALE:**

| Community/Minimum | Minimum | Medium | Maximum |
|---|---|---|---|
| -02 to 04 | 05 - 08 | 09 - 16 | 17 or more |

**Preliminary Security Level** (Check scored security level)

___ Community/Minimum     ___ Minimum     _X_ Medium     ___ Maximum

**OVERRIDES:**

Any one of the conditions listed below may serve as basis for an override, resulting in higher or lower security than indicated by the preliminary score. (Check all that apply and comment as deemed appropriate.)

___ Protective Custody or Need for separation from General Population: _____

___ Documented membership in security threat group _____

___ Pending institutional reports under investigation _____

___ Notorious/high profile case _____

___ Physical/Medical limitations that could affect housing placement _____

___ Time to Serve: _____

___ Pattern of assaultive/predatory behavior in institutions and/or the community _____

_X_ Other, include Mandatory Policy Override (specify): __11/26/04: Assault, DTB__

**Recommended Security Level** (Check recommended security level.)

___ Community/Minimum     ___ Minimum     ___ Medium     ___ Medium/MPO     _X_ Maximum

Correctional Worker: _Thomas Zanda_     Date: _04/19/05_

Comments: __Recommend continue maximum security.__

**Final Security Level** (Check appropriate security level)

___ Community/Minimum     ___ Minimum     ___ Medium     ___ Continue Medium - MPO     _✓_ Maximum

Classification Officer/Unit Supervisor (signature required for overrides; optional for other decisions)     Date: _5/3/05_

NOTE: Classification Officer/Unit supervisor may change recommendation of classification worker, but must provide written justification.

Comments: _____

Housing Assignment: _____     Next Classification Date: _____ (month and year)

*Program Assignment(s): _____
*Work Assignment: _____
*Changes: _____

Page revised 09.30.04     FORM # 957     29     D00328

Appendix E

## DELAWARE CORRECTIONAL CENTER — MEMORANDUM

TO: Inmate _Shono Hopkins_, SBI# _253918_, Housing Unit _SHU_
VIA: Counselor _Linda_
FROM: I.B.C.C.
DATE: _5/2/05_
RE: Classification Results

Your M.D.T. has recommended you for the following: _Cont MAX_

The I.B.C.C.'s decision is to:

✓ Approve
___ Not Approve
___ Defer
___ Recommend
___ Not Recommend

BECAUSE:

___ Lack of program participation
___ Pending disciplinary action
___ Gradual phasing indicated
___ Open charges
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ Time remaining on sentence
___ Prior failure under supervision
✓ Poor institutional adjustment
___ Serious nature of offense

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: _Rev 8/05_

ADDITIONAL COMMENTS:

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

Form #456 (3 Part NCR)
Revised 11/97

D00329

Appendix E

## DELAWARE CORRECTIONAL CENTER --- MEMORANDUM

TO: Inmate Shone Hopkins, SBI# 253918, Housing Unit 22
VIA: Counselor Atallian
FROM: I.B.C.C.
DATE: 1/7/05
RE: Classification Results

Your M.D.T. has recommended you for the following: MAX/SHU

The I.B.C.C.'s decision is to:

✓ Approve
___ Not Approve
___ Defer
___ Recommend
___ Not Recommend

**BECAUSE:**

___ Lack of program participation
___ Pending disciplinary action
___ Gradual phasing indicated
___ Open charges
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ Time remaining on sentence
___ Prior failure under supervision
___ Poor institutional adjustment
___ Serious nature of offense

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: Rev 3/05
Pending outcome of investigation for 11/20/04 incident

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

Form #456 (3 Part NCR)
Revised 11/97

D00330

Routine Classification Maintenance Review

Form # 908

Name: Hopkins, Shane         SBI#: 253918

Risk Assessment Scale:
| Community/Minimum | Minimum | Medium | Maximum |
|---|---|---|---|
| -2 to 04 | 05 - 08 | 09 – 16 | 17 or more |

Override: ☒ Yes   ☐ No   If yes, briefly specify reason: 13  11/26/04 - Pending write-up for Assault & Disorderly or Threatening

