Routi．．．ification     ．．．．nance Review

Form # 908

Name: **Hopkins Shane**          SBI#: **253918**

Risk Assessment Scale:  Community/Minimum -2 to 04 | Minimum 05 - 08 | Medium 09 – 16 | Maximum 17 or more

Override: ☐ Yes  ☑ No   If yes, briefly specify reason: **NA**

Mandatory Policy Override Removal Approved By Warden/Designee **NA**

| | Present | ICB or MDT Recommendation | IBCC Recommendation/ Decision | CICB Recommendation/ Decision | IRCB Decision |
|---|---|---|---|---|---|
| Security | Med HC | | | | |
| Housing | 23 | | | | |
| Job | | Kitchen | appd | | |
| Education | | | | | |
| Therapy | | | | | |
| Other | | | | | |
| Other | | | | | |
| Next Review Date | | Month 07 Year 04 | Month 8 Year 04 | Month / Year | |

| MDT or ICB MEMBERS PRESENT | Lt R. Porter, C Arnold | Vote: 2-0 Abstention: |
|---|---|---|
| MDT or ICB CHAIRPERSON | Lt. R Porter | Date: 5/3/04 |
| MDT or ICB COMMENTS | | |

| IBCC CHAIRPERSON [signature] | Date: 5/11/04 | Vote: 3-0 Abstention: |
|---|---|---|
| Override (include justification in comments)___ Comments: | | |

| CICB CHAIRPERSON | Date: | Vote: Abstention: |
|---|---|---|
| Override (include justification in comments)___ Comments: | | |

| IRCB CHAIRPERSON: | Date: | Approved: Disapproved: |
|---|---|---|
| Override (include justification in comments)___ Comments: | | |

D00335

FORM # 908                     CLASSIFICATION DECISION PAGE

Name: Hopkins Shane                             SBI#: 253918

| Risk Assessment Scale: | Community/Minimum -2 to 04 | Minimum 05 - 08 | Medium 09 – 16 | Maximum 17 or more |
|---|---|---|---|---|
| | | | 15 | |

Override: ☐ Yes   ☑ No   If yes, briefly specify reason: NA

| | Present | ICB or MDT Recommendation | IBCC Recommendation/ Decision | CICB Recommendation/ Decision | IRCB Decision |
|---|---|---|---|---|---|
| Security | Med HC | cont. med HC | Approved | | |
| Housing | | | | | |
| Job | | Kitchen | | | |
| Education | On list | G.E.D. | | | |
| Therapy | On PR, TFC | PR, MH, TFC | | | |
| Other | List | Stress | | | |
| Other | | | | | |
| Next Review Date | Month 07 Year 04 | Month 07 Year 04 | Month / Year | | |

| MDT or ICB MEMBERS PRESENT | Lt Ricky Porter, Cassie Arnold | Vote: 2-0 Abstention: |
|---|---|---|
| MDT or ICB CHAIRPERSON | Lt R Porter | Date: 07/08/03 |
| MDT or ICB COMMENTS | Recommend continue medium/high security. Participate in PR, MH, TFC, and Stress. Recommend work in the kitchen. | |
| IBCC CHAIRPERSON Thomas Zanda | Date: 07/8/03 | Vote: 3-0 Abstention: |
| Override (include justification in comments) | Comments: | |

| CICB CHAIRPERSON | Date: | Vote: Abstention: |
|---|---|---|
| Override (include justification in comments) | Comments: | |

| IRCB CHAIRPERSON: | Date: | Approved: Disapproved: |
|---|---|---|
| Override (include justification in comments) | Comments: | |

D00336

**DELAWARE DEPARTMENT OF CORRECTION**
**RECLASSIFICATION FORM (WOMEN AND MEN)**

FORM # 955 (3 pt.)

OFFENDER NAME: Hopkins Shane  SBI #: 253918  DOB: 10/05/73  DATE: 07/08/03
    LAST      FIRST   MIDDLE INITIAL

INSTITUTION: DCC   Prior Classification Date: 07/18/2003

CURRENT SECURITY: ___ Community/Minimum  ___ Minimum  ✓ Medium  ___ Maximum

SENTENCE LENGTH: 16 X X  EFF. DATE: 03/07/95  STRD: 07/29/09  PED: ___  TIS: ✓  NON-TIS: ___

MD Sentence Concurrent

## RISK REASSESSMENT

**SEVERITY OF CURRENT OFFENSE FOR WHICH INCARCERATED**  Current Offense (include other State, if applicable): Burglary 2nd x 2
- Low Severity ............ 0
- Moderate Severity ............ 2
- High Severity ............ 4
- Highest Severity ............ 6

