Form# 135　　　　　　　　　　　　　　　　　　　　　　　　Appendix C3
IOP Form 004　　　　　　　　　　　　　　　　　　　　　　　　Page 3

## JUSTIFICATION FOR REQUEST/CHANGE OR RECOMMENDATION

INMATE NAME: Shane Hopkins   SBI#: 253918

Mr. Hopkins wants to apply for interstate compact. He has been a discipline problem in the past. He had acquired many write-ups in SHU. In the past 6 months he has only received one 24. However, the MDT feels that a longer period of time is necessary with no more write-ups. He should try to get to medium compound before reapplying also. The MDT does not recommend interstate compact at this time. Vote 2-0

Recommended review date: 7/03

D00345

Appendix C2
Page 2

BOP FORM 004

**III. Institution Disciplinary History** (summarize last 6 months – include dates, offenses, dispositions)

11/1/01 - FTO, D/T Beh, CHSFH, Dest/Dam over $10 - 10d CTQ,   11/1/01 - FTO, D/T Beh - 7d CTQ
11/1/01 - D/T Beh, Restraint, Dest/Dam over $10, FTO - 15 CTQ   11/14/01 - FTO - 9d LOAP
11/25/01 - FTO - 11d LOAP   12/5/01 - FTO, CHSFH - 10d LOAP,   12/9/01 - FTO, CHSFH - 13d LO
2/16/02 - FTO - PNDC - pending 5d LOAP

**IV. Current Program Participation/Work Assignment** (Justification for Request/Change or Recommendation must be recorded on page 3.)

SHU program - ABL LV3

**V. Program Request/Change or Recommendation**

MDT Recommendation:
Housing/Security Level: Continue Maximum Security Complex
Employment _____   On/Off Grounds _____
Education _____   Treatment Program _____
Work Release _____   Supervised Custody _____
Halfway House Worker _____   Highway Work Project _____
Other Recommendation: _____
Furlough _____   To Visit: Name _____   Relationship _____
Address _____
Purpose of Visit _____
Has inmate had prior participation in any program recommended?   Yes _____   No _____
Number of prior approvals for any program recommended _____
Is exception to standards requested?   Yes _____   No _____
(If yes, give reason for exception) _____

**VI. Victim Notification Information**

Offender's Release Address (if required) _____
Name of Victim(s) _____
Last Known Address of Victim _____

_____ 4/1/02        _____ 4/2/02
Signature of Counselor     Date         Signature of Counselor Supervisor    Date

**MDT Review**
MTD:   Recommended ✓   Not Recommended _____   Vote 2-0
_____   4-2-02
Signature of MDT Chairperson   Date

**IBCC Review**
IBCC:   Approved ✓   Disapproved _____   Recommended _____   Not Recommended _____   Vote 3-0
_____   4-4-02
Signature of IBCC Chairperson   Date
Comments _____

**CICB Review**
CICB:   Approved _____   Disapproved _____   Recommended _____   Not Recommended _____   Vote _____
_____   _____
Signature of CICB Chairperson   Date
Comments _____

**IRCB Review**
IRCB:   Approved _____   Disapproved _____   Vote _____
_____   _____
Signature of IRCB Chairperson   Date
Comments _____

**Distribution After Final Committee Review**
Copy to:   Classification
   Institution File (original)
   Special Programs Office (as required)

BOP-004 / Page 2 of 2
Revised 1/98   Form# 135

D00346

Form# 135  
BOP Form 004

Appendix C3  
Page 3

## JUSTIFICATION FOR REQUEST/CHANGE OR RECOMMENDATION

INMATE NAME  Hopkins, Shane    SBI# 253918

Shane Hopkins is a 28 y/o offender serving a 16 yr. Level 5 sentence for 8 counts of Burglary 2nd. Mr. Hopkins has had some significant behavioral issues as evidenced by his recent disciplinary history. To his credit Mr. Hopkins has not had a write-up since February. He has stated that he is ready to "quit the dumb stuff." Mr. Hopkins was encouraged to continue with his programming in the STU and to continue with the appropriate behaviors.

MDT Recommends: Continue Maximum Security Complex - STU program   vote 2-0

Recommended review date: 4/03

D00347

TO: Shane Hopkins                          SBI# 253918
FROM: Counselor McFadden                   DATE: 3/26/02

RE: QUALITY OF LIFE LEVEL REVIEW

This is to inform you that the Quality of Life Review Committee has reviewed your Quality of Life Level placement. The Committee has determined your level:

___ Shall remain at Level ___

___ Shall be downgraded to level ___ for the following reason(s):

    ___ Failure to follow treatment plan
    ___ Institutional behavior
    ___ Criminal history
    ___ Other _____

✓ Shall be upgraded to Level 3 based on completion of your current treatment plan and your positive behavior.

[Stamp: D.O.C. RECORDS RECEIVED 2002 APR 3 PM 1 28]

Your new treatment plan is listed below. You are required to successfully complete this plan before any review for upgrade by the Quality of Life Committee.

