Appendix E

# DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate Shane Hopkins, SBI# 253918, Housing Unit SHU
VIA: Counselor _Jurh_
FROM: I.B.C.C.
DATE: 3/8/01
RE: Classification Results

Your M.D.T. has recommended you for the following: _Resind Max/SHU/PC - And Med/HC - Deny_

The I.B.C.C.'s decision is to:

__X__ Approve _SHU_
_____ Not Approve
_____ Defer
_____ Recommend
_____ Not Recommend

BECAUSE:

_____ Lack of program participation             _____ Time remaining on sentence
_____ Pending disciplinary action               _____ Prior failure under supervision
_____ Gradual phasing indicated                 _____ Poor institutional adjustment
_____ Open charges                              _____ Serious nature of offense
_____ Prior criminal history
_____ Failure to follow your treatment plan in that you _____

_____ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: _R/02 Continued pattern of disruptive behavior_

ADDITIONAL COMMENTS:

_____ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
        Inmate                                  Form #456 (3 Part NCR)
        Institution File                        Revised 11/97

D00355

Recieved on 3-2-01
From Sonja Lewis

TO: Lt. Porter
from: Shane Hopkins #253918
Location: BLDG #18 B-L-#1

Sir,

I've been trying to sign off of protective custody since november.

I was recently classified off two months ago by my councilor Jack Stephens. But I still havnt been moved.

I'm in ho danger in population and the person I did have a problem with went

D00356

## BUREAU OF PRISONS RECLASSIFICATION FORM #004

**I. Vital Indicators/Sentencing Information**

Inmate Name **HOPKINS, SHANE** AKA **NONE** SBI No **253918** Date of Birth _____
Facility **D.C.C.** Security/Custody Level **MAX/SHU/PC** Housing Area **SHU**
Current Offense(s) **BURG. II (8cts)**

Level V Sentence: Year(s): **16** Month: __ Day(s): __ Truth in Sentence? Yes **X** No __
Sentence Effective Date **3-7-95** STRD **7-29-09** PE Date: **NONE** Parole Rehearing Date **NONE**
Mandatory Sentence: Year(s) **NONE** Month(s) **NONE** Day(s) **NONE** Level IV Sentence? Yes **X** Length **1YR4M**  No __

Detainer(s)? Yes **X** Agency **P.A.** Open Charge(s)? Yes __ 4204K? Yes __ End Date of 4204K __
No __                                        No **X**        No **X**

4205L? Yes __   4214B/Habitual Offender? Yes __
No **X**                                  No **X**

**II. Prior Criminal History**

Escape History (List date, charge for which convicted, and location from which escape occurred):
**12/20/91 - ESCAPE - NORTHHAMPTON CN; P.A.**

Sex Offenses (List date, charges, and ages of victim(s) for all sex offenses): 
**NONE INDICATED**

DNA sample obtained? Yes __ No **X** (If no, contact Institutional Investigator)

List the most serious offenses in the past 10 years (not previously listed in Escape History or Sex Offenses).
**Eff. 3-7-95**

DUI Information (Complete if inmate is serving a sentence for DUI)
Has information been verified via Motor Vehicle Records? Yes __ No **X** No. of DUI's __
Date(s) of offense(s): 1st ____ 2nd ____ 3rd ____ 4th ____

BOP-004 / Page 1 of 2
Justification for Request
Form# 135

D00357

Appendix C2
Page 2

BOP FORM 004

**III. Institution Disciplinary History** (summarize last 6 months – include dates, offenses, dispositions)
11-4-00 - F.T.O AD. - 24HR hOAP
11-8-00 - CREED, FTRA - 24HR hOAP
12-31-00 - DIST. of PROP OVER 10.ºº, ABUSE OF PRIV., FTOAD, POSS. N/D-CONT - PENDING

**IV. Current Program Participation/Work Assignment** (Justification for Request/Change or Recommendation must be recorded on page 3.)
NONE

**V. Program Request/Change or Recommendation**
MDT Recommendation:
Housing/Security Level  RESCIND - MAX - SHU - P/C, RECOMMEND - MED/HIGH - Q.hh - #7
Employment _____  On/Off Grounds _____
Education _____  Treatment Program _____
Work Release _____  Supervised Custody _____
Halfway House Worker _____  Highway Work Project _____
Other Recommendation: _____
Furlough _____ To Visit: Name _____ Relationship _____
Address _____ N/A
Purpose of Visit _____
Has inmate had prior participation in any program recommended? Yes ____ No ____
Number of prior approvals for any program recommended  N/A
Is exception to standards requested? Yes ____ No  N/A
(If yes, give reason for exception) _____

