BOP FORM 004

Appendix C2
Page 2

III. **Institution Disciplinary History** (summarize last 6 months – include dates, offenses, dispositions)

6-20-00   0-2026 · FTO, off limits
6-13-00   00-1943 · Dis/Threat FTO off limits
5-14-00   00-1632 · FTO
2-26-00 · PPC, FTO, PNPC · 9 das. conf.

IV. **Current Program Participation/Work Assignment** (Justification for Request/Change or Recommendation must be recorded on page 3.)

see Above

N/A

V. **Program Request/Change or Recommendation**
MDT Recommendation:
Housing/Security Level __cont. Med. HC / 90 da. review Inst. Behavior__
Employment _____  On/Off Grounds _____
Education _____  Treatment Program _____
Work Release ____N.A._____  Supervised Custody _____
Halfway House Worker _____  Highway Work Project _____
Other Recommendation:
Furlough _____ To Visit: Name _____ Relationship _____
Address _____
Purpose of Visit _____
Has inmate had prior participation in any program recommended?  Yes ____  No ✓
Number of prior approvals for any program recommended _____
Is exception to standards requested?  Yes ____  No ✓
(If yes, give reason for exception) _____

VI. **Victim Notification Information**
Offender's Release Address (if required) __N.A.__
Name of Victim(s) __N.A.__
Last Known Address of Victim _____

_Michael J. Mathews_  30 June 00        [signature]  07-06-00
Signature of Counselor    Date    Signature of Counselor Supervisor    Date

**MDT Review**
MTD:  Recommended ✓    Not Recommended ____    Vote 2-0
[signature]                    6-30-00
Signature of MDT Chairperson        Date

**IBCC Review**                c/BE    Med/H.C
IBCC:  Approved ✓  Disapproved ✓  Recommended ____  Not Recommended ____  Vote 3-0
_Bob Bennett_                  7/3/00
Signature of IBCC Chairperson        Date
Comments

**CICB Review**
CICB:  Approved ____  Disapproved ____  Recommended ____  Not Recommended ____  Vote ____

Signature of CICB Chairperson        Date
Comments

**IRCB Review**
IRCB:  Approved ____  Disapproved ____  Vote ____

Signature of IRCB Chairperson        Date
Comments

**Distribution After Final Committee Review**
Copy to: Classification
Institution File (original)
Special Programs Office (as required)

BOP-004 / Page 2 of 2
Revised 1/98     Form# 135

D00365

Form# 135  
BOP Form 004

Appendix C3  
Page 3

# JUSTIFICATION FOR REQUEST/CHANGE OR RECOMMENDATION

INMATE NAME  Hopkins, Shane      SBI# 253918

I/M Shane Hopkins is recommended for continue Med. HC. The MDT vote is 2-0 in Favor.

Reasons

Need for Medium High Treatment Programs. Institutional behavior regarding write-ups are a concern. His behavior has been a cause for this classification review hearing.

The team has expressed an interest to concentrate on 9 o'clos. probation regarding his current behavior. This current decision has been agreed upon with regard to the recommendation.

Recommended review date: 9/07

X Shane Hopkins

D00366

**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**

**INCIDENT REPORT**

PRINT or TYPE

REPORT #: IR 06-2621   DATE: Jun 13 2000   PAGE 1 OF 16

1. FACILITY/SECTION: DCC / 4×12
2. LOCATION: DCC D-west
3. OCCURRED: Mo/Day/Yr: Jun 13 2000   Time: Approx 1840h

4. TYPE OF INCIDENT: 200.102 (off limits)
200.108 (failing to obey an order)
200.203 (Threatening and disorderly behavior)

5. PERSONS INVOLVED: S-1, S-2 Subject; V-1, V-2 Victim; W-1, W-2 Witness

| CODE | NAME, TITLE or STATUS | UNIT ASSIGNMENT |
|---|---|---|
| RP | Wayne Smith C/O | DCC/4×12/D-west |
| S-1 | Hopkins, Shane  I/m# 253918 | DCC/D-west/C-13 |

