Appendix C2
Page 2

BOP FORM 004

since transfer to C-BE 8/15/98

III. **Institution Disciplinary History** (summarize last 6 months – include dates, offenses, dispositions)

NONE

IV. **Current Program Participation/Work Assignment** (Justification for Request/Change or Recommendation must be recorded on page 3.)

NONE

V. **Program Request/Change or Recommendation**
MDT Recommendation:
Housing/Security Level   Mod-High Rescind C-BE
Employment _____   On/Off Grounds _____
Education _____   Treatment Program _____
Work Release _____ N/A _____   Supervised Custody _____ N/A _____
Halfway House Worker _____ N/A _____   Highway Work Project _____ N/A _____
Other Recommendation: _____
Furlough _____ To Visit: Name _____ N/A _____ Relationship _____
Address _____ N/A _____
Purpose of Visit _____
Has inmate had prior participation in any program recommended?   Yes _____   No _____
Number of prior approvals for any program recommended _____
Is exception to standards requested?   Yes _____   No _____
(If yes, give reason for exception) _____

VI. **Victim Notification Information**
Offender's Release Address (if required) _____
Name of Victim(s) _____ N/A _____
Last Known Address of Victim _____

JP Maley   11/20/98                     [signature]   11-23-98
Signature of Counselor   Date          Signature of Counselor Supervisor   Date

**MDT Review**
MTD:   Recommended ✓   Not Recommended _____   Vote  2-0
[signature]                                      11-20-98
Signature of MDT Chairperson                     Date

**IBCC Review**
IBCC:   Approved _____ X Disapproved _____   Recommended _____   Not Recommended _____   Vote 3-0
[signature] C-Bldg/JM                            12/3/98
Signature of IBCC Chairperson                    Date
Comments _____

**CICB Review**
CICB:   Approved _____   Disapproved _____   Recommended _____   Not Recommended _____   Vote _____
_____                           _____
Signature of CICB Chairperson                    Date
Comments _____

**IRCB Review**
IRCB:   Approved _____   Disapproved _____   Vote _____
_____                           _____
Signature of IRCB Chairperson                    Date
Comments _____

**Distribution After Final Committee Review**
Copy to:   Classification
           Institution File (original)
           Special Programs Office (as required)

BOP-004 / Page 2 of 2
Revised 1/98     Form# 135

D00375

Form# 135  
BOP Form 004

Appendix C3  
Page 3

## JUSTIFICATION FOR REQUEST/CHANGE OR RECOMMENDATION

INMATE NAME: Hopkins, Shane    SBI# 00253918

Regular Review. Mr. Hopkins was transferred to C-BE on 8/15/98 because it is alleged that he "took a swing" at a C/O. He denies this and appealed his classification. The appeal was upheld, however, C-BE was approved because of write-ups. Since then, he has not receiveded any new write-ups. The MDT recommends that he continue Med-High and rescind Beh. Eval.

X Shane Hopkins

Recommended review date: 11/99

D00376

Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate **HOPKINS, SHANE**, SBI# **00253910**, Housing Unit **C**
VIA: Counselor **Moshey**
FROM: I.B.C.C.
DATE: **11-19-98**
RE: Classification Results

Your M.D.T. has recommended you for the following: **M.S.U. APPEAL**

The I.B.C.C.'s decision is to:

____ Approve
____ Not Approve
____ Defer
**X** Recommend **Appeal be upheld.**
____ Not Recommend

**BECAUSE:**

____ Lack of program participation        ____ Time remaining on sentence
____ Pending disciplinary action          ____ Prior failure under supervision
____ Gradual phasing indicated            ____ Poor institutional adjustment
____ Open charges                         ____ Serious nature of offense
____ Prior criminal history
____ Failure to follow your treatment plan in that you _____

____ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: **Hardies, C/BE Rcmd. Jail does have enough writeups for this.**

**ADDITIONAL COMMENTS:**

____ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
         Inmate                                    Form #456 (3 Part NCR)
         Institution File                          Revised 11/97

D00377

To: Warden Snyder
From: Shane Hopkins
Concerning: Classification to M.S.U.



Sir,

I have been classified to M.S.U for a major write up that I recieved on 8/15/98 without anyone ever asking me what happened, without even being found guilty by the adjustment board.

<u>This is what happened on 8/15/98</u>

On 8/15/98 at approx. 10:00 I recieved a 24 Loap from C/O Willmore for being off limits in the bathroom brushing my teeth before Code green. I never spoke a word and excepted my punishment.

At approx. 1:00 P.M. LT. Seacord and C/O Willmore while conducting a cell search found a broken Super 2 radio in my room that I was attempting to put the screws back into. I was told that I would recieve a major write up and the radio was confiscated. I never said anything.

At approx. 5:00 P.M. Lt. Burton told me to pack up my property because I was being moved D-E-14 cell# (a cell with a key) to D-W-9 cell# (a cell with a locking door) when I asked why L.T Burton said because of the write ups C/O Willmore had given me. I said nothing and packed my property.

