DELAWARE CORRECTIONAL CENTER

_(signature)_
COUNSELOR
09-04-97
DATE

MEMO TO: _Hopkins, ____  BLDG. _D_
S.B.I. _253918_

FROM: _____I.B.C.C._____

RE: CLASSIFICATION

Your M.D.T. has recommended you for the following:
_Cont. med/High_

The I.B.C.C.'s decision is to:

__X__ Approve     ____ Not Approve     ____ Defer
____ Recommend                          ____ Not Recommend

BECAUSE

___ Lack of Program Participation     ___ Time remaining on sentence
___ Pending adjustment boards         ___ Prior failure under supervision
___ Gradual phasing indicated         ___ Poor institutional adjustment
___ Open Charges                      ___ Serious natural of offense
___ Program does not meet your needs  ___ Prior criminal history
___ Lack of evidence you have addressed your problem in a serious manner
___ Failure to address treatment issues in relation to your offense
___ You present a current and continuous danger to the safety of staff,
    other inmates, or the good order of the institution.

OTHER _Rev. 9/98_

ADDITIONAL COMMENTS:

_X_ Develop treatment plan with counselor.

APPROVED                              RECOMMEND

___ N.A.                              ___ S.A.R.
___ A.A.                              ___ Highway Project
___ G.E.D.                            ___ Family Problems
___ P.R.C.                                (Write Mr. Wallitsch)
___ Laundry Outside/Ongrounds         ___ Greentree (See Counselor)
___ HS Education                      ___ Delaware Vets Cemetary
___ W Kitchen                         ___ Town of Smyrna
___ Evening Greentree                 ___ MCI         ___ PTA
___ Central Supply                    ___ SCI         ___ WR
___ Construction Project              ___ MPCJF       ___ C/C
___ Violent Offenders Program         ___ Medium      ___ Minimum

D00385

cc: Original to Inmate
    Institutional File
    Treatment File           FORM #: 456 (3-partNCR)      mmr/ib.for/94

review?

BUREAU OF PRISONS RECLASSIFICATION FORM #004

DATE: _____

I. <u>Vital Indicators/Sentencing Information</u>

Inmate name _Hopkins Shane_ AKA _____ Institution _OCC/OE_
Institution Number _Brangh_ SBI Number _253918_ Date of Birth _[redacted]-73_
Present Offense(s) _Burglary 2nd (8cts)_
_____ Most Serious Offense _Burglary (8cts)_
Level V Sentence: Year(s) _16_ Month _00_ Day(s) _00_ Truth in Sentence Yes _✓_ No __
Sentence Effective Date _3-7-95_ STRD _[illegible]_ PE Date _____ Rehearing Date _____
Mandatory: Year(s) ___ Month(s) ___ Day(s) _7-31-2009_ Level IV Sentence? Yes _✓_ No __
Detainer(s)? Yes ___ No _✓_ Open Charge(s)? Yes ___ No _✓_ 4204K? Yes ___ No ___
Escape/Attempted Escape on Record? Yes ___ No ___ Category _____

II. <u>Program Request/Change or Recommendation</u>

Request: Work Release___ Supervised Custody___ Work Release/Supervised Custody___
Halfway House Worker___ Highway Work Project___ Community/Governmental Service Project___
Furlough___ To See: Name(s) _____ Relationship _____
Address _____
Purpose _____
Comments _____
Off Grounds Status? Yes___ No _✓_ If yes, state program/assignment for which status is being requested: _____
Change in Security Level and Institution? Yes___ No _✓_ If yes, state security level and institution requested: _Continue Medium high_
Has inmate had prior participation in program requested? Yes _✓_ No ___
Program _____ Number of approvals _____
Reason(s)/date(s) for failure or return _____

Is inmate eligible in accordance with program standards? Yes ___ No ___
Is exception to standards requested? Yes___ No___ If yes, give reasons for exception:

BOP-004/Page 1 of 2

D00386

ADDENDUM TO BOP RECLASSIFICATION FORM #004

Use this sheet to record any additional information which could not be included in the designated spaces on Form BOP-004.

Inmate Name: Hopkins Shane   SBI Number: 253918   Institution: DCC/DE

Continue medium high based on amount of time remaining on his sentence. He was a no show for classification.

review? 8/98

D00387

DELAWARE CORRECTIONAL CENTER

_Dennis_
COUNSELOR
9/17/96
DATE

MEMO TO: _Shon Hopkins_  BLDG. _3_
S.B.I. _253918_

FROM: I.B.C.C.

