IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Shane K. Hopkins, Plaintiff, <br><br> V. <br><br> c/o John Pusey, et al. Defendant | C.A. No. 05-870-SLR |

PLAINTIFF SHANE K. HOPKINS NON OPPOSITION TO DEFENDANTS MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS

1) The Plaintiff does not oppose the Defence's Request for Enlargement of Time despite the fact that the Defence stated so vehemently within thier State Defendants Response in opposition to Plaintiffs Motion to Issue Subpeonas paragraph #8 that "The Defendants oppose Plaintiffs Request for Issuance of Suppoenas as well as any further Extentions to the Scheduling Order."

Dated June 16th 2007

Shane Hopkins
Shane K. Hopkins #253918
Delaware Correctional Center
1181 Paddock Rd
Smyrna Delaware 19977

FILED
JUN 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE