The Honorable Sue L. Robinson  
U.S. District Court  
District of Delaware  
844 North King Street  
Wilmington Delaware 19801

June 24th 2007

CA No: 05-870 SLR

Re: Delaware Correctional Center Legal Mailing Proceedure.

Your Honor,
 Within The State "Defendants" Response In Opposition To Plaintiffs Motion To Compel, The Defence Noted On Several Occasions That Thier Responses To Discovery Motions Where Made Within The 30 Day Time Requirements.
 The Discrepancy Is Being Caused By D.C.C. Legal Mailing Proceedures. While The Plaintiff Is Not Completely Indigent, Thanks To A Caring Family, There Are Times When The Plaintiff Does Not Have The Finances To Purchase Stamps.
 In Those Instances The Plaintiff Must Submit An Istitutional "Pay To". This Is kind of Like A Check. The Institution Will Deduct The Amount Needed For Legal Postage From My Inmate Account Creating A Negative Balance. That Will Be Paid From Future Deposits.
 There Is No Set Amount Of Time For This Process.



The Time Differential Itself was Negligible And was Not Intended To Be The Basis Of A Complaint. However When Responses From The Defence Are Viewed Within The Context Of The Deadline For The Discovery Process There Is Some Significance.

The Plaintiff Felt Mislead By The Defences Statement That They Where "In The Process of Responding" To Discovery Requests. The Plaintiff Believes That The Defence Knew When They Made The Above Statement That They Had No Intention of Providing The Requested Materials, But Instead of Saying So The Defence Chose To String The Plaintiff Along In Order To Reach The Discovery Deadline Thereby Circumventing Any Further Communication on The Subject.

It Appears To The Plaintiff That His Lack In Ability Of Instant Communication Via Phone or E.Mail Has Been Taken Advantage Of. However This May Be A Misguided Perception Caused By The Plaintiffs Ignorance of How Litigation Between True Lawyers Is Conducted.

As Always Thank You For Your Time And Patience.

CC: Stacey Xarhoulakos
Deputy Attorney General

Shane Hopkins
Shane Hopkins #253918
D.C.C.
1181 Paddock Rd.
Smyrna Delaware





I/M Shane Hopkins
SBI# 253916  UNIT #22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail
Mailed June 26Th

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 North King Street Room 4209
Wilmington Delaware
19801