IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANE K. HOPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-870-SLR |
| | ) |
| C/O J. PUSEY and C/O J. SMITH, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 18th day of July, 2007, having considered plaintiff's motion to compel and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 91) is denied as the materials sought are not relevant to the Constitutional issues implicated by plaintiff's allegations.

_____
United States District Judge