In The United States District Court
For The District Of Delaware

Shane K. Hopkins,
 Plaintiff

V.

c/o John Pusey, et al.,
 Defendant

CA. No. 05-870-SLR

Comes Now The Plaintiff Shane K. Hopkins Motion In Support Of Subpoenas Requiring Defendants And Non Defendants Submit To Oral Depositions.

1) The Plaintiff Shane K. Hopkins Is Now And Has Been Incarcerated For A Period Of Time In Excess Of (12) Years.

2) The Plaintiffs only source of Income Has Been Small Gifts From Family Members As There Is No Other Way To Earn Income.

3) The Courts Have Taken 20% Of What Finances The Plaintiff Has Recieved Since The Commencement Of This Action For The Purpose Of Payment Towards The $250.00 Filing Fee.

FILED
AUG 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4) The filing fee should be nearly paid leaving room for any other costs that the Plaintiff may incur throughout the litigation of this matter.

5) The Plaintiff would ask that this Court review Coleman v. St Vincent De Paul Society, 144 F.R.D. 92, 95-96 (E.D. Wis 1992). This case discusses in detail the matter of In Forma Pauperis litigants and the costs subpoenas, witness fees and mileage costs. Wherein the United States Marshal Service was directed to pay the aforementioned costs.

6) Your Honor the Plaintiff is more then willing to pay for any costs that he may incur.** Calendine, 80 F.R.D. at 28 suggests that In Forma Pauperis litigants are ultimately responsible for the payment of witness fees and other costs but that such expenses may be advanced by the Government and repaid by the litigant at the conclusion of trial.

7) The Plaintiff has attached a (6) Month Account Balance to this motion for review by this Court. Furthermore the Plaintiff is due to be released in 2009 whereby the Courts could garnish the Plaintiffs wages untill such litigation costs are paid.

** Marks v. Calendine, 80 F.R.D 24, 27 (N.D.W. Va. 1978)

8) Your Honor 28 U.S.C. § 1915 (c) provides that: The officers of the court shall issue and serve all process, and perform all duties in in forma pauperis cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases.

9) The plaintiff is asking that the court affords him the same abilities throughout litigation as the defence has.

10) The plaintiff can demonstrate the necessity of the testimony of each witness for which subpoena's have been requested.

11) The plaintiff believes that he can depose the requested defendants and non defendants within a (3) hour period barring any delays by the defence.

12) Your Honor I would request that the depositions be taken by audio recording in front of a notary public officer thereby mitigating the expence of a court stenographer. Rule 30 (b)(2) Fed. R. Civ. P.

13) If the court decides against the plaintiffs requests to make payments towards the costs of litigation then the plaintiff will need some estimation as to what finances will be required in order to proceed with depositions. Due to the plaintiffs lenghty incarceration it's not possable to guess the costs of gas and milage.

14) If needed the plaintiff will ask his family whom live from pay check to pay check for help. That request will be unfair to them but as an In Forma Paupers litigant I have no other option.

15) C/O John Pusey and C/O Joe Smith as named defendants do not require payment for subpoenas or the statutory witness fee. If I understand correctly. Your Honor this brings to issue the fact that I have requested permission to amend the complaint adding several new defendants whom I have also requested be subpoenaed for oral depositions. If permission to amend the complaint is granted by this court then that would effect the costs that are at issue.

Dated: August 9th 2007

Shane Hopkins
Shane Hopkins #253918
D.C.C.
1181 Paddock Rd
Smyrna D.E 19977

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Shane Hopkins   SBI#: 253918

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: July 31, 2007

---

Attached are copies of your inmate account statement for the months of January 1, 2007 to June 30, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 42.94 |
| Feb | 23.56 |
| March | 21.00 |
| April | 55.62 |
| May | 25.17 |
| June | 19.03 |

