**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHANE K. HOPKINS, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>JOHN PUSEY, JOSEPH SMITH, )<br>DAVID PIERCE, LISE MERSON, )<br>JUDITH MULLEN, DREWRY FENNELL, )<br>M. JANE BRADY )<br>)<br>    Defendants. ) | C.A. No. 05-870-SLR<br><br>Jury Trial Demanded |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants John Pusey and Joseph Smith, by and through the undersigned counsel, and hereby move this Honorable Court to enter an Order granting their Motion for Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

                                                                **DEPARTMENT OF JUSTICE**
                                                                **STATE OF DELAWARE**

                                                                */s/ Stacey Xarhoulakos*
                                                                Stacey Xarhoulakos (#4667)
                                                                Deputy Attorney General
                                                               Department of Justice
                                                               820 N. French Street, 6th Floor
                                                               Wilmington, DE  19801
                                                               (302) 577-8400

Dated: September 20, 2007                *Attorney for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANE K. HOPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-870-SLR |
| | ) | |
| JOHN PUSEY, JOSEPH SMITH, | ) | Jury Trial Demanded |
| DAVID PIERCE, LISE MERSON, | ) | |
| JUDITH MULLEN, DREWRY FENNELL, | ) | |
| M. JANE BRADY | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

**WHEREAS**, the Court having considered the Motion for Summary Judgment of the Defendants John Pusey and Joseph Smith;

**WHEREFORE, IT IS SO ORDERED** this _____ day of_____, 2007 that the Defendants' Motion for Summary Judgment is GRANTED.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, I electronically filed *Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on September 20, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Shane Hopkins.

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
*Attorney for Defendants*