# EXHIBIT B

| DR# | DCC Delaware Correctional Center | Date: 01/19/2005 |
|---|---|---|
| 1014567 | Smyrna Landing Road SMYRNA DE, 19977 Phone No. 302-653-9261 | |

## DISCIPLINARY HEARING DECISION

**Inmate:** Hopkins, Shane K  **SBI#:** 00253918  **Type:** Class 1

**Institution:** DCC Delaware Correctional Center  **Hearing Date:** 12/09/2004  **Time:** 09:50

**Inmate Present:** Yes   **Reason(If No):** N/A

**Violation:** 1.02/200.201 Assault, 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

**Inmate PLEA:** Not Guilty

**Inmate Statement:** Didn't threaten or assault anyone. I had two library books they don't count. Pusey grabbed me and put me in choke hold. Sith hit me repeatedly.

**Witness Name:** Smith, Joe C\O

**Testimony:** N/A

**Decision:** Guilty

**Rational:** During confrontation c/o Pusey said writeup happened as he reported. Per report and confrontation inmate found guilty. 15 days isolation currently being done.

**Sanctions:** N/A

### HEARING OFFICER'S SIGNATURE
Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

[X] DO   [ ] DO NOT INTEND TO APPEAL

**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[ ] Inmate does not wish to appeal          [ ] Appeal has been denied by Commissioner or Designate
[ ] Sanctions have been modified            [X] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Isolated Confinement | | 15 | |

Page 1 of 1