# EXHIBIT C

Case 1:05-cv-00870-SLR    Document 102-4    Filed 09/20/2007    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANE K. HOPKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-870-SLR |
| ) | |
| JOHN PUSEY, JOSEPH SMITH, ) | Jury Trial Demanded |
| DAVID PIERCE, LISE MERSON, ) | |
| JUDITH MULLEN, DREWRY FENNELL, ) | |
| M. JANE BRADY ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF MICHAEL LITTLE

I, Michael Little, having been duly sworn according to the law, do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as Legal Services Administrator. I have been employed by the Department of Correction for 15 years. I have held this position since August of 2002.

2. At the request of the Deputy Attorney General defending this matter, I have reviewed the housing record for Shane Hopkins for November and December of 2004.

3. Hopkins was transferred from medium high security to isolation on November 26, 2004. He was held in isolation until December 10, 2004. On December 10, 2004, he was returned to maximum security.

_____
Michael Little

SWORN TO AND SUBSCRIBED BEFORE ME THIS 20th DAY OF September, 2007.

_____
NOTARY

Brian D. Engrem
Notary Public, State of Delaware
My Commission Expires June 14, 2008