# EXHIBIT F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SHANE K. HOPKINS,                          )
                                           )
         Plaintiff,                        )
                                           )
    v.                                     )        C.A. No. 05-870-SLR
                                           )
JOHN PUSEY, JOSEPH SMITH,                  )        Jury Trial Demanded
DAVID PIERCE, LISE MERSON,                 )
JUDITH MULLEN, DREWRY FENNELL,  )
M. JANE BRADY                              )
                                           )
         Defendants.                       )

## AFFIDAVIT OF MARCELLO RISPOLI

     I, Marcello Rispoli having been duly sworn according to the law, do hereby depose and state the following:

1.    I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as Correctional Captain. I have been employed by the Department of Correction for 21 years.

2.    Inmates at the Delaware Correctional Center are not prohibited from filing grievances while in isolation. An inmate must request a grievance form through a correctional officer. While inmates are not allowed to have writing utensils while in isolation, an inmate who has requested a grievance will be provided with the grievance form and a writing utensil for a limited time period.

1

3. The same process for requesting grievance forms is used when inmates are confined in maximum security, except that they are allowed to have writing utensils in their cells.

Marcello Rispoli

SWORN TO AND SUBSCRIBED BEFORE ME THIS _19_ DAY OF _Sept_, 2007.

NOTARY

2