# ATTACHMENTS-A

Appendix K2
Page 2

## ADMINISTRATIVE TRANSFER

### INMATE STATEMENT

S.H.* While conducting a search of my property officer Pusey found more then the institutional allowance of 2 Books. The extra books where from the institutional library. I had 2 personal books that where sent into the prison by a family member. These personal books where clearly labled as personal property, the books titled "The Davinci Code" and "Angles and demons" t John Brown had stickers with my name and SBI num on the cover. Officer Pusey took these Books along with a personal Websters Colegiate Dictionary and Websters Thesauras in order to be malicious. Because he could. Officer Pusey then brought my property to my cell. When I asked officer pusey about my *S.H. (Cont.)

ATTEST

_Shane Hopkins_
Inmate Signature

11-26-04
Date

_[signature]_ 11-26-04
Staff Signature    Date

Inmate refused to make a statement ☐

DO NOT DUPLICATE. FORWARD ORIGINAL TO SECURITY SUPERINTENDENT'S OFFICE ONLY.

Form# 228-B (Rev 11/97)

PG# 13

x1 or script property...

Officer Pusey physically grabed me by my shirt telling me to get into the cell. I tripped backwards over my bag of property and banged my head onto the cell door handle and befor I could stand back up straigh Officer Pusey placed me in a choke hold and took me down to the ground. Officer Smith came up the stairs and punched me in the face repeatedly while I was on the ground shouting how he hated me and had been waiting for a chance to "wip my fagot ass".

S.H Officer Pusey placed me in hand cuffs and kneele, on my back. Officer Pusey told officer Smith to "Spray this motherfucker" despite the fact that I we already restrained and not resisting. After I was Pepper sprayed I was lifted off of the ground and grabed by the hair, my face was then repeatedly banged into the wall wall while my hands that where cuffed behind my back where held up causing me to stand on my tippy toes. x S.H

S.H x Officers Pusey and Smith led me down the steps and out to Building 22s sliding doors. They "I dont know who because I couldn't see" perposfully banged my head and face into the sliding doors door jamb. x S.

Pt. #14

my face was rammed into the inside sliders door jamb, the outside sliders door jamb and building #24's door jamb, along with comments like "How did that feel" and "That sounded like it hurt". × S.H

S.H × This abuse was done because of officer Smith and Officer Puseys personal feelings towards me, not because of any rule infraction at the time of the incident. × S.H

S.H × The oppertunity presented itself for officers Smith and officers Pusey to have some fun at my expense knowing that thier actions could be justified.

S.H × I hold no long time personal grudges about past confrintations like officers Smith and officer Pusey did. Thier abuse of power is unjustified. × S.H

_____  11-26-04
STAFF SIGNATURE    DATE

Shane Hopkins
_____
11-26-04
DATE

I/M SHANE HOPKINS #253918    11-26-04    1600 HRS

PHOTOS BY Lt. YODER






11-26-04    1600 HRS

PG #10