# ATTACHMENTS-E

| Disciplinary# | DCC Delaware Correctional Center | Date: 11/27/2004 |
|---|---|---|
| 1014567 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | i8CL8 |

# DISCIPLINARY REPORT

**Disciplinary Type:** Class1    **Housing Unit:** Bldg 18    **IR#:** 1017887

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00253918 | Hopkins, Shane K | DCC | Bldg.22 A Tier | 11/26/2004 | 15:00 |

**Violations:** 1.02/200.201 Assault, 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

**Witnesses:** 1. Smith, Joe    2. N/A    3. N/A

### Description of Alleged Violation(s)

On November 26, 2004 I C\O Pusey, John And C\O Smith, Joe Were Transferring Inmate Hopkins, Shane Sbi #00253918 From AI10- To Au12 Because Of A Clogged Toilet. I C\O Pusey Noticed That I\M Hopkins Had In Excess Of Books In His Possession An Started To Shakedown His Cell AI10 While I/M Hopkins Was Transferred To Au12. I C\O Pusey Then Confiscated And Bagged Up A Of I\M Hopkins Belongings And Took Them To Him In 22au12. I C\O Pusey Had Au12 Cell Door Opened To Hand The Property Ove To I\M Hopkins. I Then Told Him That The Allowable Items Were In His Bag, At This Time I\M Hopkins Became Agitated And Starte To Come Out Of His Cell. I Placed My Hand Up To Stop Him And He Pushed My Hand Out Of The Way And Shoved Past Me B Pushing Me In The Chest Area. I Then Grabbed Him To Secure Him And Then He Began To Resist. I Then Notified C\O Smith Wh Was On The Tier To Help Secure Him, We Then Placed I/M Hopkins On The Ground And Called For Backup. I\M Hopkins Continue To Resist And Sgt. Outen, Clifton Sprayed I\M Hopkins To Help Secure Him. I/M Hopkins Was Handcuffed And Secured, The Removed From The Tier And Transported To Mhu 24 Classroom #2 And Was Seen By Medical Nurse Betty And Refused Medica Treatment. I/M Hopkins Excessive Books Were Confiscated And Inventoried As Evidence. I/M Hopkins Was Advised That He Woul Be Receiving A Mab Write-Up For His Actions And Transferred To Bldg #18 Isolation.

**Reporting Officer:** Pusey, John E Jr(Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Pusey, John E Jr-Correctional Officer

I/M Capfoamed, I/M Secured, I/M Seen By Medical, I/M Advised Of Mab Write-Up, Accomplished 404, 122 And 537

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** All Evidence Secured And Forwarded To Shift Commander

### Approval Information

**Approved:** ☑    **Disapproved:** ☐    **Approved By:** Mccreanor, Michael (Shift Commander - Large Inst.)

**Comments:** N/A

### Shift Supervisor Details

**Date Received:**    **Time:**    **Received From:** ___

**Shift Supervisor Determination:**

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearin

_____
Mccreanor, Michael (Shift Commander - Large Inst.)

Page 1 of 2