# ATTACHMENTS-G

DR # 1014567

Date: 11-26-04

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## NOTICE OF DISCIPLINARY HEARING – FOR MINOR/MAJOR OFFENSE

To: Inmate: HOPKINS, SHANE K.    SBI#: 00 253918    Housing Unit: 22

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122).

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.

    How do you plead?  ☐ Guilty   ☒ Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
    a. Written Reprimand.
    b. Loss of one or more privileges for a period of time **of more than 24 hours but less than 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
    a. Loss of one or more privileges for a period **of more than 15 days but less than 60 days.**
    b. Confinement to assigned quarters for a period of time not to exceed 30 days.
    c. Isolation confinement for a period of time not to exceed 15 days.
    d. Loss of good time for a period of time not to exceed 30 days. (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the rights in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested?  ☒ Yes  ☐ No   Name of Counsel: CHRIS DESMOND

7. Confront accuser?  ☒ Yes  ☐ No

8. Witness requested?  ☒ Yes  ☐ No   Name of Witness: MARTIN ROBERTS
                                                        WILLARD CHEATWOOD
                                                        CURTIS BROWN

I certify that on 11-26-04 at 1705,
    (Date)       (Time)

I served upon the above inmate this notice of Disciplinary Hearing for Minor/Major Offense and the Disciplinary Report is attached hereto.

_____
(Employee's Signature & Title)

I have received copies of 122 & 127 and understand my rights as Form #127 has been read to me.

_____
(Inmate's Signature)   Shane Hopkins

Page 1

Form 127: May 30, 2003  DACS

PG #2

DR # 10 4567

Date: 12/9/04

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☑ Class I (Major)   ☐ Class II (Minor)   ☐ Summary (24 Hour LOAP)

Inmate: Hopkins, Shane   SBI#: 00 253910
Institution: Delaware Correctional Center   Hearing Date: 12/9/04   Time: 0950

Inmate Present: ☑ Yes   ☐ No

Reason (If No): _____

Violation: 2[?].[?]01 Assault  2[?][?].203 DTB  2[?][?].10? PTO  2[?][?].111 P[?]DC
Inmate Plea: Not guilty
Inmate Statement: Didn't threaten or assault anyone. I had the Warren books they don't count. Pixey grabbed me and put me in choke also Smith hit me repeatedly.

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Decision: ☑ Guilty   ☐ Not Guilty   ☐ Further Investigation
Rational: During confrontation w/ Pusey, and w[?] witness[?] [?] happened as he reported. Per report [?] confrontation inmate found guilty.

Sanctions: 15 days isolation currently being [?]

Hearing Officer's Signature: [signature]

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☑ I do intend to appeal.
☐ I do not intend to appeal.

inmate unable to sign [?]

Inmate's Signature

### ORDER TO IMPLEMENT SANCTIONS

☐ Inmate does not wish to appeal   ☐ Appeal has been denied by Commissioner or Designee
☐ Sanctions have been modified   ☐ Time Limit (72 hours since hearing) for appeal has expired

Modifications: _____
It is hereby ordered to implement the sanctions or modified sanctions on Date: _____  Time: _____

Form 121 – May 30, 2003 – 2 pt. NCR   DACS

PG # 11

| DR# 1014567 | DCC Delaware Correctional Center Smyrna Landing Road SMYRNA DE, 19977 Phone No. 302-653-9261 | Date: 12/14/2004 |
|---|---|---|

## DISCIPLINARY HEARING DECISION

| Inmate: Hopkins, Shane K | SBI#: 00253918 | Type: Class 1 |
|---|---|---|
| Institution: DCC, Delaware Correctional Center | Hearing Date: 12/09/2004 | Time: 09:50 |

**Inmate Present:** Yes    **Reason(If No):** N/A

**Violation:** 1.02/200.201 Assault, 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

**Inmate PLEA:** Not Guilty

**Inmate Statement:** Didn't threaten or assault anyone. I had two library books they don't count. Pusey grabbed me and put me in choke hold. Sith hit me repeatedly.

**Witness Name:** Smith, Joe, C\O

**Testimony:** N/A

**Decision:** Guilty

**Rational:** During confrontation c/o Pusey said writeup happened as he reported. Per report and confrontation inmate found guilty. 15 days isolation currently being done.

**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE** _____
Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

[X] DO    [ ] DO NOT INTEND TO APPEAL

_____
**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal      [ ] Appeal has been denied by Commissioner or Designate

[ ] Sanctions have been modified        [ ] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Isolated Confinement |  | 15 |  |

Page 1 of 1

Pg #12