# ATTACHMENTS-H

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 11/26/02 | 1545 | | Called by security to assess I/M after being involved c̄ a code. Noted to have been sprayed c̄ encounter. Noted superficial abrasions @ ↑ back and @ shoulder about 4cm. Also noted bruising to top of L ear. Superficial scratches also noted to neck. Open area to bridge of nose, edema, c̄ bruising scratches to forehead and abrasions hair line @ side. ⊘ dizzy c̄ movmt. Won't open eyes. Eyes flushed c̄ milk by building lt. Voiced ⊘ numbness L dist @ hand. Noted capillary refill <3 sec. VS- 131/92 P-118 R-16 Do not c/o N/V pulse ⊕ all areas cleaned c̄ NS. Refused to have triple antibiotic ointment placed to areas. Attempts made to continue refusal. Witnessed by Cpl. Lykes. Given info to Lt. Yoder. Continued refusal to open eyes. |

NAME— Last: Hopkins    First: Shane    Middle:    Attending Physician:    Record No:    Room/Bed:

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse

PG #9