# ATTACHMENTS-I

## DECLARATION OF SHANE K. HOPKINS

I Shane K. Hopkins, Being Duly Sworn And Deposes And Says That The
Foregoing Statement Is True And Correct Under The Laws Of The State Of
Delaware Under Penalty Of Perjury.

(1) During My (15) Day Stay Within Isolation After The November 26,
    2004 Incident Between Myself And Several Correctional Officers I
    Requested And Was Denied Grievances And Writing Materials.
(2) I Have Had The Misfortune To Have Spent Time Within D.C.C.
    Isolation On Several Occasions And I Nor Anyone Else Has Ever To
    My Knowledge Been Provided Any Thing Other Then (1) Sheet (1)
    Blanket And The Clothes On Their Backs.
(3) D.C.C Policy States That Inmates Are Permitted Writing Materials In
    Order To File Grievances While In Isolation. This Rule Is Not Followed.
(4) On The Dates Of September 26, And 27, I Have Asked Several
    Delaware Department of Corrections Employee's Whom Are
    Responsible For The Overseeing Of Isolation Within C Building If
    Inmates Are Permitted To Have Grievances Or Writing Materials At
    Any Time. All Of The Following Correctional Officers Told Me That
    Inmates Within Isolation Are Not Permitted Writing Materials Of Any
    Kind. Lt. Forbes, Lt. Cessna, Lt. Godwin, Sgt. George, And Sgt.
    Thomas.

Dated October 19, 2007                    Shane Hopkins
                                          Shane K. Hopkins 253918
                                          D.C.C.
                                          1181 Paddock Rd.
                                          Smyrna Delaware
                                                      19977

I Declare Under Penalty Of Perjury That The Above Statement Is True
And Correct. (28 U.S.C. 1746& 18 U.S.C.1621)

# Affidavit In Support
## Of Denial Claims

I, Herman L. Hicks swears under the penalties of perjury that, the claims in this Affidavit is true and correct.

All Inmates being housed in S.H.U Isolation Build 18 C- Block is Denied any kind of writting materials, Be that pen, paper, or envelopes, these Items are denied until you leave Isolation, nor are the Inmates allowed to receive any mail while in Isolation, all mail is collected and handed out during mail call once an Inmate leaves Isolation.

I swear under the penalties of perjury that the claims made here in this affidavit is true and correct.
( 28 U.S.C. 1476 & 18 U.S.C. 1621 )

Respectfully
Inmate Herman L. Hicks
D.C.C.

STATE OF DELAWARE  )
                              ) SS

**COUNTY OF** _____ )

AFFIDAVIT OF: Jarvis Sturgis
DATED: 9/27/07

### AFFIDAVIT

I, _Jarvis E Sturgis_ , being first duly sworn deposes and says that the foregoing
statement is a true and correct observation of what occurred on the above date herein at/in
_____ located in the Delaware Correctional Center, Smyrna,
Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state
under penalty of perjury of the laws of the State of Delaware.

During my stay In Isolation I requested A Pen And
my mail. I was told that Inmates in Isolation Are not
Allowed to Have Any other Then 2 Sheets 1 Blanket And The
Clothes they are wearing in Isolation. No one is permettied to
Posess any writing materials while in Isolation.

I Swear under Penalty of Punjury That this is A
True Affidavit. (28 USC 1476 and 18 USC 1621)

Affiant: _____
                 **Signature**

       Jarvis Sturgis
          **Print Name**
         **Delaware Correctional Center**
         **Smyrna, DE. 19977**

**SWORN TO AND SUBSCRIBED before me this _____ day of _____, 200_.**

**My Commission Expires:**

                 _____
                 **Notary Public**

# affidavit

Shu Building 18 isolation when inmates request for writing paper pencil or writing pen so that they are able to Address pending legal matter their request are denied By the officer who work who state that your not Allow to have any of the above mention Items I have been in isolation on many of occasion an have witness this my self an have also been one who have been denied these same Items I Declare under penalty of perjury that the forgoing statement is true and correct (28 U.S.C. 1476 & 18 U.S.C. 1621) respectfully submitted from inmate william c copper