# ATTACHMENTS-J

SHU 17 AL4

To: Assistant Deputy Warden D.K. Pierce
    Major Dave Holman
    Section Supervisor
    D.C.C. Smyrna - S.H.U - MHU units

RECEIVED
MAY 0 9 2005
DEPUTY WARDEN I

Re: Grievance #9907   Assault of Inmate.

I am requesting that you notify me of the outcome of my request - Grievance as to the assault upon my person as stated in Grievance #9907 and Deputy Warden D.R. Pierce's request at top of Grievance for you to assign Supervisor (other then LT. Boone) to investigate the allegations therein.

Please Notify me Accordingly.

Sincerely Yours,
Shane Hopkins

Shane Hopkins #00253415
S.H.U 17-A-L#4

xc: File
cc: Colm F. Connolly Esq

Exhibit "C"



**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**OFFICE OF THE DEPUTY WARDEN I**
**DELAWARE CORRECTIONAL CENTER**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

### MEMORANDUM

TO:      IM Shane Hopkins SBI# 253918 SHU 17 AL4

FROM:    David Pierce, Deputy Warden I

DATE:    May 18, 2005

RE:      Grievance

---

I received your letter May 9, 2005, regarding your grievance outcome. When a decision is reached you will be notified.

DP/dc
Attachment
cc:   File

17 AL4

May 30, 2005

RECEIVED
MAY 3 1 2005
DEPUTY WARDEN I

D.W. D.E. Pierce
Re: Reply To Your Memorandum of 5-18-05

Dear Sir,

Thank You For Responding To My Written Request Recieved on 5-9-05 As to Grievance #9907 Disposition. I Would Like You To Know That No One Has Spoken To Me About This Grievance Or Another Addendum Grievance #9908 Since They Where Filed. I Would Also Note That I Was Denied Access To Anything During The Time Period I Was Held In Isolation Status, Thus I Filed As Soon As I Obtained My Property Back. I Say This Because It Is A Common Custom Or Practice To Deny Anyone In Isolation Status A Pen Or Grievances.

I Would Also Note That B.O.P And C.F.R On Grievance Procedure Will Show That No Process Now Could Be Timely As The Grievances Are More Then 180 days Old.

Please Notify Me As to Who Is Investigating These.

Sincerely Yours,
Shane Hopkins
Shane Hopkins #253918
S.H.U. #17 A-L#4



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN I**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

MEMORANDUM

TO:      IM Shane Hopkins SBI# 253918 SHU 17 AL4

FROM:    David Pierce, Deputy Warden I

DATE:    June 2, 2005

RE:      Grievance

I received your letter dated May 30, 2005, regarding grievances you filed. Grievance #9907 and #9908 were rendered non-grievable issues. Therefore this matter is closed.

DP/dc
Attachment
cc:      File

June 12th, 2005

Deputy Warden
David E. Pierce

Re: Reply to your June 2nd, 2005    Ref: Grievance #9907
    and #9908

Sir,
   Presumptively, when you ordered an investigation on 12-30-04, by the notation at the top of Grievance #9907 you instituted a seprate and distinguishing inquiry out-side of and including the rejection reasons stated on the back of the original grievance dated 12-20-04 by C.P.L. L.M. Merson. My inquiry specifically asked of you who was assigned to investigate the matter upon the aforesaid.
   Since I have not spoken to anyone about this at any point thus-far I would request or Major David Holman to notify me accordingly.
   I am requesting an investigation and criminal charges henceforth.

                                   Sincerely Yours,
                                 x Shane Hopkins
xc: File                              #253918
                                   Shane Hopkins.

State of Delaware  
County of New Castle } SS.

Affidavit of: Kenny F. Reeder  
Dated: February 5, 2007

# AFFIDAVIT

I, Kenny F. Reeder, being first duly sworn deposes & says that the foregoing statement is true & correct under the laws of the State of Delaware & Penalty of Perjury.

1. On November 26, 2004, I was present on A-tier in building #22 when inmate Shane Hopkins was assaulted, choked by C.O. J. Smith & C.O. Pusey.

2. I seen both C.O.'s (Pusey & Smith) take turns punching inmate Hopkins in his mid section & legs while he was on the floor under the windows at top of stairs. Inmate Hopkins is a little guy and both C.O.'s were well over two Hundred (200) Pounds. He did not resist at all.

3. When Shane was on the floor, he turned onto his stomach & placed his hands on his back, that is considered a non-threatening gesture.

4. C.O. Pusey got on Shane's back with both knees on his arms while C.O. Smith repeatedly punched Shane (what looked like) in his face. This whole time C.O. Smith was cursing towards Shane thru clenched teeth.

5. C.O. Pusey then started choking Shane to the point where he may have passed out. What made me think this is because Shane looked

lifeless laying on the floor.

