# EXHIBIT A

## Offender Status Sheet

Date: 11/02/2007

| | | | | |
|---|---|---|---|---|
| SBI #: 00253918 | Name: SHANE K HOPKINS | Sex: M | | |
| Location(s): DCC | Level(s): 5 | Race: WHITE | DOB: 10/05/1973 | Sex Offender: [ ] |
| AKA: SHANE K HOPKINS | | | | |
| Offender Type: Sentenced | | Officer(s): | | |

### Level: 5

Start Date: 03/07/1995   MED: 02/27/2011   STRD: 08/12/2009   ADJ: 07/24/2009   PED:   Statutory Days Earned: 564.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9503004598 | IN95060608 | BURGLARY 2ND | | Current | 2 | 0 | 0 | 03/07/1995 | 03/06/1997 | 01/05/1997 | 01/05/1997 | | |
| U7 | Richard R Cooch | STANDARD | 05/24/1996 | 03/07/1995 | | | | | | | | | |
| 9503004598 | IN95030874 | BURGLARY 2ND | | Current | 2 | 0 | 0 | 03/06/1997 | 03/05/1999 | 10/24/1998 | 10/24/1998 | | |
| U7 | Richard R Cooch | STANDARD | 05/24/1996 | 03/07/1995 | | | | | | | | | |
| 9503004598 | IN95030883 | BURGLARY 2ND | | Current | 2 | 0 | 0 | 03/05/1999 | 03/04/2001 | 08/12/2000 | 08/12/2000 | | |
| U7 | Richard R Cooch | STANDARD | 05/24/1996 | 03/07/1995 | | | | | | | | | |
| 9503004598 | IN95030901 | BURGLARY 2ND | | Current | 2 | 0 | 0 | 03/04/2001 | 03/03/2003 | 05/31/2002 | 05/31/2002 | | |
| U7 | Richard R Cooch | STANDARD | 05/24/1996 | 03/07/1995 | | | | | | | | | |
| 9503004598 | IN95030892 | BURGLARY 2ND | | Current | 2 | 0 | 0 | 03/03/2003 | 03/02/2005 | 03/19/2004 | 03/19/2004 | | |
| U7 | Richard R Cooch | STANDARD | 05/24/1996 | 03/07/1995 | | | | | | | | | |
| 9503004598 | IN95030903 | BURGLARY 2ND | | Current | 2 | 0 | 0 | 03/02/2005 | 03/01/2007 | 01/05/2006 | 01/05/2006 | | |
| U7 | Richard R Cooch | STANDARD | 05/24/1996 | 03/07/1995 | | | | | | | | | |
| 9503004598 | IN95030906 | BURGLARY 2ND | | Current | 2 | 0 | 0 | 03/01/2007 | 02/28/2009 | 10/25/2007 | 10/25/2007 | | |
| U7 | Richard R Cooch | STANDARD | 05/24/1996 | 03/07/1995 | | | | | | | | | |
| 9503004598 | IN95030959 | BURGLARY 2ND | | Current | 2 | 0 | 0 | 02/28/2009 | 02/27/2011 | 08/12/2009 | 07/24/2009 | | |
| U7 | Richard R Cooch | STANDARD | 05/24/1996 | 03/07/1995 | | | | | | | | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IN95060608 | 5 | CRT1 | Other Conditions: | AS TO IN95-06-0608; SENTENCED TO 2 YEARS LEVEL 5. |
| IN95030874 | 5 | CRT1 | Other Conditions: | AS TO IN95-03-0874; SENTENCED TO 2 YEARS LEVEL 5. |
| IN95030883 | 5 | CRT1 | Other Conditions: | AS TO IN95-03-0883; SENTENCED TO 2 YEARS LEVEL 5. |
| IN95030901 | 5 | CRT1 | Other Conditions: | AS TO IN95-03-0901; SENTENCED TO 2 YEARS LEVEL 5. |
| IN95030892 | 5 | CRT1 | Other Conditions: | AS TO IN95-03-0892; SENTENCED TO 2 YEARS LEVEL 5. |
| IN95030903 | 5 | CRT1 | Other Conditions: | AS TO IN95-03-0903; SENTENCED TO 2 YEARS LEVEL 5. |
| IN95030906 | 5 | CRT1 | Other Conditions: | AS TO IN95-03-0906; SENTENCED TO 8 YEARS LEVEL 5, SUSPENDED AFTER SERVING 2 YEARS FOR 1 YEAR LEVEL 4 HALFWAY HOUSE. FOLLOWED BY 3 YEARS LEVEL 3. FOLLOWED BY 2 YEARS LEVEL 2. LEVEL 4 HOLD AT 5. |
| IN95030959 | 5 | CRT1 | Other Conditions: | AS TO IN95-03-0959; SENTENCED TO 2 YEARS LEVEL 5. FOLLOWED BY 6 YEARS LEVEL 2. |

## Offender Status Sheet

**Date:** 11/02/2007

| | | | |
|---|---|---|---|
| **SBI #:** 00253918 | **Name:** SHANE K HOPKINS | **Sex:** M | |
| **Location(s):** DCC | **Level(s):** 5    **Race:** WHITE | **DOB:** 10/05/1973 | **Sex Offender:** [ ] |
| **AKA:** SHANE K HOPKINS | | | |
| **Offender Type:** Sentenced | **Officer(s):** | | |