OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 18, 2008

TO: **Delaware Correctional Center**
**ATTN: Business Office**
**P.O. Box 500**
**Smyrna, DE 19977**

    **RE: Return of Check #24049 - Shane Hopkins - CA 05-870 SLR**

Enclosed check in the amount of $33.56 is returned by the Clerk's Office without action. Inmate Shane Hopkins, SBI #253918, has a balance of $17.61 for CA 05-870 SLR. A copy of our Financial ledger is enclosed for your reference. Mr. Hopkins does not owe filing fees for any other cases currently before this Court.

Please contact me directly if you have a question, at 302-573-6158.

/rbe

BY:/s/ _____
Ronald B. Eberhard
Intake Supervisor

Sincerely,

PETER T. DALLEO
CLERK

Attachment - Check 24049 DCC
cc: The Honorable Sue L. Robinson, CA 05-870 SLR
    Financial Administrator
    Shane Hopkins, SBI #253918, DCC

SHANE K. HOPKINS V. PUSEY ET AL.

CA 05-870-SLR
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 1/2/2006 | | | | 250 |
| 3/16/2006 | 5100PL | 142758 | 7.94 | 242.06 |
| 6/16/2006 | 5100PL | 143827 | 6.05 | 236.01 |
| 7/27/2006 | 5100PL | 144198 | 12.00 | 224.01 |
| 8/15/2006 | 5100PL | 144421 | 6.00 | 218.01 |
| 9/15/2006 | 5100PL | 144751 | 14 | 204.01 |
| 10/25/2006 | 5100PL | 145181 | 8 | 196.01 |
| 11/7/2006 | 5100PL | 145324 | 26 | 170.01 |
| 12/14/2006 | 5100PL | 145684 | 8 | 162.01 |
| 1/23/2007 | 5100PL | 146169 | 18 | 144.01 |
| 2/8/2007 | 5100PL | 146390 | 0.02 | 143.99 |
| 3/13/2007 | 5100PL | 146825 | 10.89 | 133.10 |
| 4/9/2007 | 5100PL | 147146 | 19.09 | 114.01 |
| 5/8/2007 | 5100PL | 147478 | 26 | 88.01 |
| 6/14/2007 | 5100PL | 147893 | 8 | 80.01 |
| 7/16/2007 | 5100PL | 148195 | 8 | 72.01 |
| 8/8/2007 | 5100PL | 148473 | 10.11 | 61.90 |
| 9/12/2007 | 5100PL | 148852 | 1.9 | 60.00 |
| 9/12/2007 | 0869PL | 148852 | 23.99 | 36.01 |
| 10/12/2007 | 0869PL | 149196 | 8 | 28.01 |
| 12/19/2007 | 0869PL | 149989 | 10.4 | 17.61 |

---

Check #24049 — Delaware Correctional Center Inmate Account, Smyrna, Delaware. PNC Bank, Delaware 080, Wilmington, DE. Date 1/11/08. Pay to the order of U.S. District Court — $33.56. Memo: Shane Hopkins – 05CV870 – overpayment. Void after 60 days.

Stub: Shane Hopkins, 85391, CA# 05-870 SLR, Amount of Check 33.56.