IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANE K. HOPKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-870-SLR |
| ) | |
| JOHN PUSEY, JOSEPH SMITH, ) | |
| DAVID PIERCE, LISE MERSON, ) | |
| JUDITH MULLEN, DREWRY FENNELL, ) | |
| M. JANE BRADY ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED,** by Plaintiff Shane Hopkins and the attorney for Defendants John Pusey and Joseph Smith that, for good and value consideration and to resolve this dispute without further litigation, the Plaintiff dismisses any and all claims against the Defendants in the above-captioned action. Any pending motions in the above-captioned action are also dismissed. Each party shall be responsible for their own costs including attorney fees.

_Shane Hopkins 2/13/08_
Shane K. Hopkins, *Pro Se*
Plaintiff

_S. Xarhoulakos 2/29/08_
Stacey Xarhoulakos (No. 4667)
Department of Justice, State of Delaware
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

IT IS SO ORDERED this ___ day of _____, 2008.

_____
United States District Judge