OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 18, 2008

TO: Shane Hopkins
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

RE: **Return of Check Without Action    CA 05-870**

Enclosed check, # 25291, is being returned by the Clerk's Office without action. The check is in the amount of $15.78.

Be advised that this check represents an overpayment of $.43. The total amount due is $15.35. Please send a check in this amount including the case number made payable to:

**CLERK, U.S. DISTRICT COURT**

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which may be alleging.

Sincerely,

/sns
enc.

PETER T. DALLEO
CLERK

cc: Judge Robinson, CA 05-870 SLR
Financial Administrator
Shane Hopkins, DCC