Mandatory Policy Override Removal Approved By Warden/Designee _____

| | Present | ICB or MDT Recommendation | IBCC Recommendation/Decision | CICB Recommendation/Decision | IRCB Decision |
|---|---|---|---|---|---|
| Security | Med/High | Max | appr | | |
| Housing | 22 | | | | |
| Job | | | | | |
| Education | | | | | |
| Therapy | | SHU Program | ✓ | | |
| Other | | | | | |
| Other | | | | | |
| Next Review Date | Month / Year | Month / Year | Month 3 / Year 05 | Month / Year | |

MDT or ICB MEMBERS PRESENT: J. Jackson, R Porter

MDT or ICB CHAIRPERSON: Lt R Porter

Vote: 2-0   Abstention:
Date: 12-17-04

MDT or ICB COMMENTS: An override to Max is recommended based on pending write-up from 11/26/04 for Assault and Disorderly or Threatening.

IBCC CHAIRPERSON: [signature]
Override (include justification in comments)   Comments: Pending investigation 11/26/04
Date: 1/7/05   Vote: 3-0   Abstention:

CICB CHAIRPERSON: 
Override (include justification in comments)   Comments:
Date:   Vote:   Abstention:

IRCB CHAIRPERSON:
Override (include justification in comments)   Comments:
Date:   Approved: / Disapproved:

D00331

DELAWARE DEPARTMENT OF CORRECTION
RECLASSIFICATION FORM (WOMEN AND MEN)

FORM # 955 (3 pt.)

OFFENDER NAME: Hopkins, Shane        SBI #: 253918    DOB: [redacted]    DATE: 10/26/04
                LAST     FIRST   MIDDLE INITIAL
INSTITUTION: DCC                                      Prior Classification Date: 07/08/03

CURRENT SECURITY: ___ Community/Minimum  ___ Minimum  ✓ Medium  A/C  ___ Maximum

SENTENCE LENGTH: 161000  EFF. DATE: 03/07/95  STRD: 07/29/09  PED: / /  TIS: ✓  NON-TIS: ___

## RISK REASSESSMENT

**SEVERITY OF CURRENT OFFENSE FOR WHICH INCARCERATED**   Current Offense (include other State, if applicable): Burglary 2nd
- Low Severity ............ 0
- Moderate Severity ...... 2
- High Severity .......... 4
- Highest Severity ....... 6

Score: 2

**OTHER OFFENSES/BAIL STATUS**    Other Offenses(s)/Bail Amount: NJ Detainer / PA Detainer
- None or pending probation violation, outstanding misdemeanors, or bail below $5,000 .......... 0
- Active Federal, including Immigration and Naturalization Service and/or State warrant or charge(s) with bail of 5,000 to $49,999 .......... 2
- Pending charges without bail (not a bailable offense, include Violation of Parole) or bail of $50,000 or more .......... 4

Score: 2

**ESCAPE/FAILURE TO APPEAR (FTA) HISTORY**    Escape History: _____ (date and type/class)
- None or one or more incidents of FTA (capias issued) or military AWOL .......... 0
- Walk-off from work release, furlough, Delaware Psychiatric Center, community and/or outside job assignment, courtrooms, police (city, state, military, etc.), Recovery Center within the past 3 years .......... 2
- Attempted escape from a secure correctional institution within the past five years or escape from a secure facility ten + years ago .......... 3
- Escape from a secure correctional institution within the past ten years .......... 5

Score: 0

**CURRENT AGE**    Current Age: 30
- Age 39+ .......... 0
- Age 23 years or less .......... 1
- Age 28-38 .......... 2
- Age 24 - 27 .......... 3

Score: 2

**SEVERITY OF CRIMINAL HISTORY IN THE LAST 5 YEARS**    Most Serious Prior Conviction (include Level I-IV, other States): 1/90 - Burglary 2nd  Juvenile
- No prior conviction .......... 0
- Low Severity conviction .......... 0
- Moderate Severity conviction .......... 2
- High Severity conviction .......... 3
- Highest Severity conviction .......... 4

Score: 0

**NUMBER OF CLASS I/MAJOR DISCIPLINARY FINDINGS OF GUILT** (since initial or last regular reclassification) _____
- None .......... 0
- 1 Disciplinary Finding of Guilt .......... 2
- 2 - 3 Disciplinary Findings of Guilt .......... 3
- 4+ Disciplinary Findings of Guilt .......... 5