**2**

**OTHER OFFENSES/BAIL STATUS**  Other Offenses(s)/Bail Amount: NJ-Glouster County Detainer, Violation Parole - PA Detainer
- None or pending probation violation, outstanding misdemeanors, or bail below $5,000 ............ 0
- Active Federal, including Immigration and Naturalization Service and/or State warrant or charge(s) with bail of 5,000 to $49,999 ............ 2
- Pending charges without bail (not a bailable offense, include Violation of Parole) or bail of $50,000 or more ............ 4

**4**

**ESCAPE/FAILURE TO APPEAR (FTA) HISTORY**  Escape History: none indicated in history (date and type/class)
- None or one or more incidents of FTA (capias issued) or military AWOL ............ 0
- Walk-off from work release, furlough, Delaware Psychiatric Center, community and/or outside job assignment, courtrooms, police (city, state, military, etc.), Recovery Center within the past 3 years ............ 2
- Attempted escape from a secure correctional institution within the past five years or escape from a secure facility ten + years ago ............ 3
- Escape from a secure correctional institution within the past ten years ............ 5

**0**

**CURRENT AGE**  Current Age: 29
- Age 39+ ............ 0
- Age 23 years or less ............ 1
- Age 28-38 ............ 2
- Age 24 - 27 ............ 3

**2**

**SEVERITY OF CRIMINAL HISTORY IN THE LAST 5 YEARS**  Most Serious Prior Conviction (include Level I-IV, other States): 1/30/90 Burglary 2nd Juvenile
- No prior conviction ............ 0
- Low Severity conviction ............ 0
- Moderate Severity conviction ............ 2
- High Severity conviction ............ 3
- Highest Severity conviction ............ 4

**0**

**NUMBER OF CLASS I/MAJOR DISCIPLINARY FINDINGS OF GUILT** (since initial or last regular reclassification) One
- None ............ 0
- 1 Disciplinary Finding of Guilt ............ 2
- 2 - 3 Disciplinary Findings of Guilt ............ 3
- 4+ Disciplinary Findings of Guilt ............ 5
- Actual Number of Class I Disciplinary Findings: PDC - 9/8/02

**2**

**INSTITUTIONAL MISCONDUCT HISTORY** (Consider institutional reports during last 5 years.)
- First incarceration or no prior Major/Class I Institutional Reports ............ 0
- Major/Class I - Non Predatory Institutional Misconduct Report ≥ 37 months ............ 1
- Major/Class I - Non Predatory Institutional Misconduct Report within last 36 months or Predatory/Assaultive ≥ 37 mths ............ 3
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report w/in 13 - 36 months ............ 5
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report within past 12 months ............ 7
- Most Serious Institutional Misconduct Report: Assault, DTB
- Date of Most Serious Misconduct Report: 6/28/02

**05**

D00337

PERFORMANCE IN TREATMENT PROGRAMS/WORK ASSIGNMENTS        Program Status: _On List_
  Completed all recommended program(s) AND is currently working ................................................................. -2
  Completed some programs, is working and on waiting list for other recommended programs ................. -1
  Enrolled in recommended program or no treatment recommended and is working ................................ 0
  Medically discharged/excused or successfully completed all recommended programs ........................... 0
  On waiting list for recommended program and work, due to lack of availability ..................................... 0
  Dropped out or failed to complete or was dismissed from program and/or work prior to completion ...... 2
  Unsuccessful (refused work and/or program participation) .................................................................... 3    0

RISK REASSESSMENT SCORE: _15_

RISK ASSESSMENT SCALE:
  Community/Minimum   Minimum   Medium   Maximum
  -02 to 04           05 - 08   09 - 16  17 or more

Preliminary Security Level (Check scored security level)

  ___ Community/Minimum   ___ Minimum   ✓ Medium   ___ Maximum

OVERRIDES:

Any one of the conditions listed below may serve as basis for an override, resulting in higher or lower security than indicated by the preliminary score. (Check all that apply and comment as deemed appropriate.)

  ___ Protective Custody or Need for separation from General Population: _____
  ___ Documented membership in security threat group _____
  ___ Pending institutional reports under investigation _____
  ___ Notorious/high profile case _____
  ___ Mental Health: _____
  ___ Physical/Medical limitations that could affect housing placement _____
  ___ Court Order: _____
  ___ Time to Serve: _____
  ___ Other (specify): _____

Recommended Security Level (Check recommended security level.)