### TREATMENT PLAN

Accept responsibility; develop and display a positive attitude; exhibit positive behavior; comply with rules, orders and directives; develop and maintain cell and personal cleanliness; develop and maintain respect for self, others, and property; participate actively in individualized treatment plan which includes showing these behaviors AND completing the following programs: (Complete all that are checked)  ⓟ must remain write-up free

___ Anger Management           ___ Violence Reduction
___ Decision-Making            ___ Sex Offender Treatment
___ Values Training            ✓ Journaling Assignments (5, 6, 7) & Indiv Assi
___ Conflict Resolution        ___ Mental Health
✓ Communication Skills        ___ Substance Abuse Education
          ___ Education (Evaluate)

Inmate acknowledges receipt of the above information

Signed: Shane Hopkin                       Date: 3/27/02

Cc:  Records/File
     Deputy Warden
     Counselor
Revised 7/01

Appendix C1

# BUREAU OF PRISONS RECLASSIFICATION FORM #004

**I. Vital Indicators/Sentencing Information**

Inmate Name **Hopkins, Shane** AKA **none** SBI No **253918** Date of Birth **10/5/73**
Facility **DCC** Security/Custody Level **Max** Housing Area **SHU**
Current Offense(s) **Burglary 2nd - 8cts**

Level V Sentence: Year(s): **16** Month: **X** Day(s): **X** Truth in Sentence? Yes **✓** No ____
Sentence Effective Date **3/7/95** STRD: **7/29/09** PE Date: **N/A** Parole Rehearing Date **N/A**
Mandatory Sentence: Year(s) **X** Month(s) **X** Day(s) **X** Level IV Sentence? Yes **✓** No ____ Length **1yr HW**
Detainer(s)? Yes **✓** No ____ Agency **NJ / PA** Open Charge(s)? Yes ____ No **✓** 4204K? Yes ____ No **✓** End Date of 4204K ____
4205L? Yes ____ No **✓** 4214B/Habitual Offender? Yes ____ No **✓**

**II. Prior Criminal History**

Escape History (List date, charge for which convicted, and location from which escape occurred):
**12/90 - North Hampton Co PA**

Sex Offenses (List date, charges, and ages of victim(s) for all sex offenses): **none**

DNA sample obtained? Yes ____ **unknown** No ____ (If no, contact Institutional Investigator)

List the most serious offenses in the past 10 years (not previously listed in Escape History or Sex Offenses).
**Current offenses**

**DUI Information** (Complete if inmate is serving a sentence for DUI)
Has information been verified via Motor Vehicle Records? Yes ____ No ____ No. of DUI's ____
Date(s) of offense(s): 1st ____ 2nd ____ 3rd ____ 4th ____

BOP-004 / Page 1 of 2
Justification for Request
Form# 135

D00349

TO: __Hopkins, Shane__                     SBI# __253918__

FROM: Counselor __Kramer__                 DATE: __1/23/02__

RE:  QUALITY OF LIFE LEVEL REVIEW

This is to inform you that the Quality of Life Review Committee has reviewed your Quality of Life Level placement. The Committee has determined your level:

    ✓ Shall remain at Level __2__

    ___ Shall be downgraded to level ___ for the following reason(s):

        ___ Failure to follow treatment plan

        ✓ Institutional behavior .

        ___ Criminal history

        ✓ Other __Write-ups__

    ___ Shall be upgraded to Level ___ based on completion of your current treatment plan and your positive behavior.

Your new treatment plan is listed below. You are required to successfully complete this plan before any review for upgrade by the Quality of Life Committee.

### TREATMENT PLAN

Accept responsibility; develop and display a positive attitude; exhibit positive behavior; comply with rules, orders and directives; develop and maintain cell and personal cleanliness; develop and maintain respect for self, others, and property; participate actively in individualized treatment plan which includes showing these behaviors AND completing the following programs: (Complete all that are checked)

___ Anger Management      ___ Violence Reduction
___ Decision-Making      ___ Sex Offender Treatment
___ Values Training      ___ Journaling Assignments
___ Conflict Resolution      ___ Mental Health
___ Communication Skills      ___ Substance Abuse Education
         ___ Education (Evaluate)

Inmate acknowledges receipt of the above information

Signed: __Shane Hopkins__                     Date: __01/30/02__

Cc:  Records/File
     Deputy Warden
     Counselor
Revised 7/01

TO: **Hopkins, Shane**   SBI# **253918**

FROM: Counselor **Kramer**   DATE: **12/7/01**

RE: QUALITY OF LIFE LEVEL REVIEW

This is to inform you that the Quality of Life Review Committee has reviewed your Quality of Life Level placement. The Committee has determined your level:

_____ Shall remain at Level ____

_____ Shall be downgraded to level _____ for the following reason(s):

_____ Failure to follow treatment plan

_____ Institutional behavior

_____ Criminal history

_____ Other _____

✓ Shall be upgraded to Level **2** based on completion of your current treatment plan and your positive behavior.

Your new treatment plan is listed below. You are required to successfully complete this plan before any review for upgrade by the Quality of Life Committee.