**VI. Victim Notification Information**
Offender's Release Address (if required)  N/A
Name of Victim(s) _____
Last Known Address of Victim _____

_J. Stephenson_                                    _R W Burdt_         3/2/01
Signature of Counselor         Date         Signature of Counselor Supervisor    Date

**MDT Review**
MTD: Recommended  X     Not Recommended _____  Vote _____
_L Stevens_
Signature of MDT Chairperson                              Date

**IBCC Review**
IBCC: Approved ___ Disapproved  X  Med/HI Recommended ___ Not Recommended ___ Vote 3-0
_C A M_                                                   3/8/01
Signature of IBCC Chairperson                              Date
Comments  SHU Apvd

**CICB Review**
CICB: Approved ___ Disapproved ___ Recommended ___ Not Recommended ___ Vote ___
Signature of CICB Chairperson                              Date
Comments _____

**IRCB Review**
IRCB: Approved ___ Disapproved ___  Vote ___
Signature of IRCB Chairperson                              Date
Comments _____

**Distribution After Final Committee Review**
Copy to: Classification
         Institution File (original)
         Special Programs Office (as required)

BOP-004 / Page 2 of 2
Revised 1/98          Form# 135

D00358

Form# 135                                                                                  Appendix C3
BOP Form 004                                                                                 Page 3

# JUSTIFICATION FOR REQUEST/CHANGE OR RECOMMENDATION

INMATE NAME: Hopkins, Shane          SBI# 00253908

I/M Hopkins has requested to come off of P/C (see attached letter). The M.D.T. concurs and recommends substance abuse treatment as part of his treatment plan.

He has not been a management problem while in P/C. Vote 2-0

Recommended review date: 1/02

D00359

Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate *Shawn Hopkins*, SBI# 253918, Housing Unit U
VIA: Counselor *Jayme*
FROM: I.B.C.C.
DATE: 9/14/00
RE: Classification Results

Your M.D.T. has recommended you for the following: _____
*Max/PC*
_____

The I.B.C.C.'s decision is to:

__✓__ Approve _____

_____ Not Approve _____

_____ Defer _____

_____ Recommend _____

_____ Not Recommend _____

**BECAUSE:**

_____ Lack of program participation        _____ Time remaining on sentence
_____ Pending disciplinary action          _____ Prior failure under supervision
_____ Gradual phasing indicated            _____ Poor institutional adjustment
_____ Open charges                         _____ Serious nature of offense
_____ Prior criminal history
_____ Failure to follow your treatment plan in that you _____
_____

_____ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: *Rev 11/00* _____

**ADDITIONAL COMMENTS:**

_____ Develop/continue treatment plan with counselor

You will be expected to address the following: _____
_____

Copy to: Classification
Inmate
Institution File

Form #456 (3 Part NCR)
Revised 11/97

D00360

## BUREAU OF PRISONS RECLASSIFICATION FORM #004

### I. Vital Indicators/Sentencing Information

Inmate Name _Hopkins Shane_ AKA _____ SBI No _253918_ Date of Birth _10/5/73_ mo/da/yr

Facility _D.C.C._ Security/Custody Level _Med. HC_ Housing Area _D/W_

Current Offense(s) _Burg. 2nd (8cts)_

Level V Sentence: Year(s): _16_ Month: __ Day(s): __ Truth in Sentence? Yes _✓_ No __

Sentence Effective Date _3·7·95_ STRD: _7·29·00_ PE Date: _T/S_ Parole Rehearing Date __

Mandatory Sentence: Year(s) __ Month(s) __ Day(s) __ Level IV Sentence? Yes _✓_ Length _1yr HH_
No __

Detainer(s)? Yes _✓_ Agency _P.A. N.J._ Open Charge(s)? Yes __ 4204K? Yes __ End Date of 4204K __
No __                                             No _✓_           No _✓_

4205L?   Yes __     4214B/Habitual Offender? Yes __
         No _✓_                              No _✓_

### II. Prior Criminal History

Escape History (List date, charge for which convicted, and location from which escape occurred):
_12·20·90 · Escape North Hampton Co. Pa. committed to DDC at Weaverville_

Sex Offenses (List date, charges, and ages of victim(s) for all sex offenses):
_None indicated_