RECEIVED JUN 14 2000 SECURITY SUPERINTENDENT

6. INJURIES? YES ( ) NO (X)   NATURE: N/A
7. HOSPITALIZED? YES ( ) NO (X)   WHERE? N/A
8. EVIDENCE YES ( ) NO (X) TYPE: N/A   DISCOVERED BY: N/A   SECURED BY: N/A
9. FORCE USED YES ( ) NO (X) PHYSICAL ( ) CHEMICAL ( ) STUN DEVICE ( ) OTHER ( )
10. RESTRAINTS USED YES ( ) NO (X) TYPE: N/A
11. IMMEDIATE ACTION:

12. DESCRIPTION OF INCIDENT:
On the above date and approximate time in question RP opened cell #13 on B-Tier to let S-1's cellmate out to go to yard. S-1 was supposed to be serving a sanction. S-1 then stepped out of his cell. RP ordered S-1 to go back inside his cell. S-1 responded "Fuck no!". RP ordered S-1 to lock in. S-1 responded by walking back into his cell and stated "You fuckin' come lock it yourself." RP then informed S-1 of this write up. S-1 responded "You can take that write up and shove it up your ass mother fucker." RP then received back up at the tier door and then RP locked S-1's cell door.

(FOR CONTINUATION USE FORM 404-B)

14. NOTIFIED/REFERRED TO: MAB
15. FOLLOW-UP: YES ( ) NO ( )   COMMENTS: H/O

REPORTING PERSON'S NAME & TITLE: Wayne Smith C/O
16. REVIEWER'S NAME & TITLE: Capt Bam

REPORTING PERSON'S SIGNATURE:
17. REVIEWER'S SIGNATURE:

D00367

FORM #: 404-A   WHITE - SHIFT COMMANDER   YELLOW - INTERNAL AFFAIRS   PINK- REPORT WRITER
REVISED 5/92

*Mike* — *Lt. Dixon Please review Thank you Maj H__*

Appendix E

# DELAWARE CORRECTIONAL CENTER —— MEMORANDUM

TO: Inmate Skarl Hopkins SBI# 253918, Housing Unit E
VIA: Counselor _JH_
FROM: I.B.C.C.
DATE: 8/24/00
RE: Classification Results

Your M.D.T. has recommended you for the following:
Med/HC- C or D Bldg

The I.B.C.C.'s decision is to:
X  Approve  Med/HC- C Bldg
___ Not Approve
___ Defer
___ Recommend
___ Not Recommend

BECAUSE:

___ Lack of program participation           ___ Time remaining on sentence
___ Pending disciplinary action             ___ Prior failure under supervision
___ Gradual phasing indicated               ___ Poor institutional adjustment
___ Open charges                            ___ Serious nature of offense
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: Rev 8/00
Any more write-ups, you will be reviewed for light custody.

ADDITIONAL COMMENTS:

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
         Inmate                                Form #456 (3 Part NCR)
         Institution File                     Revised 11/97

D00368

Form# 135  
BOP Form 004

Appendix C3  
Page 3

## JUSTIFICATION FOR REQUEST/CHANGE OR RECOMMENDATION

INMATE NAME  Hopkins, Shane    SBI# 253918

poss dang contra F TOO (99-0102) PENDING; 1-6-99 poss dang contra, dest prop <10 FTOO, poss remaing contra (99-0083) PENDING

This is a special classification for Shane Hopkins. Hopkins is not a sex offender and his disciplinary history is extensive. The MDT can find little reason to keep him in E bldg. We are recommending medium/high C or D though his disciplinary history may warrant an even more restrictive housing unit.

Recommended review date: 7/00

X Shane Hopkins

D00369

Appendix C2
Page 2

BOP FORM 004

**III.** **Institution Disciplinary History** (summarize last 6 months – include dates, offenses, dispositions)

5-20-99 des/threat beh, FTOD 10 days confinement; 2-3-99 lying, abuse priv pass un-drug contra off limits (99-0465) PENDING; 1-29-99 FTOD, off limits (99-0398) PENDING; 1-7-99

**IV.** **Current Program Participation/Work Assignment** (Justification for Request/Change or Recommendation must be recorded on page 3.)