At approx 5:30 P.M. While transfering my property from D-E to D-W, I had to wait for Sgt. Campbell to open the door. As soon as he opened the door Sgt. Campbell said " here comes stink ass" I ignored him and continued to my cell.

At approx. 9:00 P.M. I was told to get dressed so LT. Burton could do the preliminary hearing for the broken radio. When I walked into the office LT. Burton asked me " Where is your I.D. card" I stated that it was in my cell. LT. Burton said " you know better than to come off the without it go back and get it."

000378

→ #2

Sgt. Campbell was standing right behind LT. Burton's desk said "Yeah you peice of Shit" I turned around and started walking out of the office when again Sgt. Campbell said "your going to like it over here with me you peice of Shit."

I walked out of the office Sgt. Campbell said "open the door so this peice of shit can get his I.D. Card". Now up until this point I had said nothing. But after he had called me a peice of shit 3 times I turned around and said to Sgt Campbell "Who the fuck are you calling a peice of shit" to witch he responded "I'm calling you a peice of shit you peice of shit" to witch I responded "fuck you" and turned around facing away from him.

Sgt. Campbell grabed hold of my shirt and turned me around to face him by pulling on my shirt on the left side ripping it completly (I still have the shirt as evadance) as I tried to pull away from him he said "you little fucker" grabed me with both hands by the neck pushed me against the wall and started choking me (the nurse noted in his report the abraisians on my neck caused by Sgt Campbell choking me) C/O J. Ray and an unknown female officer witnessed this incident.

LT. Burton came out of his office, saw Sgt. Campbell choking me (with my hands down at my sides not defending myself) and said "alright thats enough" and pulled Sgt Campbell off of me. LT. Burton held me while C/O J. Ray put the handcuffs on me.

LT. Burton and C/O J. Ray then started locking down C-tier. Sgt. Campbell grabed hold of me, pulled me into LT. Burtons office pushed me rughly against a filing cabinet (while in handcuffs) and said "you like disrespecting our female officers huh mother fucker, didn't you know C/O Willmore is my peoples. Your lucky your in jail or I'd fucking kill you."

I don't know weather Sgt. Campbell is related to or dating C/O Willmore but I do know this, I never cursed at or disrespected her in any way.

But because she asked LT. Burton to move me from D-E to D-W Sgt Campbell automaticly assumed that I was being moved for cursing at and disrespecting C/O Willmore and was determined to start a confrontation with me.

D00379

→ 3

On 8/25/98 at approx. 9:30 LT. Burton brought Sgt. Campbell to see me in Isolation. He left me to talk with Sgt. Campbell alone. At this meating Sgt. Campbell aknoledged that I mearly pulled away from him and did not "swing at him".

I apolagized for cursing at him. He and LT. Burton let me go back to D-building without serving my full 15 days in Isolation.

### In Conclusion

1. I never disrespected C/o Willmore.
2. I never swung at Sgt. Campbell
3. Sgt. Campbell verbaly abused me without justification
4. Sgt. Campbell never asked to put on handcuffs, but instead chose to physicly assault me first by laying his hands on me without justification secondly by pushing me up against the wall and choking me.
5. C/o J. Ray and the unknown female officer where standing less than 5 feet away throughout this whole ordeal from the time I stepped out of the office but they never tried to verbaly or physicly help Sgt. Campbell at any time.

I have skipped nothing, left out nothing. All that I wrote is the absolute **Truth**. I would swear befor God himself.

I know who runs this institution, I know I'm here for commiting a crime. I have never assaulted anyone and I'm not going to start.

I ask you how can you justify sending me to M.S.U. I have recieved only 2-24 Loap's and 2-major write ups (one for smoking in my cell) (2 for having in my posession a broken radio) and 1 minor write up for (being outside on a 24 Loap that I did not even know I had) In the past year.

Who did I hurt in these write ups but myself? What have I done to deserve going to M.S.U.? Why am I even in Flow down?

There have got to be at least 100 inmates with 50 times more write ups than me and of a more serious nature.

I except responsability for my part in this incident and any punishment incured. However I do not believe that I pose such a threat to anyone to justify pre Hearing detention or being sent to M.S.U.

Thank you for your time, I trust this case will be given fair and reasonable consideration

Shane Hopkins 253918
location C-C-L

D00380

Appendix E

# DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate _Shawn Hopkins_, SBI# _253918_, Housing Unit _D/East_
VIA: Counselor _Ele_
FROM: I.B.C.C.
DATE: _9/3/98_
RE: Classification Results

Your M.D.T. has recommended you for the following: _Med/HC - C/BE_

The I.B.C.C.'s decision is to:

____ Approve
__X__ Not Approve
____ Defer
____ Recommend
____ Not Recommend

BECAUSE:

____ Lack of program participation
____ Pending disciplinary action
____ Gradual phasing indicated
____ Open charges
____ Prior criminal history
____ Failure to follow your treatment plan in that you _____

____ Time remaining on sentence
____ Prior failure under supervision
____ Poor institutional adjustment
____ Serious nature of offense

____ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: _MAX/HIGH - MSW, - APPROVED due to incident in D/W on 8/15/98._
_Rev. 11/98_  _HOLD C/BE TILL TRANS. TO MSU_
ADDITIONAL COMMENTS:

____ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
Inmate
Institution File

Form #456 (3 Part NCR)
Revised 11/97

D00381

Appendix C1

## BUREAU OF PRISONS RECLASSIFICATION FORM #004

**I. Vital Indicators/Sentencing Information**

Inmate Name **Hopkins Shane** AKA _____ SBI No. **253918** Date of Birth **10-5-7?** (mo/da/yr)

Facility **DCC** Security/Custody Level **Med high** Housing Area **D-East**

Current Offense(s) **Burglary 2nd (8cts)**

Level V Sentence: Year(s): **16** Month: **00** Day(s): **00** Truth in Sentence? Yes **✓** No ____

Sentence Effective Date **3-7-95** STRD: **7-31-09** PE Date: ____ Parole Rehearing Date ____

Mandatory Sentence: Year(s) **00** Month(s) **00** Day(s) **00** Level IV Sentence? Yes **✓** No ____ Length **1YR HWH**

Detainer(s)? Yes **✓** No ____ Agency ____ Open Charge(s)? Yes ____ No **✓** 4204K? Yes ____ No **✓** End Date of 4204K ____

4205L? Yes ____ No ____   4214B/Habitual Offender? Yes ____ No **✓**

**II. Prior Criminal History**

Escape History (List date, charge for which convicted, and location from which escape occurred):
**12/1990 Escape Northampton Co. Pa. Committed to Y.D.C. at Weaverville.**

Sex Offenses (List date, charges, and ages of victim(s) for all sex offenses): **none**

DNA sample obtained? Yes ____ No **✓** (If no, contact Institutional Investigator)

List the most serious offenses in the past 10 years (not previously listed in Escape History or Sex Offenses).

____

DUI Information (Complete if inmate is serving a sentence for DUI)

Has information been verified via Motor Vehicle Records? Yes ____ No ____   No. of DUI's ____

Date(s) of offense(s): 1st ____ 2nd ____ 3rd ____ 4th ____

BOP-004 / Page 1 of 2
Justification for Request
Form# 135

D00382

BOP FORM 004

**III -   Institution Disciplinary History (summarize last 6 months – include dates, offenses, dispositions)**

Pending 5-21-98 CHSFH, FTOAO
Pending 2-10-98 Dis/Thr., FTOAO

**IV -   Current Program Participation/Work Assignment** (Justification for Request/Change or Recommendation must be recorded on page 3.)

**V.   Program Request/Change or Recommendation**
MDT Recommendation:
Housing/Security Level  Medium high - Behavior Tier
Employment _____   On/Off Grounds _____
Education _____   Treatment Program _____
Work Release _____   Supervised Custody _____
Halfway House Worker _____   Highway Work Project _____
Other Recommendation: _____
Furlough _____ To Visit: Name _____ Relationship _____
Address _____
Purpose of Visit _____
Has inmate had prior participation in any program recommended?   Yes _____   No _____
Number of prior approvals for any program recommended _____
Is exception to standards requested?   Yes _____   No _____
(If yes, give reason for exception) _____

**VI.   Victim Notification Information**
Offender's Release Address (if required) _____
Name of Victim(s) _____
Last Know Address of Victim _____

Evelyn J. Levenson  8-21-98        [signature] Unreiner  08-24-98
Signature of Counselor       Date    Signature of Counselor Supervisor    Date

**MDT Review**
MTD:   Recommended _____   Not Recommended _____   Vote  2-0
                                                                8-21-98
Signature of MDT Chairperson                     Date

**IBCC Review**
IBCC:   Approved _____   Disapproved  X   Recommended _____   Not Recommended _____   Vote  3-0
                                                                                          9/2/98
Signature of IBCC Chairperson                     Date
Comments  MSW/HC Appd Hold CBR until transfer   P. 11/98

**CICB Review**
CICB:   Approved _____   Disapproved _____   Recommended _____   Not Recommended _____   Vote _____

Signature of CICB Chairperson              Date
Comments _____

**IRCB Review**
IRCB:   Approved _____   Disapproved _____   Vote _____

Signature of IRCB Chairperson              Date
Comments _____

**Distribution After Final Committee Review**
Copy to:   Classification
           Institution File (original)
           Special Programs Office (as required)

BOP-004 / Page 2 of 2
Revised 1/98           Form# 135

D00383

Form# 135
BOP Form 004

Appendix C3
Page 3

## JUSTIFICATION FOR REQUEST/CHANGE OR RECOMMENDATION

INMATE NAME  Shane Hopkins            SBI#    #253918

On 8-15-98, I/m Hopkins, according to reports swung on Sergeant Campbell when he was confronted ~~on the fun~~ about not having his ID on. Although Shane's behavior in this incident is out of character for him, the team feels that any attempt by an inmate to assault staff is very serious and should be handled accordingly. We recommend that he be classified to C-bldg behavior evaluation tier to be reviewed in 90 days.

Recommended review date: _____

D00384