RE: CLASSIFICATION

Your M.D.T. has recommended you for the following:
_Continue Med / HC YSAP_ _____
_____.

The I.B.C.C.'s decision is to:

_X_ Approve    ___ Not Approve    ___ Defer
___ Recommend                      ___ Not Recommend

**BECAUSE**

___ Lack of Program Participation     ___ Time remaining on sentence
___ Pending adjustment boards         ___ Prior failure under supervision
___ Gradual phasing indicated         ___ Poor institutional adjustment
___ Open Charges                      ___ Serious natural of offense
___ Program does not meet your needs  ___ Prior criminal history
___ Lack of evidence you have addressed your problem in a serious manner
___ Failure to address treatment issues in relation to your offense
___ You present a current and continuous danger to the safety of staff,
    other inmates, or the good order of the institution.

OTHER _Rev 9/97_ _____
_____.

**ADDITIONAL COMMENTS:**

___ Develop treatment plan with counselor.

APPROVED                              RECOMMEND

___ N.A.                              ___ S.A.R.
___ A.A.                              ___ Highway Project
___ G.E.D.                            ___ Family Problems
___ P.R.C.                                (Write Mr. Wallitsch)
___ Laundry Outside/Ongrounds         ___ Greentree (See Counselor)
___ HS Education                      ___ Delaware Vets Cemetary
___ W  Kitchen                        ___ Town of Smyrna
___ Evening Greentree                 ___ MCI         ___ PTA
___ Central Supply                    ___ SCI         ___ WR
___ Construction Project              ___ MPCJF       ___ C/C
___ Violent Offenders Program         ___ Medium      ___ Minimum

D00388

cc: Original to Inmate
    Institutional File
    [Treatment File]              FORM #: 456 (3-partNCR)    mmr/ib.for/94

## DEPARTMENT OF CORRECTION - TRAC
### TRACKING, RISK ASSESSMENT, CLASSIFICATION

**VITAL INDICATORS**

| NAME-LAST | FIRST | MIDDLE | INS. NO. | SBI NO. |
|---|---|---|---|---|
| Hopkins | Shane | | | 253918 |

AKA(S): 

SOC. SEC. NO.: [redacted]
D.O.B.-MO. DAY YEAR: 10 05 73

STREET ADDRESS: [redacted] B4 Brook Circle
CITY: Gilmore   STATE: PA
YEARS AT ADDRESS: 
TELEPHONE: ( ) -
ZIP: 
VETERAN: Y/N ☐
INTERSTATE: ☐

**SENTENCING INFORMATION**

OFFENSE (TOTAL NO. 8)
- Burg 2nd (8 cts)

OPEN CHARGES (TOTAL NO. __)

PARAMETERS:
- MAXIMUM FULL TERM: YRS 76  MOS  DAYS
- EFFECTIVE DATE: MO 03 DAY 07 YEAR 96
- MAX. EXPIRATION DATE: MO 02 DAY 27 YEAR 2071
- PAROLE ELIG.: MO  DAY  YEAR
- STRD.: MO 08 DAY 12 YEAR 2009

MANDATORY TIME Y/N ☐   EXPIRATION DATE MO DAY YEAR
4204K Y/N ☐   COURT CODE   EXPIRATION DATE

**CRIMINAL HISTORY SUMMARY**

| | ADULT | | | JUVENILE | AGE AT FIRST ARREST | | | |
|---|---|---|---|---|---|---|---|---|
| | ARRESTS | CONV. | INCAR. | ARRESTS | COMMENTS | | | |
| VIOLENT OFFENSES | | | | | | | | |
| SEX OFFENSES | | Extensive | | | | | | |
| NON-VIOLENT OFFENSES | | | | | | | | |
| ESCAPES | | | | | | | | |

COMMUNITY EXPERIENCE: COMPLETED SUCCESSFULLY / REVOKED/RETURNED / NEW CHARGES / RULES/TECH. VIOLATIONS
WORK RELEASE / SUP. CUSTODY

☐ OFFICIAL  ☐ RESIDENT'S VERSION OF INSTANT OFFENSE(S) - USE OFFICIAL IF AVAILABLE.

They say I burglarized several houses in Claymont, and Brandywine, between November 95 and June 96.