Average daily balances/6 months: 31.22

Attachments
CC: File

Stacy Shane
7/31/07

7/31/07

# Individual Statement
## From January 2007 to June 2007

| Date Printed: | 7/31/2007 | | | | | | | Page 1 of 3 |
|---|---|---|---|---|---|---|---|---|
| SBI | 00253918 | Last Name | Hopkins | First Name | Shane | MI | K | Suffix |
| | | | | | | Beginning Month Balance: | $82.11 | |
| Current Location: | 22 | | | Comments: | | Ending Month Balance: | $0.97 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/2/2007 | ($37.19) | $0.00 | $0.00 | $44.92 | 367598 | | | |
| Mail | 1/9/2007 | $50.00 | $0.00 | $0.00 | $94.92 | 370286 | 10327527090 | | C HOPKINS |
| Canteen | 1/10/2007 | ($20.00) | $0.00 | $0.00 | $74.92 | 370871 | | | |
| Supplies-MailPosta | 1/10/2007 | $0.00 | $0.00 | ($4.20) | $74.92 | 371244 | | 12/18/06 | |
| Supplies-MailPosta | 1/10/2007 | $0.00 | $0.00 | ($4.20) | $74.92 | 371245 | | 12/18/06 | |
| Supplies-MailPosta | 1/10/2007 | $0.00 | $0.00 | ($4.20) | $74.92 | 371247 | | 12/18/06 | |
| Legal | 1/16/2007 | $0.00 | $0.00 | ($18.00) | $74.92 | 373221 | | 12/06 | |
| Canteen | 1/17/2007 | ($25.26) | $0.00 | $0.00 | $49.66 | 373874 | | | |
| Legal | 1/18/2007 | ($18.00) | $0.00 | $0.00 | $31.66 | 374792 | | 12/06 | |
| Canteen | 1/24/2007 | ($19.04) | $0.00 | $0.00 | $12.62 | 376223 | | | |
| Supplies-MailPosta | 1/30/2007 | ($4.20) | $0.00 | $0.00 | $8.42 | 379340 | | 12/18/06 | |
| Supplies-MailPosta | 1/30/2007 | ($4.20) | $0.00 | $0.00 | $4.22 | 379341 | | 12/18/06 | |
| Supplies-MailPosta | 1/30/2007 | ($4.20) | $0.00 | $0.00 | $0.02 | 379339 | | 12/18/06 | |
| Legal | 2/2/2007 | $0.00 | $0.00 | ($8.00) | $0.02 | 381804 | | JAN 2007 | |
| Legal | 2/2/2007 | ($0.02) | $0.00 | ($7.98) | $0.00 | 382083 | | JAN 2007 | |
| Visit | 2/5/2007 | $40.00 | $0.00 | $0.00 | $40.00 | 382246 | 10368761411-00054 | | C HOPKINS |
| Canteen | 2/7/2007 | ($19.99) | $0.00 | $0.00 | $20.01 | 383605 | | | |
| Supplies-MailPosta | 2/13/2007 | $0.00 | $0.00 | ($4.05) | $20.01 | 385953 | | 2/6/07 | |
| Supplies-MailPosta | 2/13/2007 | $0.00 | $0.00 | ($3.27) | $20.01 | 385954 | | 2/6/07 | |
| Canteen | 2/14/2007 | ($4.64) | $0.00 | $0.00 | $15.37 | 386825 | | | |
| Mail | 2/16/2007 | $40.00 | $0.00 | $0.00 | $55.37 | 388391 | 5920401008 | | S RUSSELL |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($3.27) | $55.37 | 388651 | | 2/6/07 | |
| Supplies-MailPosta | 2/16/2007 | ($4.05) | $0.00 | $0.00 | $51.32 | 389281 | | 2/6/07 | |
| Supplies-MailPosta | 2/16/2007 | ($3.27) | $0.00 | $0.00 | $48.05 | 389282 | | 2/6/07 | |
| Supplies-MailPosta | 2/16/2007 | ($3.27) | $0.00 | $0.00 | $44.78 | 389422 | | 2/6/07 | |
| Canteen | 2/21/2007 | ($19.90) | $0.00 | $0.00 | $24.88 | 390738 | | | |
| Canteen | 2/28/2007 | ($13.99) | $0.00 | $0.00 | $10.89 | 393697 | | | |
| Legal | 3/6/2007 | $0.00 | $0.00 | ($14.00) | $10.89 | 396982 | | FEB 07 | |
| Legal | 3/9/2007 | ($7.98) | $0.00 | $0.00 | $2.91 | 398633 | | JAN 2007 | |
| Legal | 3/9/2007 | ($2.91) | $0.00 | ($11.09) | $0.00 | 398652 | | FEB 07 | |
| Mail | 3/15/2007 | $50.00 | $0.00 | $0.00 | $50.00 | 401088 | 10368765191 | | C HOPKINS |

Date Printed: 7/31/2007

**Individual Statement**
**From January 2007 to June 2007**

Page 3 of 3

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $82.11 |
|---|---|---|---|---|---|---|---|
| 00253918 | Hopkins | Shane | K | | | Ending Month Balance: | $0.97 |
| Current Location: | 22 | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $9.80 | 437541 | | 4/12/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $9.41 | 437542 | | 4/12/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $8.78 | 437913 | | 5/4/07 | |
| Mail | 6/5/2007 | $50.00 | $0.00 | $0.00 | $58.78 | 439262 | 11101908273 | | C HOPKINS |
| Canteen | 6/6/2007 | ($8.72) | $0.00 | $0.00 | $50.06 | 439432 | | | |
| Legal | 6/8/2007 | $0.00 | $0.00 | ($8.00) | $50.06 | 440896 | | 6/07 | |
| Legal | 6/8/2007 | ($8.00) | $0.00 | $0.00 | $42.06 | 440927 | | 6/07 | |
| Canteen | 6/13/2007 | ($19.97) | $0.00 | $0.00 | $22.09 | 442137 | | | |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($0.58) | $22.09 | 443983 | | 5/28/07 | |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($0.75) | $22.09 | 443984 | | 5/28/07 | |
| Canteen | 6/20/2007 | ($19.79) | $0.00 | $0.00 | $2.30 | 445225 | | | |
| Supplies-MailPosta | 6/21/2007 | ($0.75) | $0.00 | $0.00 | $1.55 | 446807 | | 5/28/07 | |
| Supplies-MailPosta | 6/21/2007 | ($0.58) | $0.00 | $0.00 | $0.97 | 446806 | | 5/28/07 | |