6. I then seen Sgt. Outten and a few others come on the tier & C.O. Smith commanded Sgt. Outten to "spray" (capstun) Shane in which he did. Shane was then handcuffed & picked up to his feet, & told to face the corner of the two (2) walls.

7. C.O. Smith smacked Shane acrossed the back of his head a few times & it appeared the force of the smack made his face hit the wall. I was then ordered to lock-in, once the C.O.'s noticed some guys (inmates) were out watching, we were ordered to lock-in.

8. As Shane was escorted off the tier C.O. Smith had his hands around Shane's neck as if he was showing off his prize.

9. I looked out my window & watched Shane practically been drug up the sidewalk. C.O. Smith & Pusey had Shane's arms so high up his back that it forced him/his body into a "L" shape with his head sticking out forward.

10. It appeared that when Shane reached the entrance of building #24, his head was rammed into the structure (wall).

Declarant: _Kenny Peeder_
(28 U.S.C. 1746 & 18 U.S.C. 1621)
#253949, 1181 Paddock Rd. D.C.C.
Smyrna, DE. 19977

STATE OF DELAWARE        )           AFFIDAVIT OF: Colbert Shannonhouse
                         ) SS        DATED: March 27th 2007
COUNTY OF New Castle     )

## AFFIDAVIT

I, Colbert Shannonhouse, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in 22 MHu located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware. I was living on 22 tier Lower 8 And I clearly saw what happen on 11-26-04, I was standing in my door window the whole time the situation happen. What I saw was Im/Hopkins being bullied, punch and kneed for no reason by c/o Smith and c/o Pusey there was some reason that Inmate Hopkins had to move from Lower 10 to upper 12 and when officers told him Im/Hopkins where he was going he told officers that some thing was going to happen if he goes into that cell, a fight might happen! Then out of nowhere c/o Smith started choking him I saw Smith both hitting him and pushing his face in to the wall once on the ground the beating got worse. I saw c/o Smith Face He was like a Beast, He was shouting and saying he hated this pussy then c/o Pusey was on his back with both knees by that time another c/o come on the tier so they took him off then I heard people in my vent saying they c/os was still fucking him up look out the window and they c/o Smith and c/o Pusey was running his head into the door of bld 24 then I have not seen him since.

Affiant: Colbert Shannonhouse
Signature

Colbert Shannonhouse
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 27 day of March, 2007

My Commission Expires: _____

Notary Public

State of Delaware   )
                    ) SS.
County of New Castle )

Affidavit of: Christopher R. Desmond
Dated: 2-6-07

## AFFIDAVIT

I, Christopher Desmond, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in Building 22 MHU located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

On 11-26-04 I was in my cell on A-Tier cell A-U-7 in Building 22 when at approx. 3:00 PM C/O Pusey handed inmate S. Hopkins a Bag at which time inmate Hopkins look like he stepped out of his cell to review the inside of the Bag, C/O Pusey then pushed inmate Hopkins to the floor and looked from my view like he was hitting him in the head. Shortly thereafter C/O Smith came up and jumped on inmate Hopkins along with C/O Baker and several other C/O's I dont no their names. They then drug inmate Hopkins down too the first floor and outside of A-Tier. Inmate Hopkins looks to be 5 feet 5 at most while the C/O Pusey and Smith are at least 6 feet and plus 200 lbs each. inmate Hopkins was handcuffed at this time therefore little resistance could have been offered by inmate Hopkins, to justify such force shown by officers at this time.

Affiant: Christopher Desmond (Signature)
Print Name: Christopher R. Desmond
Delaware Correctional Center
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this 6 day of Feb, 2007.

My Commission Expires: None thru at this time

Notary Public

Thumb print of left hand

June 12th, 2005

Deputy Warden
David E. Pierce

Re: Reply to your June 2nd, 2005   Ref: Grievance #9907
and #9908

Sir,

Presumptively, when you ordered an investigation on 12-30-04, by the notation at the top of Grievance #9907 you instituted a seprate and distinguishing inquiry out-side of and including the rejection reasons stated on the back of the original grievance dated 12-20-04 by C.P.L. L.M. Merson. My inquiry specifically asked of you who was assigned to investigate the matter upon the aforesaid.

Since I have not spoken to anyone about this at any point thus-far I would request or Major David Holman to notify me accordingly.

I am requesting an investigation and criminal charges henceforth.

Sincerely Yours,
x Shane Hopkins
#253918

Shane Hopkins.

XC: File

State of Delaware  }
County of New Castle } SS.

Affidavit of: Kenny F. Reeder
Dated: February 5, 2007

# AFFIDAVIT

I, Kenny F. Reeder, being first duly sworn deposes & says that the foregoing statement is true & correct under the laws of the State of Delaware & Penalty of Perjury.