Score: 0

Actual Number of Class I Disciplinary Findings: 11/26/04 - Assault, Disorderly or Threatening

**INSTITUTIONAL MISCONDUCT HISTORY** (Consider institutional reports during last 5 years)
- First incarceration or no prior Major/Class I Institutional Reports .......... 0
- Major/Class I - Non Predatory Institutional Misconduct Report ≥ 37 months .......... 1
- Major/Class I - Non Predatory Institutional Misconduct Report within last 36 months or Predatory/Assaultive ≥ 37 mths .......... 3
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report w/in 13 - 36 months .......... (5)
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report within past 12 months .......... 7

Most Serious Institutional Misconduct Report: Assault & Disorderly or Threatening
Date of Most Serious Misconduct Report: 6/28/02

Score: 5

D00332

PERFORMANCE IN TREATMENT PROGRAMS/WORK ASSIGNMENTS     Program Status: __Enrolled__

- Completed all recommended program(s) AND is currently working ............................................. -2
- Completed some programs, is working and on waiting list for other recommended programs ........... -1
- Enrolled in recommended program or no treatment recommended and is working ......................... 0
- Medically discharged/excused or successfully completed all recommended programs ................... 0
- On waiting list for recommended program and work, due to lack of availability ............................. 0
- Dropped out or failed to complete or was dismissed from program and/or work prior to completion ... 2
- Unsuccessful (refused work and/or program participation) ........................................................... 3 ✓

RISK REASSESSMENT SCORE: __13__

RISK ASSESSMENT SCALE:   Community/Minimum   Minimum   Medium   Maximum
                          -02 to 04            05 - 08   09 - 16  17 or more

Preliminary Security Level (Check scored security level)

___ Community/Minimum    ___ Minimum    _X_ Medium    ___ Maximum

OVERRIDES:

Any one of the conditions listed below may serve as basis for an override, resulting in higher or lower security than indicated by the preliminary score. (Check all that apply and comment as deemed appropriate.)

___ Protective Custody or Need for separation from General Population: _____

___ Documented membership in security threat group _____

_X_ Pending institutional reports under investigation __11/26/04 - Assault, Disorderly or Threats__

___ Notorious/high profile case _____

___ Physical/Medical limitations that could affect housing placement _____

___ Time to Serve: _____

___ Pattern of assaultive/predatory behavior in institutions and/or the community _____

___ Other, include Mandatory Policy Override (specify): _____

Recommended Security Level (Check recommended security level.)

___ Community/Minimum   ___ Minimum   ___ Medium   ___ Medium/MPO   _X_ Maximum

__Cindy A. Atallah__                              __12/10/04__
Correctional Worker                                Date

Comments: _____

Final Security Level (Check appropriate security level)

___ Community/Minimum   ___ Minimum   ___ Medium   ___ Continue Medium - MPO   ___ Maximum

_____                                    _____
Classification Officer/Unit Supervisor (signature required for overrides; optional for other decisions)   Date

NOTE: Classification Officer/Unit supervisor may change recommendation of classification worker, but must provide written justification.

Comments: _____

Housing Assignment: _____   Next Classification Date: _____
                                                               (month and year)

*Program Assignment(s): _____
*Work Assignment: _____
*Changes: _____

Page revised 09.30.04                   29                                  D00333

Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate Hopkins, Shane, SBI# 253918, Housing Unit 23
VIA: Counselor Arnold
FROM: I.B.C.C.
DATE: 5/11/04
RE: Classification Results

Your M.D.T. has recommended you for the following: MHU Kitchen

90 days Probation

The I.B.C.C.'s decision is to:

✓ Approve
___ Not Approve
___ Defer
___ Recommend
___ Not Recommend

**BECAUSE:**

___ Lack of program participation
___ Pending disciplinary action
___ Gradual phasing indicated
___ Open charges
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

___ Time remaining on sentence
___ Prior failure under supervision
___ Poor institutional adjustment
___ Serious nature of offense

OTHER: 8/04

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
         Inmate
         Institution File

Form #456 (3 Part NCR)
Revised 11/97

D00334