  ___ Community/Minimum   ___ Minimum   ✓ Medium   ___ Maximum

  _Cassy Arnold_                              _07/08/03_
  Correctional Worker                         Date
  Comments: _Recommend continue medium/high security._

Final Security Level (Check appropriate security level)

  ___ Community/Minimum   ___ Minimum   ___ Medium   ___ Continue Medium - MPO   ___ Maximum

  _____        _____
  Classification Officer/Unit Supervisor (signature required for overrides; optional for other decisions)   Date

NOTE: Classification Officer/Unit supervisor may change recommendation of classification worker, but must provide written justification.
Comments: _____

Housing Assignment: _____    Next Classification Date: _____
                                                                        (month and year)
*Program Assignment(s): _____
*Work Assignment: _____
*Changes: _____

FORM # 901-A                                                                      D00338

Appendix E

# DELAWARE CORRECTIONAL CENTER --- MEMORANDUM

TO: Inmate _Hopkins Shane_, SBI# _253918_, Housing Unit _MHU_
VIA: Counselor _Kramer_
FROM: I.B.C.C.
DATE: _7-18-02_
RE: Classification Results

Your M.D.T. has recommended you for the following: _Cont MAX/MHU_
_Interstate Compact_

The I.B.C.C.'s decision is to:

_✓_ Approve
___ Not Approve
___ Defer
___ Recommend
_✓_ Not Recommend _Interstate Compact_

**BECAUSE:**

___ Lack of program participation
___ Pending disciplinary action
___ Gradual phasing indicated
___ Open charges
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____
___ Time remaining on sentence
___ Prior failure under supervision
___ Poor institutional adjustment
___ Serious nature of offense

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: _Rev 7/03_

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

Form #456 (3 Part NCR)
Revised 11/97

D00339

DLU

Appendix C1

## BUREAU OF PRISONS RECLASSIFICATION FORM #004

I. **Vital Indicators/Sentencing Information**

Inmate Name __Hopkins, Shane__ AKA _____ SBI No __253918__ Date of Birth __10/5/73__ (mo/da/yr)

Facility __DCC__ Security/Custody Level __M 4v__ Housing Area __M HU__

Current Offense(s) __Burglary 2nd (x 3)__

Level V Sentence: Year(s): __16__ Month: __0__ Day(s): __0__ Truth in Sentence? Yes __✓__ No ____

Sentence Effective Date __3/5/95__ STRD: __7/29/09__ PE Date: _____ Parole Rehearing Date _____

Mandatory Sentence: Year(s)____ Month(s)____ Day(s)____ Level IV Sentence? Yes __✓__ Length __1 year__
No ____ Halfway House

Detainer(s)? Yes __✓__ Agency __Superior Court, New Jersey, Pa.__ Open Charge(s)? Yes____ 4204K? Yes____ End Date of 4204K____
No ____ No __✓__ No __✓__

4205L? Yes ____ 4214B/Habitual Offender? Yes ____
No __✓__ No __✓__

II. **Prior Criminal History**

Escape History (List date, charge for which convicted, and location from which escape occurred):
__12/90  North Hampton County PA__

Sex Offenses (List date, charges, and ages of victim(s) for all sex offenses): __Ø__

DNA sample obtained?  Yes ____  No ____  (If no, contact Institutional Investigator)

List the most serious offenses in the past 10 years (not previously listed in Escape History or Sex Offenses).
__Current__

DUI Information (Complete if inmate is serving a sentence for DUI)

Has information been verified via Motor Vehicle Records? Yes ____ No ____ No. of DUI's ____
__N/A__

Date(s) of offense(s):  1st _____  2nd _____  3rd _____  4th _____

BOP-004 / Page 1 of 2
Justification for Request
Form# 135

D00340

Appendix C2
Page 2

BOP FORM 004

III. **Institution Disciplinary History** (summarize last 6 months – include dates, offenses, dispositions)
2/16/02 PNDC, FTU 5 days LOAP

IV. **Current Program Participation/Work Assignment** (Justification for Request/Change or Recommendation must be recorded on page 3.)
MAX/SHU

V. **Program Request/Change or Recommendation**
MDT Recommendation:
Housing/Security Level  Continue MAX                              No More White y
Employment _____  On/Off Grounds _____
Education _____  Treatment Program  Continue MAX/M HU Level
Work Release _____  Supervised Custody _____  Program
Halfway House Worker _____  Highway Work Project _____
Other Recommendation:
Furlough _____  To Visit: Name _____  Relationship _____
Address _____
Purpose of Visit _____
Has inmate had prior participation in any program recommended?  Yes ____ No ____
Number of prior approvals for any program recommended _____
Is exception to standards requested? Yes ____ No ____
(If yes, give reason for exception) _____