### TREATMENT PLAN

Accept responsibility; develop and display a positive attitude; exhibit positive behavior; comply with rules, orders and directives; develop and maintain cell and personal cleanliness; develop and maintain respect for self, others, and property; participate actively in individualized treatment plan which includes showing these behaviors AND completing the following programs: (Complete all that are checked)

___ Anger Management            ✓ Violence Reduction
___ Decision-Making             ___ Sex Offender Treatment
___ Values Training             ✓ Journaling Assignments 3-4
___ Conflict Resolution         ✓ Mental Health
___ Communication Skills        ✓ Substance Abuse Education
              ___ Education (Evaluate)

Inmate acknowledges receipt of the above information

Signed: **Shawn Hopkins**   Date: **12/7/01**

Cc: Records/File
    Deputy Warden
    Counselor

Revised 7/01

D00351

18-c

TO: __HOPKINS, SHANE__   SBI# __00253918__
FROM: Counselor __J. STEPHENSON__   DATE: __8-8-01__

RE: QUALITY OF LIFE LEVEL REVIEW

This is to inform you that the Quality of Life Review Committee has reviewed your Quality of Life Level placement. The Committee has determined your level:

____ Shall remain at Level ____

__X__ Shall be downgraded to level __ONE__ for the following reason(s):

    ____ Failure to follow treatment plan

    ____ Institutional behavior

    ____ Criminal history

    ____ Other _____

____ Shall be upgraded to Level ____ based on completion of your current treatment plan and your positive behavior.

Your new treatment plan is listed below. You are required to successfully complete this plan before any review for upgrade by the Quality of Life Committee.

### TREATMENT PLAN

Accept responsibility; develop and display a positive attitude; exhibit positive behavior; comply with rules, orders and directives; develop and maintain cell and personal cleanliness; develop and maintain respect for self, others, and property; participate actively in individualized treatment plan which includes showing these behaviors AND completing the following programs: (Complete all that are checked)

__X__ Anger Management        ____ Violence Reduction
__X__ Decision-Making          ____ Sex Offender Treatment
__X__ Values Training          ____ Journaling Assignments
____ Conflict Resolution       ____ Mental Health
____ Communication Skills      ____ Substance Abuse Education
                ____ Education (Evaluate)

Inmate acknowledges receipt of the above information

Signed: __Shane Hopkins__   Date: __8/9/01__

Cc:  Records/File
     Deputy Warden
     Counselor
Revised 7/01

RECEIVED 2001 AUG 24 PM 2 37 D.C. RECORDS

D00352

TO: Hopkins, Shane               SBI# 253918

FROM: Counselor Kramer           DATE: 7/1/01

17 AUG

RE: QUALITY OF LIFE LEVEL REVIEW

This is to inform you that the Quality of Life Review Committee has reviewed your Quality of Life Level placement. The Committee has determined your level:

____Shall remain at Level____

____Shall be downgraded based on the following reason(s):

    ____Failure to follow treatment plan

    ____Institutional behavior

    ____Criminal history

    ____Other_____

_✓_Shall be upgraded to Level __3__ based on completion of your current treatment plan and your positive behavior.

*D.C.C. RECORDS RECEIVED 2001 JUL 17 AM 10 44*

Your new treatment plan is listed below. You are required to successfully complete this plan before any review for upgrade by the Quality of Life Committee.

### TREATMENT PLAN

Accept responsibility; develop and display a positive attitude; exhibit positive behavior; comply with rules, orders and directives; develop and maintain cell and personal cleanliness; develop and maintain respect for self, others, and property; participate actively in individualized treatment plan which includes showing these behaviors AND completing the following programs: (Complete all that are checked)

✓ Education (Evaluate)            ____ Conflict Resolution
____ Anger Management            ____ Mental Health
____ Decision-Making             ____ Sex Offender Treatment
✓ Values Training                ____ Character Quality Training
✓ Communication Skills           ____ Relapse Prevention
____ Violence Reduction          ✓ Substance Abuse Education
✓ Journaling

Inmate acknowledges receipt of the above information

Signed: Shane Hopkins                           Date: 7/11/01

Cc:   Records/File
      Deputy Warden
      Counselor

D00353



**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**TREATMENT OFFICE**
**DELAWARE CORRECTIONAL CENTER**

TO: **Shane Hopkins**   DATE: **March 8, 2001**
SBI: **00253918**

FROM: D.C.C./I.B.C.C.

RE: **CLASSIFICATION**

On **3/8/01** the Institutional Based Classification Committee (I.B.C.C) classified you to the following:

**X** SHU        ___ MHU

The reason(s) for this classification: **Continuing pattern of disruptive behavior**

You have the right to appeal this decision. If you intend to appeal you should state your reasons for an appeal in writing to the Chairman of I.B.C.C. The I.B.C.C. will review the case and forward its recommendation to the Warden or his designee, who will act on the appeal and forward his decision to you.

*An appeal of M.S.U. classification must be received by I.B.C.C. within thirty (30) days of the I.B.C.C. decision to classify you to SHU or MHU.*

I.B.C.C. Chairperson

cc:  Deputy Warden McGuigan.
     Transfer Office
     Counselor
     File

D00354