DNA sample obtained? Yes __ No _✓_ (If no, contact Institutional Investigator)

List the most serious offenses in the past 10 years (not previously listed in Escape History or Sex Offenses).
_Eff. 3·7·95  Burg. 2nd (8cts.)_

_None Extensive History of burglaries_

DUI Information (Complete if inmate is serving a sentence for DUI)

Has information been verified via Motor Vehicle Records? Yes __   No. of DUI's __
                                                        No _✓_

Date(s) of offense(s): 1st __  2nd __  3rd __  4th __

BOP-004 / Page 1 of 2
Justification for Request
Form# 135

D00361

Form# 135 BOP Form 004

Appendix C3
Page 3

# JUSTIFICATION FOR REQUEST/CHANGE OR RECOMMENDATION

INMATE NAME **Hopkins, Shane**    SBI# **253918**

I/M Shane Hopkins is recommended for continue Med. HC / Protective Custody MSU housing. The MDT vote is 2-0 in favor.

Reason

Need for current housing on protective custody/MSU.

"Please see the attached paper work concerning his placement on Protective Custody & appears to have put himself in this current situation."

MDT feels comfortable with the recommendation to Protective Custody.

Note — JDCC 7·13·00

App. C/BC

Not App. cont. Med. HC - 90 da. review F/inst. behavior

Recommended review date: 11/00

Appendix E

# DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate _Sherl Hopkins_, SBI# _253918_, Housing Unit _D/W_
VIA: Counselor _Mell_
FROM: I.B.C.C.
DATE: _7/13/00_
RE: Classification Results

Your M.D.T. has recommended you for the following:
_Continue Med/HC - 90 day review for Institutional behavior_

The I.B.C.C.'s decision is to:

✓ Approve _C/BE_
✓ Not Approve _Med H/C D Bldg_
___ Defer
___ Recommend
___ Not Recommend

BECAUSE:

___ Lack of program participation
✓ Pending disciplinary action
___ Gradual phasing indicated
___ Open charges
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ Time remaining on sentence
___ Prior failure under supervision
✓ Poor institutional adjustment
___ Serious nature of offense

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _continued behavior problem_
_No more write ups_

OTHER: _Re 9/00_

ADDITIONAL COMMENTS:

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

Form #456 (3 Part NCR)
Revised 11/97

D00363

Appendix C1

# BUREAU OF PRISONS RECLASSIFICATION FORM #004

## I. Vital Indicators/Sentencing Information

Inmate Name **Hopkins, Shane** AKA _____ SBI No **253918** Date of Birth **10 5 7_**
   mo / da / yr

Facility **D.C.C.** Security/Custody Level **Med/MC** Housing Area **D/W**

Current Offense(s) **Burg. 2nd (8 cts)**

Level V Sentence: Year(s): **16** Month: ___ Day(s): ___ Truth in Sentence? Yes **✓** No ___

Sentence Effective Date **3-7-95** STRD: **7-29-09** PE Date: **TIS** Parole Rehearing Date ___

Mandatory Sentence: Year(s) ___ Month(s) ___ Day(s) ___ Level IV Sentence? Yes **✓** Length **12 mos.**
                                                                                      No ___   Halfway Hse.

Detainer(s)? Yes **✓** Agency **PA, NJ** Open Charge(s)? Yes ___ 4204K? Yes ___ End Date of 4204K ___
             No ___                                      No **✓**      No **✓**

4205L?   Yes ___        4214B/Habitual Offender? Yes ___
         No **✓**                                No **✓**

## II. Prior Criminal History

Escape History (List date, charge for which convicted, and location from which escape occurred):
**12-20-90 · Escape North Hampton Co. Pa committed to DDC at Weaverville**

Sex Offenses (List date, charges, and ages of victim(s) for all sex offenses): **None indicated**

DNA sample obtained? Yes ___ No **✓** (If no, contact Institutional Investigator)

List the most serious offenses in the past 10 years (not previously listed in Escape History or Sex Offenses).
**EFF 3-7-95 Burg. 2nd (8 cts)**

**None   Extensive History of burglaries**

DUI Information (Complete if inmate is serving a sentence for DUI)

Has information been verified via Motor Vehicle Records? Yes ___ No. of DUI's ___
                                                         No **✓**

Date(s) of offense(s):  1st ___  2nd ___  3rd ___  4th ___

BOP-004 / Page 1 of 2
Justification for Request
Form# 135

D00364