**V.** **Program Request/Change or Recommendation**
MDT Recommendation:
Housing/Security Level _____ Med/high C or D
Employment _____         On/Off Grounds _____
Education _____          Treatment Program _____
Work Release _____       Supervised Custody _____
Halfway House Worker _____  Highway Work Project _____
Other Recommendation: _____
Furlough _____ To Visit: Name _____ Relationship _____
Address _____
Purpose of Visit _____
Has inmate had prior participation in any program recommended? Yes _____ No _____
Number of prior approvals for any program recommended _____
Is exception to standards requested? Yes _____ No _____
(If yes, give reason for exception) _____

**VI.** **Victim Notification Information**
Offender's Release Address (if required) _____
Name of Victim(s) _____
Last Known Address of Victim _____

Jeff Wallitsch   7-27-99        Jeff Wallitsch  acting supervisor
Signature of Counselor   Date    Signature of Counselor Supervisor   Date

**MDT Review**
MTD: Recommended ✓   Not Recommended _____   Vote 2-0
_____                          7-27-99
Signature of MDT Chairperson                   Date

**IBCC Review**
IBCC: Approved ✓  Disapproved _____ Recommended _____ Not Recommended _____ Vote 2-0
_____                          8/24/99
Signature of IBCC Chairperson                  Date
Comments _____

**CICB Review**
CICB: Approved _____ Disapproved _____ Recommended _____ Not Recommended _____ Vote _____
_____                          _____
Signature of CICB Chairperson                  Date
Comments _____

**IRCB Review**
IRCB: Approved _____ Disapproved _____ Vote _____
_____                          _____
Signature of IRCB Chairperson                  Date
Comments _____

**Distribution After Final Committee Review**
Copy to: Classification
  Institution File (original)
  Special Programs Office (as required)

BOP-004 / Page 2 of 2
Revised 1/98    Form# 135

D00370

Appendix C1

## BUREAU OF PRISONS RECLASSIFICATION FORM #004

**I. Vital Indicators/Sentencing Information**

Inmate Name **Hopkins, Shane** AKA _____ SBI No **253918** Date of Birth **10-5-73** (mo/da/yr)
Facility **DCC** Security/Custody Level **Med/high** Housing Area **E**
Current Offense(s) **Burg 2nd (8 cts)**

Level V Sentence: Year(s): **16** Month: **0** Day(s): **0** Truth in Sentence? Yes **✓** No ___
Sentence Effective Date **3-7-95** STRD **7-30-09** PE Date: **none** Parole Rehearing Date **n/a**
Mandatory Sentence: Year(s) **0** Month(s) **0** Day(s) **0** Level IV Sentence? Yes **✓** Length **12 mos**
No ___

Detainer(s)? Yes **✓** Agency **Pa, NJ** Open Charge(s)? Yes ___ 4204K? Yes ___ End Date of 4204K ___
No ___                                                          No **✓**          No **✓**

4205L?   Yes ___      4214B/Habitual Offender? Yes ___
         No **✓**                                  No **✓**

**II. Prior Criminal History**

Escape History (List date, charge for which convicted, and location from which escape occurred):
**12-20-90 Escape Northhampton Co. Pa. comm. Hd to Y.D.C. at Weaverville**

Sex Offenses (List date, charges, and ages of victim(s) for all sex offenses): _____
**none indicated**

DNA sample obtained? Yes ___ No ___ (If no, contact Institutional Investigator)

List the most serious offenses in the past 10 years (not previously listed in Escape History or Sex Offenses).
**extensive history of burglaries**

DUI Information (Complete if inmate is serving a sentence for DUI)
Has information been verified via Motor Vehicle Records? Yes ___ No. of DUI's ___
                                                          No ___
Date(s) of offense(s): 1st ___ 2nd ___ 3rd ___ 4th ___

BOP-004 / Page 1 of 2
Justification for Request
Form# 135

D00371

**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**DELAWARE CORRECTIONAL CENTER**
**SMYRNA, DELAWARE 19977**
**TELEPHONE: (302) 653-9261**