**CLASSIFICATION INFORMATION**

| | PRESENT | CODE | RECOMMENDATION | CODE | ICC ACTION | CODE |
|---|---|---|---|---|---|---|
| HOUSING | Med High | | continue | | | |
| JOB | | | | | | |
| EDUCATION | | | | | | |
| THERAPY | SAR | | continue | | | |
| OTHER | | | | | | |
| REVIEW DATE | | | MONTH 09 YEAR 96 | | MONTH 09 YEAR 96 | |

MDT MEMBERS PRESENT: Dixon, Turner, Spence, Moszozwick
MDT CHAIRPERSON: [signature]
ICC CHAIRPERSON: 
ICC COMMENTS: 

VOTE: 4-0
DATE: 9-9-96
DATE: 9/9/96

D00389

NAME LAST: Hopkins, Shane    MIDDLE:    INSTITUTIONAL NO.:    SBI NO.: 253918

## INMATE PROFILE (CIRCLE)

| PUBLIC RISK | INSTITUTIONAL RISK | MEDICAL NEEDS | MENTAL HEALTH NEEDS | DRUG/ ALCOHOL NEEDS | EDUCATIONAL NEEDS | SKILL LEVEL | WORK HISTORY |
|---|---|---|---|---|---|---|---|
| P | I | M | MH | D | E | V | W |
| 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 3 | 3 | 3 | 3 | (3) | 3 | 3 | 3 |
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

COMMENTS: _____

## TREATMENT PLAN

| PROBLEM | OBJECTIVE | PLAN OF ACTION | RESULTS |
|---|---|---|---|
| 1) Drugs | 1) Accept Responsibility with Continue Use | 1) | 1) Substance Abuse Counseling |
| 2) | 2) | 2) | 2) |
| 3) | 3) | 3) | 3) |
| 4) | 4) | 4) | 4) |

RESIDENT _____  PREPARED BY: [signature] Dunn  SUPERVISOR _____  DATE _____

REASON FOR MDT REC./COMMENTS: Hopkins was sent to DCC classified to Medium High and JAR. This MDT concurs.

TRC 003   FORM #: 181    DOC NO. 38-01-84-09-003

D00390

# DEPARTMENT OF CORRECTION - TRAC
## TRACKING, RISK ASSESSMENT, CLASSIFICATION

**VITAL INDICATORS**

- NAME – LAST: Hopkins   FIRST: Shane   MIDDLE: K
- SOC. SEC. NO.: 253918
- AKA(S): 
- D.O.B. - MO: 10   DAY: 05   YEAR: [redacted]
- STREET ADDRESS: [redacted] Brooks [redacted]   YEARS AT ADDRESS: 3 yrs   TELEPHONE: 610-947-[redacted]
- CITY: Glenmore   STATE: PA   ZIP: 19343
- VETERAN: Y/N — N

**SENTENCING INFORMATION**

- OFFENSE (TOTAL NO. 2): Burg. 2nd
- OPEN CHARGES (TOTAL NO. 0)
- PARAMETERS — INTERSTATE
- MAXIMUM FULL TERM: YRS 16  MOS —  DAYS —
- EFFECTIVE DATE: MO 03  DAY 07  YEAR 1995
- MAX. EXPIRATION DATE: MO 02  DAY 27  YEAR 2011
- PAROLE ELIG.: MO —  DAY —  YEAR —
- MANDATORY TIME: Y/N — N
- 4204K: Y/N — N
- STRD: MO 08  DAY 12  YEAR 2001

**CRIMINAL HISTORY SUMMARY**

| | ADULT ARRESTS | ADULT CONV. | ADULT INCAR. | JUVENILE ARRESTS |
|---|---|---|---|---|
| VIOLENT OFFENSES | — | — | — | — |
| SEX OFFENSES | — | — | — | ✓ |
| NON-VIOLENT OFFENSES | 17 | 2 | 1 | — |
| ESCAPES | — | — | — | — |

AGE AT FIRST ARREST / COMMENTS: _____

COMMUNITY EXPERIENCE: COMPLETED SUCCESSFULLY / REVOKED/RETURNED / NEW CHARGES / RULES/TECH. VIOLATIONS

WORK RELEASE / SUP. CUSTODY

☐ OFFICIAL   ☑ RESIDENT'S VERSION OF INSTANT OFFENSE(S) - USE OFFICIAL IF AVAILABLE.

According to Mr. Hopkins he burglarized approx. 10 homes in the Claymont area. He apparently had borrowed alot of money for college & had a car payment. He was also high on drugs. Therefore, he required money for bills & his habit (drug).