Ending Month Balance: $0.97

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($0.82)

# Individual Statement
## From January 2007 to June 2007

| Date Printed: 7/31/2007 | | | | | | Page 2 of 3 |
|---|---|---|---|---|---|---|
| SBI: 00253918 | Last Name: Hopkins | First Name: Shane | MI: K | Suffix: | Beginning Month Balance: | $82.11 |
| Current Location: 22 | | | Comments: | | Ending Month Balance: | $0.97 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($0.39) | $50.00 | 401990 | | 3/13/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($0.39) | $50.00 | 402016 | | 3/13/07 | |
| Canteen | 3/21/2007 | ($20.00) | $0.00 | $0.00 | $30.00 | 402817 | | | |
| Supplies-MailPosta | 3/22/2007 | ($0.39) | $0.00 | $0.00 | $29.61 | 404723 | | 3/13/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.39) | $0.00 | $0.00 | $29.22 | 404742 | | 3/13/07 | |
| Canteen | 3/28/2007 | ($13.11) | $0.00 | $0.00 | $16.11 | 406489 | | | |
| Pay-To | 3/30/2007 | ($3.00) | $0.00 | $0.00 | $13.11 | 407749 | | PROJECT AWARE | |
| Mail | 4/3/2007 | $50.00 | $0.00 | $0.00 | $63.11 | 409647 | 10327528056 | | C HOPKINS |
| Canteen | 4/4/2007 | ($1.94) | $0.00 | $0.00 | $61.17 | 409780 | | | |
| Legal | 4/5/2007 | $0.00 | $0.00 | ($8.00) | $61.17 | 410593 | | MARCH 07 | |
| Legal | 4/5/2007 | ($11.09) | $0.00 | $0.00 | $50.08 | 411262 | | FEB 07 | |
| Legal | 4/5/2007 | ($8.00) | $0.00 | $0.00 | $42.08 | 411283 | | MARCH 07 | |
| Canteen | 4/11/2007 | ($20.00) | $0.00 | $0.00 | $22.08 | 412880 | | | |
| Mail | 4/16/2007 | $40.00 | $0.00 | $0.00 | $62.08 | 415264 | 5920401204 | | A RUSSELL |
| Canteen | 4/18/2007 | ($19.51) | $0.00 | $0.00 | $42.57 | 416304 | | | |
| Mail | 4/18/2007 | $50.00 | $0.00 | $0.00 | $92.57 | 416681 | 10327528146 | | L HOPKINS |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.63) | $92.57 | 419277 | | 4/4/07 | |
| Canteen | 4/25/2007 | ($28.75) | $0.00 | $0.00 | $63.82 | 419682 | | | |
| Legal | 5/1/2007 | $0.00 | $0.00 | ($26.00) | $63.82 | 422801 | | APR 07 | |
| Canteen | 5/2/2007 | ($18.60) | $0.00 | $0.00 | $45.22 | 422878 | | | |
| Legal | 5/4/2007 | ($26.00) | $0.00 | $0.00 | $19.22 | 424647 | | APR 07 REFUND | |
| Canteen | 5/7/2007 | $4.80 | $0.00 | $0.00 | $24.02 | 424690 | | | |
| Canteen | 5/9/2007 | ($19.94) | $0.00 | $0.00 | $4.08 | 426161 | | | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($0.39) | $4.08 | 428829 | | 4/12/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($0.39) | $4.08 | 428830 | | 4/12/07 | |
| Canteen | 5/16/2007 | ($3.40) | $0.00 | $0.00 | $0.68 | 428936 | | | |
| Mail | 5/18/2007 | $50.00 | $0.00 | $0.00 | $50.68 | 429986 | 11101905393 | | C HOPKINS |
| Canteen | 5/23/2007 | ($19.92) | $0.00 | $0.00 | $30.76 | 431405 | | | |
| Supplies-MailPosta | 5/25/2007 | $0.00 | $0.00 | ($0.63) | $30.76 | 432776 | | 5/4/07 | |
| Canteen | 5/30/2007 | ($19.94) | $0.00 | $0.00 | $10.82 | 434377 | | | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $10.19 | 436900 | | 4/4/07 | |

## Certificate of Service

I, <u>ShANE L. Hopkins</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Motion To Subpeona Wittnesses For oral Depositions</u> upon the following parties/person (s):

TO: <u>STACEY XARChoulAkos</u>
<u>Deputy Attorney General</u>
<u>820 N. French ST 6Th Floor</u>
<u>Wilmington Delaware</u>
<u>19801</u>

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of <u>August</u>, 2007

I/M Shane Hopkins
SBI# 253918   UNIT 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"
Mailed 8-10-07

WILMINGTON DE 197
13 AUG 2007 PM 2 L

Office of The Clerk
United States District Court
844 N. King Street Lockbox #18
Wilmington Delaware
19801-3570