1. On November 26, 2004, I was present on A-tier in building #22 when inmate Shane Hopkins was assaulted, choked by C.O. J. Smith & C.O. Pusey.

2. I seen both C.O.'s (Pusey & Smith) take turns punching inmate Hopkins in his mid section & legs while he was on the floor under the windows at top of stairs. Inmate Hopkins is a little guy and both C.O.'s were well over two hundred (200) pounds. He did not resist at all.

3. When Shane was on the floor, he turned onto his stomach & placed his hands on his back, that is considered a non-threatening gesture.

4. C.O. Pusey got on Shane's back with both knees on his arms while C.O. Smith repeatedly punched Shane (what looked like) in his face. This whole time C.O. Smith was cursing towards Shane thru clenched teeth.

5. C.O. Pusey then started choking Shane to the point where he may have passed out. What made me think this is because Shane looked

lifeless laying on the floor.

6. I then seen Sgt. Outten and a few others come on the tier & C.O. Smith commanded Sgt. Outten to "Spray" (Capstun) Shane in which he did. Shane was then handcuffed & picked up to his feet, & told to face the corner of the two (2) walls.

7. C.O. Smith smacked Shane acrossed the back of his head a few times & it appeared the force of the smack made his face hit the wall. I was then ordered to lock-in, once the C.O.'s noticed some guys (inmates) were out watching, we were ordered to lock-in.

8. As Shane was escorted off the tier C.O. Smith had his hands around Shane's neck as if he was showing off his prize.

9. I looked out my window & watched Shane practically been drug up the sidewalk. C.O. Smith & Pusey had Shane's arms so high up his back that it forced him/his body into a "L" shape with his head sticking out forward.

10. It appeared that when Shane reached the entrance of building #24, his head was rammed into the structure (wall).

Declarant: Kenny Reeder
(28 U.S.C. 1746 & 18 U.S.C. 1621)
#253949, 1181 Paddock Rd. D.C.C.
Smyrna, DE. 19977

STATE OF DELAWARE        )
                         ) SS
COUNTY OF New Castle     )

AFFIDAVIT OF: Colbert Shannonhouse
DATED: March 27th 2007

## AFFIDAVIT

I, Colbert Shannonhouse, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in 22 M tier located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware. I was living on 22 A tier lower 8 And I clearly saw what happen on 11-26-04. I was standing in my door window the whole time the situation happen. What I saw was Im/Hopkins being bullied, punch and kneed for no reason by co/smith and co/pusey there was some reason that Inmate Hopkins had to move from Lower 10 to upper 12 and when officers told him Im/Hopkins where he was going He told officers that some thing was going to happen if he goes into that cell a fight might happen! Then out of nowhere C/o smith started choking him I saw smith both hitting him and pushing his face in to the wall once on the ground the beating got worse. I saw c/o smith Face He was like a Beast, He was shouting and saying He Hated this pussy then c/o pusey was on his back with both knees by that time Another c/o come on the tier so they took him off then I heard people in my vent saying they c/os was still fucking him up look out the window and they c/o smith and c/o pusey was Running his Head into the door of bld 24 then I have not seen him since.

Affiant: Colbert Shannonhouse
Signature

Colbert Shannonhouse
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 27 day of March, 2007

My Commission Expires: _____

_____
Notary Public

State of Delaware      )
                       ) SS.
County of New Castle   )

Affidavit of: Christopher R. Desmond
Dated: 2-6-07

## AFFIDAVIT

I, Christopher Desmond, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in Building 22 MHU located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

ON 11-26-04 I was in my cell on A-Tier cell A-U-7 in Building 22 when at appx. 3:00 PM C/O Pussy handed inmate S. Hopkins a bag at which time inmate Hopkins look like he stepped out of his cell to review the inside of the bag, C/O Pussy then pushed inmate Hopkins to the floor and looked from my view like he was hitting him in the head, shortly thereafter C/O Smith came up and jumped on inmate Hopkins along with C/O Baker and several other C/O's I don't no their names. They then drug inmate Hopkins down too the first floor and outside of A-Tier. Inmate Hopkins looks to be 5 feet 5 at most while the C/O Pussy and Smith are at least 6 feet and plus 200 lbs each, inmate Hopkins was handcuffed at this time therefore little resistance could have been offered by inmate Hopkins, to justify such force shown by officers at this time.

Affiant _Christopher R. Desmond_
Signature
Christopher R. Desmond
Print Name
Delaware Correctional Center
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this 6 day of February, 2007.

My Commission Expires: None Nva at this time
Notary Public

Thum print of left hand



FM: Shane Hopkins
SBI# 253916   UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
U.S. District Court
844 N. King St. Lockbox #18
Wilmington, Delaware
19801-3570

"Legal Mail"
Mailed October 21, 2007

U.S.M.S.
U.S.-RAY