VI. **Victim Notification Information**
Offender's Release Address (if required) _____
Name of Victim(s) _____
Last Known Address of Victim _____ N/A

_Todd Kiner_  6/21/02          _Bob Burk_  2/16/02
Signature of Counselor   Date    Signature of Counselor Supervisor   Date

**MDT Review**
MTD:  Recommended ✓  Not Recommended ____  Vote 2-0
_[signature]_  7/9/02
Signature of MDT Chairperson   Date

**IBCC Review**
IBCC:  Approved ✓  Disapproved ____  Recommended ____  Not Recommended ____  Vote 3-0
_[signature]_ Sevenson  7-19-02
Signature of IBCC Chairperson   Date
Comments _____

**CICB Review**
CICB:  Approved ____  Disapproved ____  Recommended ____  Not Recommended ____  Vote ____
Signature of CICB Chairperson   Date
Comments _____

**IRCB Review**
IRCB:  Approved ____  Disapproved ____  Vote ____
Signature of IRCB Chairperson   Date
Comments _____

**Distribution After Final Committee Review**
Copy to:  Classification
          Institution File (original)
          Special Programs Office (as required)

BOP-004 / Page 2 of 2
Revised 1/98    Form# 135

D00341

INTERSTATE CORRECTION COMPACT TRANSFER REQUEST FORM

A. Name: Shane Hopkins   SBI#: 253918   DOB: 10-05-~~~~
Charge(s): 8 cts Burglary 2nd
Sentence: 16yrs @ us   Effective Date: 3/7/95   STRD: 7/29/09   PE: N/A
Reason for Request: I am not and never have been a resident of the state of Deleware. My family lives in Pennsylvania and is willing to provide me with support in the form of a place to live and a job upon my release. I was on Protective Custody and even though I believe the physical danger has passed I don't know how I will be recieved in General Population.

B. Review and Recommendation (Note: MDT/IBCC for offender initiated requests only)

MDT:   Recommend ☐   Not Recommend ☒
Comments: Need more time to observe behavior. SHU Behavior not very old - Need more time with no discipline infractions. Recommend wait til in medium security
Signature: Todd Krame   Date: 6/21/02

IBCC:   Recommend ☐   Not Recommend ☐
Comments: _____

Signature: _____   Date: _____

Warden:   Recommend ☐   Not Recommend ☐
Comments: _____

Signature: _____   Date: _____

IRCB:   Recommend ☐   Not Recommend ☐
Comments: _____

Signature: _____   Date: _____

Bureau Chief:   Approved ☐   Disapproved ☐
Comments: _____

Signature: _____   Date: _____

Form#: ICC-1

D00342

TO: Hopkins, Shane    SBI# 283918

FROM: Kramer   , Counselor

DATE: 5/29/02

RE: QUALITY OF LIFE LEVEL REVIEW

This is to inform you that the Quality of Life Review Committee has reviewed your Quality of Life Level placement. The Committee has determined your level:

____Shall remain at Level____

____Shall be downgraded based on the following reason(s):

    ____Failure to follow treatment plan

    ____Institutional behavior

    ____Criminal History

    ____Other/_____

__✓__Shall be upgraded to Level _4_ based on completion of your current treatment plan and your positive behavior.

Your new treatment plan is listed below. You are required to successfully complete this plan before any review for upgrade by the Quality of Life Committee.

### TREATMENT PLAN

Anger Management
Values
Stress
Encl. for education

Three part form:
Original: Records
Pink: File
Yellow: Inmate

Inmate signature Shane Hopkins
Date_____

D00343

Appendix E

# DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate _Hopkins Shane_, SBI# _253918_, Housing Unit _SHU_
VIA: Counselor _Arnold_
FROM: I.B.C.C.
DATE: _4-4-02_
RE: Classification Results

Your M.D.T. has recommended you for the following: _Continue MAX/SHU_

_____

The I.B.C.C.'s decision is to:

_✓_ Approve _____

____ Not Approve _____

____ Defer _____

____ Recommend _____

____ Not Recommend _____

**BECAUSE:**

____ Lack of program participation      ____ Time remaining on sentence
____ Pending disciplinary action         ____ Prior failure under supervision
____ Gradual phasing indicated           ____ Poor institutional adjustment
____ Open charges                        ____ Serious nature of offense
____ Prior criminal history
____ Failure to follow your treatment plan in that you _____

____ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: _Rev 4/03_

**ADDITIONAL COMMENTS:**

____ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
         Inmate
         Institution File

Form #456 (3 Part NCR)
Revised 11/97

D00344