TO: **SHANE HOPKINS**
 **U Bldg.  00253918**
FROM: **D.C.C./I.B.C.C.**
DATE: **09/03/98**
RE: **M.S.U. CLASSIFICATION**

On **09/03/98** the Institutional Based Classification Committee (I.B.C.C.) classified you to one of the following:

**X**   Maximum/High Custody      ___   Maximum/Close Custody

The reason(s) for this classification **SERIOUS NATURE OF INCIDENT ON 08-15-98 IN D BUILDING.**

You will be expected to address the following: **AUTHORITY ISSUES/ASSAULTY/AGGRESSIVE/NEGATIVE BEHAVIOR.**

You have the right to appeal this decision. If you intend to appeal you should state your reasons for an appeal in writing to the Chairman of I.B.C.C. The I.B.C.C. will review the case and forward its recommendation to the Warden or his designee, who will act on the appeal and forward his decision to you.

An appeal of M.S.U. classification must be received by I.B.C.C. within 30 days of the I.B.C.C. decision to classify you to M.S.U.

                                                            _____
                                                            I.B.C.C. Chairperson

cc: Manager M.S.U.
    M.S.U. Counselor
    Transfer Office
    Institutional File
    Treatment File

D00372

Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate _Shawl Hopkins_ SBI# _253918_, Housing Unit _C/39_
VIA: Counselor _Morley_
FROM: I.B.C.C.
DATE: _12/3/98_
RE: Classification Results

Your M.D.T. has recommended you for the following: _Rescind C/BE_
_Med/HC - prd_

The I.B.C.C.'s decision is to:
__X__ Approve _@ Bld prd_
_____ Not Approve
_____ Defer
_____ Recommend
_____ Not Recommend

BECAUSE:

_____ Lack of program participation          _____ Time remaining on sentence
_____ Pending disciplinary action            _____ Prior failure under supervision
_____ Gradual phasing indicated              _____ Poor institutional adjustment
_____ Open charges                           _____ Serious nature of offense
_____ Prior criminal history
_____ Failure to follow your treatment plan in that you _____

_____ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: _Rev 12/99_

ADDITIONAL COMMENTS:
_X_ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
         Inmate                                Form #456 (3 Part NCR)
         Institution File                     Revised 11/97

D00373

Appendix C1

## BUREAU OF PRISONS RECLASSIFICATION FORM #004

### I. Vital Indicators/Sentencing Information

Inmate Name: Hopkins, Shane    AKA: ——    SBI No: 253918    Date of Birth: 10/05/73

Facility: DCC    Security/Custody Level: Max - High    Housing Area: C-BE

Current Offense(s): Burg 2nd (8 cts)

Level V Sentence: Year(s): 16    Month: 0    Day(s): 0    Truth in Sentence? Yes X    No ___

Sentence Effective Date: 3/7/95    STRD: 7/31/2009    PE Date: ——    Parole Rehearing Date: ——

Mandatory Sentence: Year(s) —    Month(s) —    Day(s) —    Level IV Sentence? Yes X    Length 1yr.    No ___

Detainer(s)? Yes X    Agency: PA+ NJ    Open Charge(s)? Yes ___ No X    4204K? Yes ___ No X    End Date of 4204K ___
No ___

4205L? Yes ___ No X    4214B/Habitual Offender? Yes ___ No X

### II. Prior Criminal History

Escape History (List date, charge for which convicted, and location from which escape occurred):

*DOES NOT APPLY* (written diagonally across section)

Sex Offenses (List date, charges, and ages of victim(s) for all sex offenses): ___

DNA sample obtained? Yes ___ No ✓ (If no, contact Institutional Investigator)

List the most serious offenses in the past 10 years (not previously listed in Escape History or Sex Offenses).

DUI Information (Complete if inmate is serving a sentence for DUI)

Has information been verified via Motor Vehicle Records? Yes ___ No ___    No. of DUI's ___

Date(s) of offense(s): 1st ___    2nd ___    3rd ___    4th ___

BOP-004 / Page 1 of 2
Justification for Request
Form# 135

RECEIVED
NOV 23 REC'D
TREATMENT SERVICES

D00374