**CLASSIFICATION INFORMATION**

| | PRESENT | CODE | RECOMMENDATION | CODE | ICC ACTION | CODE |
|---|---|---|---|---|---|---|
| HOUSING | MPCTF | | Med/Minim | | App'd | |
| JOB | | | | | | |
| EDUCATION | | | Subst. Abuse/Reality | | App'd | |
| THERAPY | | | [illegible] | | | |
| OTHER | | | | | | |
| REVIEW DATE | | | MONTH 06 YEAR 1997 | | MONTH 06 YEAR 97 | |

- MDT MEMBERS PRESENT: Lt. McCreanor / Mr. Rigterink    VOTE: 2-0
- MDT CHAIRPERSON: [signature] McCreanor    DATE: 6-13-96
- ICC CHAIRPERSON: [signature] Lewis    DATE: 6/19/96
- ICC COMMENTS: Vote – 8-0

D00391

DOC. NO. 38-01-84-09-001

| NAME – LAST | FIRST | MIDDLE | INSTITUTIONAL NO. | SBI NO. |
|---|---|---|---|---|
| Hopkins, | She_ | | CJF | 253918 |

**INST. ADJUSTMENT**

ADJUSTMENT CONCERNS __Write-ups: None__

---

**FAMILY INFORMATION**

STATE BORN IN __PA__   STATE RAISED IN __PA__   BY WHOM __Parents__
NEXT OF KIN __Parents__   PARENT/GUARDIAN RESIDENCE: __Same__
SIBLINGS - NO. OF BROTHERS __0__   NO. OF SISTERS __0__   OFFENDER'S BIRTH ORDER __1__ OF __1__
MARITAL STATUS __Single__   SPOUSE'S RESIDENCE _____
DEPENDENTS __0__   RESIDE WITH _____   SUPPORTED BY _____   CODE [ ]
FAMILY PROBLEMS _____

---

**SOCIAL/PSYCH INFORMATION**

(partially obscured)  Y/N [ ]
  Y/N [ ]
2. EMOTIONAL,  3. BOTH  [ ]
  Y/N [ ]

---

**HEALTH**

PHYSICAL HEALTH - IF POOR, EXPLAIN __Good__   G/P [ ]

---

**EDUCATION**

HIGHEST ED. LEVEL ATTAINED __GED__   PLACE __Weaversville Detention Ctr, PA__   DATE __1987__
ADDITIONAL ED. TRAINING __None__   PLACE _____   DATE _____
EDUCATIONAL NEEDS __College__
EDUCATIONAL INTERESTS __College__

---

**EMPLOYMENT HISTORY**

OCCUPATION _____   CODE [ ]   SKILL LEVEL _____   CODE [ ]
EMPLOYER PRIOR TO INCARCERATION __*Frank's Nursery & Crafts, Exton, PA (1 yr. FT)__
POSITION __Stock Clerk__   EMPLOYED AT TIME OF ARREST? Y/N [Y]
PRIOR WORK EXPERIENCE _____
LONGEST PERIOD OF EMPLOYMENT (PLACE) __Frank's*__   MOS. [ ]
VOCATIONAL TRAINING (PLACES & DATES) __Fitzgerald Mercy Hospital (PA) Nursing Asst.__
VOCATIONAL INTERESTS __None__

DOC. NO. 38-01-84-09-002

**2**

D00392

| NAME-LAST | FIRST | MIDDLE | INSTITUTIONAL NO. | SBI NO. |
|---|---|---|---|---|
| Hopkins | Shane 6 months | | CJF | 253918 |

**INMATE PROFILE** (CIRCLE)

| 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

### TREATMENT PLAN

| PROBLEM | OBJECTIVE | PLAN OF ACTION | RESULTS |
|---|---|---|---|
| 1) Substance Abuse | 1) Stay Clean | 1) MDT (NCC) Substance Abuse Reality | 1) |
| 2) Poor Decision | 2) Think & Eval. | 2) | 2) |
| 3) | 3) | 3) | 3) |
| 4) | 4) | 4) | 4) |

RESIDENT: Shane Hopkins   PREPARED BY: P. Fujitenib   SUPERVISOR: [signature]   DATE: 6/17/96

**REASON FOR MDT REC./COMMENTS:** Mr. Hopkins was incarcerated for Burg. 2nd (8 counts) & sentenced to 16 yrs., L-5. There are no court ordered programs, no mandatory time, escapes or 4204K, no open charges or write-ups. It is his request & my recommendation that he be transferred to the Substance Abuse Reality Program at NCC due to the length of sentence, the need to address his substance abuse & behavior problems and allow him to attend college. Recommend Substance Abuse Reality (MDT).

NOTE: Received approval from Fran Lewis on 06/13/96. Fran to notify Mike Matthews.

NOTE: Mr. Hopkins has detainers w/ PA & NJ.

D00393

DOC. NO. 38-01-84-09-003